# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA
V.
BRUCE HOLLANDER

FILED by _____ D.C.
JUN 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## WARRANT FOR ARREST

CASE NUMBER: 00-6168

CR - FERGUSON

TO: **The United States Marshal**
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __BRUCE HOLLANDER__

Name **MAGISTRATE JUDGE SNOW**

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense) **CONSPIRACY, BANK FRAUD, FALSE LOAN STATEMENTS AND FALSE STATEMENTS TO HUD**

in violation of Title __18__ United States Code, Section(s) __371, 1344, 1014, 1010 AND 2__

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

_(signature)_
Signature of Issuing Officer

Date and Location
_Lurana S. Snow_
Lurana S. Snow

Bail fixed at $ _100,000 personal surety_ by **UNITED STATES MAGISTRATE JUDGE**
Name of Judicial Officer

_Defendant has to be incarcerated overnight_

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |