COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: BRUCE HOLLANDER (surr)    CASE NO: 00-6168-CR-FERGUSON
AUSA: LYNN ROSENTHAL    ATTY: Don Bierman (perm)
AGENT:    VIOL:
PROCEEDING I/A ON INDICTMENT    RECOMMENDED BOND 100,000 PSB
BOND HEARING HELD - yes/no    COUNSEL APPOINTED
    BOND SET @ 100,000 PSB
    SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to: State of Fl
4) surrender passport to PTS

Advised of Charges

Reading of Indictment Waived
Not guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
    PTD/BOND HRG:
    PRELIM/ARRAIGN:
    REMOVAL HRG:
    STATUS CONF: 7-21  11  LSS

Date: 6/22/00  Time 11:00    FTL/LSS TAPE #00- 031  Begin: 1569  End: 2505