

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA

vs

BRUCE HOLLANDER

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 22, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __ON BOND FORM__

                     Telephone:_____

DEFENSE COUNSEL:     Name:_____DON BIERMAN, ESQ._____

                     Address:_____

                     Telephone:_____

BOND SET:            $_____100,000 PERSONAL SURETY_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __22ND__ day of __JUNE_____,2000.

                              CLARENCE MADDOX
                              COURT ADMINISTRATOR/CLERK OF COURT

                              By:_____
                                 Deputy Clerk

                              Tape No._____00-031_____

cc: Copy for Judge
    U. S. Attorney

