AO 442 (Rev. 12/85) Warrant for Arrest  AUSA ROSENTHAL/ S/A CARBONNEAU (FBI)

cr-06168-DTKH    Document 48    Entered on FLSD Docket 06/28/2000

## *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA  484 765

UNITED STATES OF AMERICA
v.
BRUCE HOLLANDER

**WARRANT FOR ARREST**

**CASE NUMBER:** 00-6168

**CR-FERGUSON**

TO: **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest   BRUCE HOLLANDER
Name

**MAGISTRATE JUDGE SNOW**

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense) CONSPIRACY, BANK FRAUD, FALSE LOAN STATEMENTS AND FALSE STATEMENTS TO HUD

in violation of Title  18   United States Code, Section(s)  371,1344,1014,1010 AND 2

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

*Signature of Issuing Officer*

Date and Location

Bail fixed at $ 100,000 personal surety by  **Lurana S. Snow**
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

*Defendant not to be incarcerated overnight*

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____

Ft. Lauderdale, FL

| DATE RECEIVED 6/20/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/22/00 | FOR: FBI | Fred Depompa, SDUSM |

AO 442 (Rev 12/85) Warrant for Arrest

