UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

Magistrate Judge Snow

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

v.   :

BRUCE HOLLANDER,   :

    Defendant.   :
_____/



### DEFENDANT'S MOTION TO CONTINUE

Defendant, Bruce Hollander ("Hollander"), by and through undersigned counsel, respectfully moves this Honorable Court for continuance of the trial commencing Monday, July 31, 2000 with a Calendar Call on Monday, July 24, 2000 and in support thereof would show:

1. Counsel currently is on vacation and did not receive Notice of the Calendar Call and trial date.

2. Attorneys in this case have not participated in discovery conferences of yet.

3. Additional time is necessary in order to properly prepare. There are thousands of pages of documents and other exhibits involving the preparation of this case.

4. This Motion is presented in good faith and not for dilatory purposes.

5. Although counsel has not spoken to Assistant United States Attorney Lynn Rosenthal, counsel notes that Ms. Rosenthal has voiced no objections to Motions to Continue filed by other counsel on similar grounds.

WHEREFORE, Defendant, Bruce Hollander, respectfully moves this Honorable Court for continuance of the commencing Monday, July 31st trial date and the Calendar Call scheduled for July 24, 2000.

Respectfully submitted,

**BIERMAN, SHOHAT,
LOEWY & KLEIN, P.A.**
Attorneys for Defendant
800 Brickell Avenue
Penthouse Two
Miami, FL 33131-2944
Telephone: (305) 358-7000
Facsimile: (305) 358-4010

By: _____
**THEODORE KLEIN, ESQ., # 043453
MICHAEL A. PIZZI, JR., ESQ., #079545**

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile on this 21st day of July, 2000, to the following: See attached Service List.

_____
**MICHAEL A. PIZZI, JR., ESQ.**

-2-

**SERVICE LIST**

LYNN ROSENTHAL, ESQ.
Assistant United States Attorney
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, FL  33301
(Facsimile: 954-356-7336)

ROBERT C. JOSEFSBERG, ESQ.
Podhurst, Orseck, Josefsberg,
Eaton, Meadow, Olin & Perwin, P.A.
25 West Flagler Street, Suite 800
Miami, FL  33130
(Facsimile: 305-358-2382)

LIZA LLANOS, ESQ.
Pretrial Services Offices
U. S. Pretrial Services
299 East Broward Boulevard
Room 301
Fort Lauderdale, FL  33301
(Facsimile: 954-356-7915)

TED CRESPI, ESQ.
1776 North Pine Island Road
Suite 218
Plantation, FL  33322
(Facsimile: 954-475-7211)

JOHN HOWES, ESQ.
633 S.E. Third Avenue
Suite 4-F
Fort Lauderdale, FL 33301
(Facsimile: 954-462-2255)

DAVID J. JOFFE, ESQ.
2900 Bridgeport Avenue, Suite 401
Coconut Grove, FL  33133
(Facsimile: 305-446-5856)

-3-