UNITED STATES OF AMERICA,
Plaintiff,
Vs.

MARK COHEN, et al.,
Defendants.
_____/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00–6168-CR-FERGUSON

JUL 2 2000

## ORDER GRANTING MOTIONS TO CONTINUE TRIAL

THIS CAUSE is before the Court on the above-mentioned motion filed, by defendants, Eric Silverman and Bruce Hollander, on July 19, 2000 and July 24, 2000 respectively. The Court having considered the motions and advise of the government that it does not oppose such motions. Therefore, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The trial is continued to the two-week period commencing **September 11, 2000, and Calendar Call is scheduled for 3:15 p.m. on Tuesday, September 5, 2000**, before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendants reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (7/18/00 to 9/11/00) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this _____ day of July 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Copies:
Lynn Rosenthal, AUSA
Philip Horowitz, Esq.
Ted Klein, Esq.
Bob Josefsberg, Esq.
John Howes, Esq.
Gary Kollins, Esq