UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                          CASE NO. 00-6168-Cr-FERGUSON

MARK COHEN,
ERIC SILVERMAN,
BRUCE HOLLANDER,
KENNETH HEYDER,
JEAN LINDOR
JEAN DUFRALESSI f/k/a JEAN DUFRESNE, and
PAUL SALTZ,

    Defendants.
_____/

**NOTICE OF APPEARANCE**

    The law firm, HIRSCHHORN & BIEBER, P.A., hereby enters its appearance as counsel for the Defendant, BRUCE HOLLANDER, in the District Court proceedings only.

All parties shall take note that all future pleadings, notices, correspondence and any and all other pertinent data pertaining to the above-styled cause shall be forwarded to the undersigned attorneys for the Defendant.

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant
Douglas Centre - Penthouse One
2600 Douglas Road
Coral Gables, FL  33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: _____
JOEL HIRSCHHORN
Florida Bar No. 104573

BRIAN H. BIEBER
Florida Bar No. 8140

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 2nd day of October, 2000 to:

Jeffrey Kaplan, Esq.
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, FL 33301

Ted Crespi, Esq.
1776 North Pine Island Road
Suite 218
Plantation, FL 33322

John Howes, Esq.
633 S.E. Third Avenue
Suite 4-F
Fort Lauderdale, FL 33301

David J. Joffe, Esq.
2900 Bridgeport Avenue
Suite 401
Coconut Grove, FL 33133



JOEL HIRSCHHORN