UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,

    Plaintiff,

vs.                          CASE NO. 00-6168-Cr-FERGUSON

MARK COHEN,
ERIC SILVERMAN,
BRUCE HOLLANDER,
KENNETH HEYDER,
JEAN LINDOR
JEAN DUFRALESSI f/k/a JEAN DUFRESNE, and
PAUL SALTZ,

    Defendants.
_____/

### STIPULATION A̶N̶D̶ ̶O̶R̶D̶E̶R̶ ̶F̶O̶R̶ SUBSTITUTION OF COUNSEL

**COME NOW**, JOEL HIRSCHHORN, ESQUIRE and THEODORE KLEIN, ESQUIRE, and hereby stipulate and move this Honorable Court to permit HIRSCHHORN & BIEBER, P.A. to be substituted as counsel for Defendant, BRUCE HOLLANDER, and to permit THEODORE KLEIN, ESQUIRE, to withdraw as counsel for Defendant BRUCE HOLLANDER.



This substitution of counsel has been approved by the Defendant.

| | |
|---|---|
| BIERMAN, SHOHAT, LOEWY & KLEIN | HIRSCHHORN & BIEBER, P.A. |
| 800 Brickell Avenue | 2600 Douglas Road |
| Penthouse One | Penthouse One |
| Miami, Florida 33131 | Coral Gables, Florida 33134 |

Telephone: (305) 358-7000         Telephone: (305) 445-5320

By: /s/ Theodore Klein            By: /s/ Joel Hirschhorn
THEODORE KLEIN                     JOEL HIRSCHHORN
Florida Bar No. 043453             Florida Bar 104573

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 10th day of October, 2000 to:

Jeffrey Kaplan, Esq.
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, FL 33301

Ted Crespi, Esq.
1776 North Pine Island Road
Suite 218
Plantation, FL 33322

John Howes, Esq.
633 S.E. Third Avenue
Suite 4-F
Fort Lauderdale, FL 33301

David J. Joffe, Esq.
2900 Bridgeport Avenue
Suite 401
Coconut Grove, FL 33133

JOEL HIRSCHHORN