UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CASE NO. 00-6168-Cr-FERGUSON
MAGISTRATE JUDGE LURANA SNOW

BRUCE HOLLANDER,

Defendant.
_____/

## DEFENDANT HOLLANDER'S UNOPPOSED MOTION FOR LEAVE TO TRAVEL

Defendant, **BRUCE HOLLANDER**, by and through undersigned counsel, files this Motion for Leave to Travel, and in support thereof, states as follows:

1. On June 22, 2000, Magistrate Judge Lurana Snow imposed travel restrictions on Defendant, thereby prohibiting him from leaving the State of Florida without permission from this Court.

2. Defendant seeks permission to travel from his residence in the Southern District of Florida to Los Angeles, California, for three (3) days.

3. If permitted by this Court, Defendant plans to fly from Miami, Florida to Los Angeles, on February 8, 2001 on United Airlines Flight No. 229 departing Miami at 5:05 P.M. arriving Los Angeles at 7:55 P.M. When in Los Angeles, Defendant will be staying at the Los Angeles Airport Hilton.   Defendant plans to return to Miami on February 11, 2001 on United Airlines Flight 733 leaving Los Angeles at 2:15 P.M. arriving Miami at 9:56 P.M.

4. Defendant presents no risk of flight or danger to the community.

5. Defendant will comply with any and all conditions required by this Court while in Los Angeles, California. Defendant will comply with all pre-trial conditions while in Los Angeles, California, if so required by this Court.

6. The undersigned has contacted Assistant United States Attorney Jeffrey Kaplan with regard to this Motion. Mr. Kaplan has indicated that he has no objection to the relief sought herein.

**WHEREFORE**, Defendant, **BRUCE HOLLANDER,** prays this Honorable Court grant Defendant's Motion for Leave to Travel, and such other relief as is just and proper.

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant HOLLANDER
Douglas Centre - Penthouse One
2600 Douglas Road
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By:_____
JOEL HIRSCHHORN
Florida Bar No. 104573

BRIAN H. BIEBER
Florida Bar No. 8140

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 25th day of January, 2001, to:

Jeffrey Kaplan, Esq. (via facsimile (954) 356-7336 & U.S. mail)
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, FL 33301

Ted Crespi, Esq.
1776 North Pine Island Road
Suite 218
Plantation, FL 33322

John Howes, Esq.
633 S.E. Third Avenue
Suite 4-F
Fort Lauderdale, FL 33301

David J. Joffe, Esq.
2900 Bridgeport Avenue
Suite 401
Coconut Grove, FL 33133

JOEL HIRSCHHORN