cr-06168-DTKH    Document 148    Entered on FLSD Docket 01/31/2001



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                    CASE NO. 00-6168-Cr-FERGUSON
                          MAGISTRATE JUDGE LURANA SNOW

BRUCE HOLLANDER,

    Defendant.
_____/

## ORDER ON DEFENDANT HOLLANDER'S UNOPPOSED MOTION FOR LEAVE TO TRAVEL

**THIS CAUSE** having come on to be heard before me upon Defendant, **BRUCE HOLLANDER's** Unopposed Motion for Leave to Travel and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion be and the same is hereby _____.
GRANTED.
_____

_____.



**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 30TH day of January, 2001.

_____
UNITED STATES DISTRICT JUDGE

Conformed copies furnished:

Joel Hirschhorn, Esq.
Jeffrey Kaplan, AUSA
Ted Crespi, Esq.
John Howes, Esq.
David J. Joffee, Esq.