UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.  CASE NO. 00-6168-Cr-FERGUSON
MAGISTRATE JUDGE LURANA SNOW

BRUCE HOLLANDER,

Defendant.
_____/

## DEFENDANT HOLLANDER'S UNOPPOSED MOTION FOR LEAVE TO TRAVEL

Defendant, **BRUCE HOLLANDER**, by and through undersigned counsel, files this Motion for Leave to Travel, and in support thereof, states as follows:

1. On June 22, 2000, Magistrate Judge Lurana Snow imposed travel restrictions on Defendant, thereby prohibiting him from leaving the State of Florida without permission from this Court.

2. Defendant seeks permission to travel from his residence in the Southern District of Florida to Hershey, Pennsylvania, for business purposes for three (3) days.

3. If permitted by this Court, Defendant plans to fly from Fort Lauderdale, Florida to Hershey, Pennsylvania, on April 20, 2001 on U.S. Airways Flight No. 2702 departing Fort Lauderdale at 4:43 P.M. When in Hershey, Defendant will be staying at the Simmons Motel, 3555 Chocolate Avenue, Hershey, PA. Defendant plans to return to Fort Lauderdale on April 22, 2001 on U.S. Airways Flight 545 arriving at 11:44 P.M.

4.  Defendant presents no risk of flight or danger to the community.

5.  Defendant will comply with any and all conditions required by this Court while in Hershey, Pennsylvania. Defendant will comply with all pre-trial conditions while in Hershey, Pennsylvania, if so required by this Court.

6.  The undersigned has contacted Assistant United States Attorney Jeffrey Kaplan with regard to this Motion. Mr. Kaplan has indicated that he has **no objection** to the relief sought herein.

**WHEREFORE**, Defendant, **BRUCE HOLLANDER,** prays this Honorable Court grant Defendant's Motion for Leave to Travel, and such other relief as is just and proper.

> HIRSCHHORN & BIEBER, P.A.
> Attorneys for Defendant HOLLANDER
> Douglas Centre - Penthouse One
> 2600 Douglas Road
> Coral Gables, FL 33134
> Telephone #: (305) 445-5320
> Facsimile #: (305) 446-1766
>
> By: _____
> JOEL HIRSCHHORN
> Florida Bar No. 104573
>
> BRIAN H. BIEBER
> Florida Bar No. 8140

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 

day of April, 2001, to:

Jeffrey Kaplan, Esq. (via facsimile (954) 356-7336 & U.S. mail)
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, FL 33301

Ted Crespi, Esq.
1776 North Pine Island Road
Suite 218
Plantation, FL 33322

John Howes, Esq.
633 S.E. Third Avenue
Suite 4-F
Fort Lauderdale, FL 33301

David J. Joffe, Esq.
2900 Bridgeport Avenue
Suite 401
Coconut Grove, FL 33133

JOEL HIRSCHHORN