FILED BY _____ D.C

2001 APR 13 PM 12: 46

CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.   CASE NO. 00-6168-Cr-FERGUSON
MAGISTRATE JUDGE LURANA SNOW

BRUCE HOLLANDER,

Defendant.
_____/

## DEFENDANT HOLLANDER'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL DATE

Defendant, **BRUCE HOLLANDER**, by and through undersigned counsel, files this Unopposed Motion for Continuance of Trial Date, and in support thereof, states as follows:

1. Trial in this cause is currently set for the two-week period commencing April 23, 2001. Defendant's counsel did not receive notice of the new trial setting until April 10, 2001 at 2:53 P.M. (via facsimile).

2. Undersigned attorney is currently under subpoena and scheduled to testify in Federal Court in Raleigh, North Carolina on April 24, 2001 in the case styled U.S.A. vs. Johnny Macon Pleasants, Case Nos. 5:98-CV-153-F(3); 5:95-CR-21-1-F. Undersigned is scheduled to leave Miami for Raleigh, North Carolina, on Monday, April 23, 2001.

3.  Undersigned is also scheduled to take a key witness' deposition in a complex, multi-million dollar fraud based proceeding in New Orleans on Thursday, April 26, 2001. This deposition is on a deadline date, at least four to five other attorneys and law firms were involved in scheduling and coordinating the witness' deposition. Undersigned is Special Counsel to the court-appointed Trustee in the case styled In re: Worldwide Web Systems, Inc., Debtor, United States Bankruptcy Court Case No. 00-16067-BKC-RAM, James S. Feltman, et al. v. American Peripherals, Inc., et al., Adversary No. 01-1074. The undersigned's attendance at and participation in the deposition is critical to the Trustee's position in this matter.

4.  Finally, the undersigned has previously been set for an evidentiary hearing on the competency of a convicted defendant who has yet to be sentenced in Federal Court in Milwaukee, Wisconsin on Friday, April 27, 2001 in the case styled U.S.A. v. Allan Belden, Eastern District of Wisconsin Case No. 99-CR-54.

5.  Philip R. Horowitz, counsel for the co-defendant Mark Cohen, is still in trial in Federal Court in Miami in an unrelated matter. Upon information and belief, that multi-month trial is likely to still be in progress the week of April 16, 2001. (See Cohen Motion for Continuance filed herein on or about April 10, 2001).

6.  Defendant, **BRUCE HOLLANDER**, respectfully requests a continuance of the trial date.

7.  This Motion is made in good faith and not for purposes of delay.

8.  Undersigned counsel has contacted Assistant United States Attorney Jeff Kaplan regarding this Motion. Mr. Kaplan advised that the Government has **no objection** to the relief requested herein.

2

**WHEREFORE**, Defendant, **BRUCE HOLLANDER**, for good cause shown, prays this Honorable Court grant his Unopposed Motion for Continuance of Trial Date and reset this matter for trial to a date convenient for the Court and counsel and for such other and further relief as may be just and proper.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant HOLLANDER
Douglas Centre - Penthouse One
2600 Douglas Road
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: _____
JOEL HIRSCHHORN
Florida Bar No. 104573

BRIAN H. BIEBER
Florida Bar No. 8140

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _____ day of April, 2001, to:

Jeffrey Kaplan, Esq. (via facsimile (954) 356-7336 & U.S. mail)
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301

Philip R. Horowitz, Esq.
12651 S. Dixie Highway, Suite 328
Miami, FL 33156

_____
JOEL HIRSCHHORN

3