**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by __ D.C.
MAY 14 2001

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6168-CR-WDF__   Date: __May 14, 2001__
Clerk: __Deloris McIntosh__   Reporter: __Anita La Rocca__
USPO: _____   Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __MARK COHEN (B) / BRUCE HOLLANDER (B)__

AUSA: __Jeff Kaplan__
Defendant(s) Counsel: __Phil Horowitz / Brian Bieber__

Defendant(s) Present ____ Not Present _X_ In Custody ____
Reason for hearing: __CALENDAR CALL__

Result of hearing: __Reset Calendar Call__
__Defense Counsel with Judge Lenard until June__

Case Continued to: __6/25/01__  Time: __3:15__ p.m. __Calendar Call__

