UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.　　　　　　　　　　　　　　　CASE NO. 00-6168-Cr-FERGUSON

MARK COHEN,
ERIC SILVERMAN,
BRUCE HOLLANDER,
KENNETH HEYDER,
JEAN LINDOR
JEAN DUFRALESSI f/k/a JEAN DUFRESNE, and
PAUL SALTZ,

    Defendants.
_____/



### ORDER

**THIS CAUSE** having come on before this Court on the above Stipulation and Order for Substitution of Counsel, and the Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that HIRSCHHORN & BIEBER, P.A. is hereby substituted as counsel for the Defendant, BRUCE HOLLANDER, and THEODORE KLEIN is hereby withdrawn as counsel for the Defendant.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this ___ day of October, 2000. May, 2001 (new for Oct. 11, 2000)



_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Jeffrey Kaplan, AUSA
Joel Hirschhorn, Esq.
Theodore Klein, Esq.
Ted Crespi, Esq.
John Howes, Esq.
David J. Joffe, Esq.