UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.   CASE NO. 00-6168-Cr-FERGUSON
MAGISTRATE JUDGE LURANA SNOW

BRUCE HOLLANDER,

Defendant.
_____/

## DEFENDANT HOLLANDER'S UNOPPOSED MOTION
## FOR CONTINUANCE OF TRIAL DATE

Defendant, **BRUCE HOLLANDER**, by and through undersigned counsel, files this Unopposed Motion for Continuance of Trial Date, and in support thereof, states as follows:

1. Trial in this cause is currently set for the two-week period commencing July 2, 2001.

2. Undersigned attorney is scheduled to be out of State until July 2, 2001. Wednesday is July 4th and undersigned intended to take a short mid-week holiday for the balance of the week. Undersigned then is scheduled to be in New York City from July 6 to July 9, 2001.

3. Philip R. Horowitz, counsel for the co-defendant Mark Cohen, is still in trial in Federal Court in Miami in an unrelated matter. Upon information and belief, that multi-month trial is expected to end by mid-June 2001, (subject to jury deliberations). Mr. Horowitz has advised the undersigned's office that he (Mr. Horowitz) has a short vacation scheduled for July 3 to 8, 2001, and then has a case specially set by U.S. District Judge Huck scheduled to begin on

CASE NO. 00-6168-Cr-FERGUSON
MAGISTRATE JUDGE LURANA SNOW

July 9, 2001, for approximately six (6) to eight (8) weeks.

4.     Defendant, **BRUCE HOLLANDER**, respectfully requests a continuance of the trial date.

5.     This Motion is made in good faith and not for purposes of delay.

6.     Undersigned counsel has spoken to Assistant United States Attorney Jeff Kaplan regarding this Motion. Mr. Kaplan advised the undersigned that the Government has **no objection** to the relief requested herein.

**WHEREFORE**, Defendant, **BRUCE HOLLANDER,** for good cause shown, prays this Honorable Court grant his Unopposed Motion for Continuance of Trial Date and reset this matter for trial to a date convenient for the Court and counsel and for such other and further relief as may be just and proper.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant HOLLANDER
Douglas Centre - Penthouse One
2600 Douglas Road
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: _____
JOEL HIRSCHHORN
Florida Bar No. 104573

BRIAN H. BIEBER
Florida Bar No. 8140

2

CASE NO. 00-6168-Cr-FERGUSON
MAGISTRATE JUDGE LURANA SNOW

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this  day of May, 2001, to:

Jeffrey Kaplan, Esq. (via facsimile (954) 356-7336 & U.S. mail),
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301

Philip R. Horowitz, Esq.
12651 S. Dixie Highway, Suite 328
Miami, FL 33156


JOEL HIRSCHHORN

3

HIRSCHHORN & BIEBER, P.A., DOUGLAS CENTRE, PENTHOUSE ONE, 2600 DOUGLAS ROAD, CORAL GABLES, FL 33134, TEL (305) 445-5320, FAX (305) 446-1766