UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BRUCE HOLLANDER,

        Defendant.
_____/

## DEFENDANT HOLLANDER'S UNOPPOSED MOTION
## FOR CONTINUANCE AND RESCHEDULING OF TRIAL DATE

Defendant, **BRUCE HOLLANDER**, by and through undersigned counsel, files this Unopposed Motion for Continuance of Trial Date, and in support thereof, states as follows:

1. Trial in this cause is currently set for the two-week period commencing July 2, 2001.

2. Undersigned attorney is scheduled to be out of State from June 29, 2001 until July 2, 2001. Wednesday is July 4th and undersigned intended to take a short mid-week holiday for the balance of the week. Undersigned then is scheduled to be in New York City from July 7 to July 9, 2001, but may remain in New York to prepare for a client's extremely complex Federal sentencing scheduled for August 1, 2001. Undersigned counsel also has a long planned out-of-state trip from August 15 to August 19, 2001.

3. The Jewish High Holy Holidays, Rosh Hashanah and Yom Kippur, respectively,

CASE NO. 00-6168-CR-FERGUSON

commence on September 17-19, 2001 and September 26-27, 2001. These are religious High Holy Holidays, which the Defendant, BRUCE HOLLANDER, and undersigned Counsel, always observe.

4.   In addition, undersigned Counsel has out-of-state professional commitments from October 5-8, 2001 and 11-12, 2001.

5.   Undersigned Counsel is in the process of organizing a five-day birthday trip (November 1-5, 2001) for undersigned counsel's wife (the destination of which is to be a surprise), and has an out-of-country trip planned from December 13-19, 2001.

6.   In a separate Motion for Leave to Travel, the Defendant, BRUCE HOLLANDER, is seeking permission from this Court to travel to Cincinnati, Ohio for four (4) days from October 25, 2001 to October 28, 2001, to attend his son's wedding.

7.   Defendant, BRUCE HOLLANDER, respectfully requests a continuance of the trial date to a date on or during the weeks of August 19-31[1], September 4-14, October 15-24, November 7-19, or November 27-December 12, 2001.

6.   This Motion is made in good faith and not for purposes of delay.

7.   Undersigned counsel has spoken to Assistant United States Attorney Jeff Kaplan regarding this Motion. Mr. Kaplan advised the undersigned that the Government has **no objection** to the relief requested herein.

**WHEREFORE**, Defendant, **BRUCE HOLLANDER,** for good cause shown, prays this Honorable Court grant his Unopposed Motion for Continuance of Trial Date and reset this matter

---

[1]   AUSA Kaplan advised he will be on vacation during this time period in August.

2

CASE NO. 00-6168-CR-FERGUSON

for trial to a date convenient for the Court and counsel after October 30, 2001, and for such other and further relief as may be just and proper.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant HOLLANDER
2600 Douglas Road, PH One
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: _____
JOEL HIRSCHHORN
Florida Bar No. 104573

BRIAN H. BIEBER
Florida Bar No. 8140

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ____ day of June, 2001, to:

Jeffrey Kaplan, Esq. (via facsimile (954) 356-7336 & U.S. mail)
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301

Philip R. Horowitz, Esq.
12651 S. Dixie Highway, Suite 328
Miami, FL 33156

_____
JOEL HIRSCHHORN

3