UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

BRUCE HOLLANDER,

    Defendant.
_____/



## DEFENDANT HOLLANDER'S
## UNOPPOSED MOTION FOR LEAVE TO TRAVEL

Defendant, **BRUCE HOLLANDER**, by and through undersigned counsel, files this Unopposed Motion for Leave to Travel, and in support thereof, states as follows:

1. Defendant seeks permission to travel from his residence in the Southern District of Florida to Cincinnati, Ohio, for four (4) days to attend his son's wedding.

2. If permitted by this Court, Defendant plans to fly on October 25, 2001 from Fort Lauderdale, Florida to Cincinnati, Ohio, on Delta Air Lines Flight No. 288 at 11:05 A.M., which is scheduled to arrive in Cincinnati at 1:36 P.M. While in Cincinnati, Ohio, Defendant will be staying at the Amerisuites Hotel, 11435 Recel Hartman Highway, Blue Ash, Ohio, (513- 489-3666).

3. Defendant plans to return to Fort Lauderdale on October 28, 2001, on Delta Air Lines Flight 2090, leaving Cincinnati at 7:20 P.M. and arriving Fort Lauderdale at 9:54 P.M.

4. Defendant presents no risk of flight or danger to the community.

5. Defendant will comply with any and all conditions required by this Court while in



CASE NO. 00-6168-CR-FERGUSON

Cincinnati, Ohio. Defendant will comply with all pre-trial conditions while in Cincinnati, Ohio.

6.  The undersigned has contacted Assistant United States Attorney Jeffrey Kaplan with respect to this Motion. Mr. Kaplan has advised the Government has **no objection** to the relief requested herein.

**WHEREFORE**, Defendant, **BRUCE HOLLANDER,** prays this Honorable Court grant Defendant's Unopposed Motion for Leave to Travel, and such other relief as is just and proper.

> HIRSCHHORN & BIEBER, P.A.
> Attorneys for Defendant HOLLANDER
> Douglas Centre, Penthouse One
> 2600 Douglas Road
> Coral Gables, FL 33134
> Telephone #: (305) 445-5320
> Facsimile #: (305) 446-1766
>
> By: _____
> BRIAN H. BIEBER
> Florida Bar No. 8140
>
> JOEL HIRSCHHORN
> Florida Bar No. 104573

CASE NO. 00-6168-CR-FERGUSON

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing Unopposed Motion for Leave to Travel was mailed this _____ day of July, 2001, to:

Jeffrey Kaplan, Esq.
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301

Philip R. Horowitz, Esq.
12651 S. Dixie Highway
Suite 328
Miami, FL 33156

BRIAN H. BIEBER