UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED JUL 1 0 2001

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    CASE NO. 00-6168-Cr-FERGUSON

BRUCE HOLLANDER,

    Defendant.
_____/

### ORDER ON DEFENDANT HOLLANDER'S UNOPPOSED MOTION FOR LEAVE TO TRAVEL

**THIS CAUSE** having come on to be heard before me upon Defendant, **BRUCE HOLLANDER's** Unopposed Motion for Leave to Travel and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion be and the same is hereby _____.
GRANTED

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 11TH day of July, 2001.

_____
UNITED STATES DISTRICT JUDGE

Conformed copies furnished:

Joel Hirschhorn, Esq.
Jeffrey Kaplan, AUSA
Philip R. Horowitz, Esq.