UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRUCE HOLLANDER,

Defendant.
_____/

JUL 1 1 2001

### ORDER ON DEFENDANT HOLLANDER'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL DATE

**THIS CAUSE** having come on to be heard before me upon Defendant, **BRUCE HOLLANDER's** Unopposed Motion for Continuance of Trial Date and the Court having heard argument of counsel and being otherwise fully advised in the premises. it is hereby

**ORDERED AND ADJUDGED** that said Motion be and the same is hereby GRANTED
THIS CASE IS SPECIALLY SET FOR TRIAL OCT·15, 2001 AT 9:00 A.M.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 11th day of JULY, 2001.

_____
UNITED STATES DISTRICT JUDGE

Conformed copies furnished:

Brian H. Bieber, Esq.
Jeffrey Kaplan, AUSA
Philip R. Horowitz, Esq.