## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: BRUCE HOLLANDER (B) | CASE NO: 00-6168-CR-Ferguson |
| AUSA: Jeff Kaplan | ATTY: Joel Hirshhorn *present* |
| AGENT: | VIOL: |
| PROCEEDING: Arraignment on SS Indictment | RECOMMENDED BOND: |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: |
| BOND SET @: | To be cosigned by: |

FILED by _____ D.C.
INTAKE

SEP 13 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone, _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.     *hearing cancelled*
- ☐ Maintain or seek full - time employment.     *due to bomb*
- ☐ No contact with victims / witnesses.     *scare*
- ☐ No firearms.     *reset*
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | *may be at late* | |
| PTD/BOND HEARING: SS indict 9-20-01 | | 11:30am | LSS | |
| PRELIM/ARRAIGN. OR REMOVAL: on | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 9-11-01  TIME: 11:00am  01-  Begin  End

178