UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRUCE HOLLANDER,

    Defendant.
_____/

## DEFENDANT HOLLANDER'S MOTION FOR CONTINUANCE OF TRIAL DATE

Defendant, **BRUCE HOLLANDER**, by and through undersigned counsel, files this Unopposed Motion for Continuance of Trial Date, and in support thereof, states as follows:

1. Trial in this cause is currently set for October 15, 2001.

2. The undersigned has a specially set highly contested fraud based matter in Miami-Dade County Circuit Court Probate Division which was set prior to this Court's trial setting of October 15. That case is only expected to last one or two days, however, even if Defendant HOLLANDER's trial were to commence on October 16 or 17, due to a long-standing prior commitment (an out-of-country surprise birthday trip for the undersigned's wife) scheduled to begin on November 1, it is highly unlikely we would be able to complete this trial in sufficient time to avoid interfering with the November 1 prepaid out-of-country surprise birthday trip.

3. Assistant United States Attorney Jeffrey Kaplan has advised the undersigned that he intends to supersede the Indictment to charge the Defendant with at least one count of a

conspiracy to engage in money laundering. The superseding Indictment is expected to be returned the first or second week in September. Under the circumstances, the Defendant will have to be re-arraigned on the new Indictment and, of course, is entitled to a reasonable period of time after arraignment to prepare for trial, including to file such motions as are deemed appropriate.

4. The undersigned has consulted with the Government and specifically AUSA J. Kaplan who advised that the Government takes no position on this Motion for Continuance.

5. The Defendant further understands that the one remaining co-defendant intends to enter a plea of guilty as a result of which this case will be a single defendant trial which the Government estimates to last approximately one week. The undersigned believes the Government's estimate is inaccurate and, in fact, if this case goes to trial it is likely to last approximately ten working days.

6. Under the circumstances, the undersigned respectfully requests that this Court reschedule this trial any time after the first week in January, 2002. Alternatively, and assuming this case can complete on or before December 11, 2001, that this Court reschedule this matter for the last week in November.

**WHEREFORE**, the undersigned prays this Honorable Court will grant the within Motion for Continuance of Trial Date and reschedule this matter as requested above or, in the alternative, to schedule a hearing at which all parties can be heard with respect to anticipated scheduling matters and conflict.

        Respectfully submitted,

        HIRSCHHORN & BIEBER, P.A.
        Attorneys for Defendant HOLLANDER
        2600 Douglas Road, PH One
        Coral Gables, FL 33134
        Telephone #: (305) 445-5320
        Facsimile #: (305) 446-1766

        By: JOEL HIRSCHHORN
        Florida Bar No. 104573

        BRIAN H. BIEBER
        Florida Bar No. 8140

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 9̲ day of September, 2001, to:

Jeffrey Kaplan, Esq. (via facsimile (954) 356-7336 & U.S. mail)
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301

Philip R. Horowitz, Esq.
12651 S. Dixie Highway, Suite 328
Miami, FL 33156


JOEL HIRSCHHORN

3