UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,
Vs.                  Case No. 00-6168-CR-FERGUSON
BRUCE HOLLANDER,
    Defendant.
_____/

FILED by _____ D.C.

SEP 19 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER DENYING MOTION TO CONTINUE TRIAL DATE

THIS CAUSE is before the Court upon the defendant's fourth Motion To Continue Trial Date. On granting the third motion (filed July 3, 2001), this cause was specially set for trial on October 15, 2001. The reasons given in the fourth motion are not compelling.

**ACCORDING**, the motion is ***DENIED***.

**DONE AND ORDERED** in Fort Lauderdale, Florida this ___19th___ day of September 2001.

                                      _____
                                      WILKIE D. FERGUSON, JR.,
                                      UNITED STATES DISTRICT JUDGE

c:
Jeffrey Kaplan, AUSA
Joel Hirschhorn, Esq.,
Philip R. Horowitz, Esq.,