UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON(s)

UNITED STATES OF AMERICA

vs

BRUCE HOLLANDER

FILED by D.C. SEP 20 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on SEPTEMBER 20, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: ON BOND FORM

Telephone: ______

DEFENSE COUNSEL: Name: JOEL HIRSHHORN

Address: ______

Telephone: ______

BOND SET/CONTINUED: $______

Bond hearing held: yes_____ no____ Bond hearing set for______

Dated this 20TH day of SEPTEMBER, 2001.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: [signature]
Deputy Clerk

Tape No. 01-023

cc: Copy for Judge
U. S. Attorney

186