## COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | BRUCE HOLLANDER (B) | CASE NO: | 00-6168-CR-FERGUSON (s) |
| AUSA: | LYNN ROSENTHAL /Kaplan | ATTY: | JOEL HIRSHHORN |
| AGENT: | | VIOL: | |
| PROCEEDING: | ARRAIGNMENT ON SUPERSEDING | RECOMMENDED BOND: | FILED by _____ D.C. |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | SEP 20 2001 |
| BOND SET @: | | To be cosigned by: | CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF F.A. FT. LAUD. |

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | N/A | | | |

DATE: 9/20/01   TIME: 11:00   FTL/LSS TAPE # 01 - 073   Begin: 550   End: 606

192