**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by JW D.C.
OCT 15 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6168-CR-WDF__     Date: __October 15, 2001__

Clerk: __Deloris McIntosh__     Reporter: __Patricia Sanders__

USPO: _____   Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __BRUCE HOLLANDER (B)__

AUSA: __Jeff Kaplan__

Defendant(s) Counsel: __Joel Hirschhorn, Esq.,__

Defendant(s)  Present_____ Not Present __X__ In Custody_____

Reason for hearing: __CALENDAR CALL__

Result of hearing: __Ready for trial, six days to try; on standby for trial__

Case Continued to:_____ Time:_____ P.M. _____

194