**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6168-CR-WDF__        Date: __October 22, 2001__

Clerk: __Deloris McIntosh__        Reporter: __Patricia Sanders__

USPO: _____        Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __BRUCE HOLLANDER (B)__

AUSA: __Jeff Kaplan__

Defendant(s) Counsel: __Joel Hirschhorn, Esq.,__

Defendant(s)  Present_____ Not Present __X__  In Custody_____

Reason for hearing: __STATUS CONFERENCE__

Result of hearing: __Oral motion to continue Jury trial Granted__

Case Continued to: __11/6/01__ Time: __9:00__ A.M. __Jury Selection/Trial__

201