UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

Vs.                        Case No. 00-6168-CR-FERGUSON

BRUCE HOLLANDER,
        Defendant.
_____/

FILED by _____ D.C.
NOV 0 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DENYING MOTION TO QUASH GOVERNMENT'S SUBPOENA

THIS MATTER is before the Court on the above-mentioned motion filed by defendant Bruce Hollander on October 10, 2001. After considering the motion, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **_DENIED_**.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 31st day of October, 2001.

                                      WILKIE D. FERGUSON, JR.,
                                      UNITED STATES DISTRICT JUDGE

Copies
Jeffrey Kaplan, AUSA
Joel Hirschhorn, Esq.,
2600 Douglas Road
Coral Gables, FL 33134