

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA,

        Plaintiff,

                                   CASE NO. 00-6168-CR-FERGUSON
                                   Magistrate Judge Snow

vs.


BRUCE HOLLANDER,

        Defendant.

_____/

## SUPPLEMENTAL QUESTIONS PROPOSED BY DEFENDANT TO BE PUT TO PROSPECTIVE JURORS ON VOIR DIRE

Defendant, BRUCE HOLLANDER, by and through undersigned counsel, and, in

addition to the standard questions propounded by the Court to the prospective jury panel, the

undersigned requests the attached enumerated questions supplement the <u>voir dire</u>, thereby

HIRSCHHORN & BIEBER, P.A., DOUGLAS CENTRE, PENTHOUSE ONE, 2600 DOUGLAS ROAD, CORAL GABLES, FL 33134, TEL (305) 445-5320, FAX (305) 446-1766

enabling the Defendant to make a more reasoned and meaningful decision with respect to

the selection of trial jurors.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant HOLLANDER
Douglas Centre - Penthouse One
2600 Douglas Road
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766



JOEL HIRSCHHORN
Florida Bar No. 104573

BRIAN H. BIEBER
Florida Bar No. 8140

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via

Federal Express this **30** day of October, 2001, to:

Jeffrey Kaplan, Esq.
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301

JOEL HIRSCHHORN

**DEFENDANT HOLLANDER'S**
**SUPLLEMENTAL VOIR DIRE PROPOSED QUESTIONS**

1.    The Defendant is an attorney who also owned a Title Insurance Company:

A)    Have you ever had a particularly good, or bad, experience with an attorney, as a result of which it would be difficult for you to be fair and impartial in this case?

B)    Have you ever utilized the services of an attorney in connection with a real estate matter?

C)    Have you ever bought real estate, either a home or an investment, in which you used a Title Insurance Company to issue a policy? To act as an escrow or closing agent?

2.    Have you ever sought to obtain a mortgage on real estate, either your home or for investment purposes?

A)    Was there anything about the process which would make it difficult for you to be fair and impartial in this case?

3.    Have you ever sought to obtain, or obtained, a HUD insured mortgage?

A)    Was there anything about that experience which would prevent you from being fair and impartial in this case?

4.    Have you ever been a Plaintiff or Defendant in a real estate/mortgage foreclosure action?

5.    Do you currently own your own home or condominium? If yes,

A)    Is there a mortgage on the property? If yes,

B)    Is the mortgage HUD insured?

6.      This involves an investigation by two Federal Agencies, the FBI and

HUD.  Ever since the tragic events of September 11, 2001, we all have had a keen

interest in law enforcement and especially the FBI.  We all pray for law

enforcement to be effective, to find the people who committed those terrible acts.

It is natural, in these times and under these circumstances to be sympathetic to,

be reliant on, and to automatically believe FBI agents.  However, this case has

nothing at all to do with the September 11, 2001 events.  This case arose out of

events which occurred in 1997 and 1998. Do you recognize, or do you realize,

you must set aside any pro-law enforcement feelings or sentiments you may have

and:

A)     Be fair and impartial in this case,

B)     Treat the FBI agent's and the HUD agent's testimony the same as

you would treat every other witnesses' testimony as the Court will instruct

you at the conclusion of this case.

C)    You should not give the FBI and HUD agent's testimony any

more, or less, consideration or believability than you would any other

witness who has not been convicted of a crime.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant HOLLANDER
Douglas Centre - Penthouse One
2600 Douglas Road
Coral Gables, FL  33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By:

JOEL HIRSCHHORN
Florida Bar No. 104573

BRIAN H. BIEBER
Florida Bar No. 8140