UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRUCE HOLLANDER,

    Defendant.
_____/



## DEFENDANT HOLLANDER'S MOTION FOR CONTINUANCE OF OCTOBER 22 TRIAL DATE

    Defendant, **BRUCE HOLLANDER**, by and through undersigned counsel, files this Unopposed Motion for Continuance of Trial Date, and in support thereof, states as follows:

    1.    Trial in this cause was currently set for the trial period October 15, 2001. This Court, at calendar call, directed the parties to be prepared to commence trial on October 22, 2001.

    2.    Following calendar call, Defendant and the undersigned began final pretrial preparation, working both independently and together in counsel's office.

    3.    On Wednesday, October 17, 2001, undersigned and Defendant worked all day in Joel Hirschhorn's office. Joel Hirschhorn neatly organized five "bankers" boxes of trial organized files, which included all of the Defendant's files, trial files and case materials. In addition, we organized five other "bankers" boxes of the Government's evidence.

4. At the end of a long day, Defendant and undersigned agreed to meet again Friday, October 19, 2001 at 9:00 A.M. to continue with pretrial preparation, theory of defense matters and witness preparation. We also arranged to meet and work, in Joel Hirschhorn's office, on Saturday and Sunday, October 20 and 21, 2001, to continue pretrial preparation and to work with defense witnesses.

5. On Thursday, October 18, 2001, at approximately 2:00 P.M., Joel Hirschhorn's office received an envelope which contained an unsigned, threatening note and a whitish powder. The Coral Gables Police Department and several other agencies responded to Joel Hirschhorn's office. The entire 12-story office building was evacuated and closed for the rest of the day. On Friday, October 19, 2001, the lower 10 floors were reopened, but Joel Hirschhorn's office (on the 12th floor) and the entire 11th and 12th floors were closed off, air conditioning shut down and employees advised, by the building owners and law enforcement, to enter the offices at their own peril. A copy of the Coral Gables Police Department Case No. 01-17554 is attached hereto.

6. All of Defendant's and Joel Hirschhorn's files were effectively quarantined in Joel Hirschhorn's office. Joel Hirschhorn could not direct Hirschhorn & Bieber, P.A. staff to come in on Friday, Saturday or Sunday, and Joel Hirschhorn did not have access to all of his Hollander files, as a result of which, due to factors beyond Joel Hirschhorn's control, Joel Hirschhorn was not prepared to proceed to trial on October 22, 2001.

7. Around noon on Monday, October 22, 2001, Joel Hirschhorn received word from the Coral Gables Police Department that the powdery substance was not Anthrax and access was freely permitted to the 11th and 12th floors at 2600 Douglas Road, including Hirschhorn & Bieber, P.A.'s offices.

2

8. Under the circumstances, the undersigned requested that this Court reschedule this trial. The Court did so and directed the undersigned to file the within Motion.

**WHEREFORE**, the undersigned prays this Honorable Court will enter such Order as is just and proper, under the circumstances.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant HOLLANDER
2600 Douglas Road, PH One
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: _____
JOEL HIRSCHHORN
Florida Bar No. 104573

BRIAN H. BIEBER
Florida Bar No. 8140

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 30th day of October, 2001, to:

Jeffrey Kaplan, Esq. (via facsimile (954) 356-7336 & U.S. mail)
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301



_____
JOEL HIRSCHHORN

# OFFENSE INCIDENT REPORT

**Agency Name:** CORAL GABLES POLICE DEPT.
Orig. 1 / Supp. 2

## EVENT DATA

- Reported Day: Thu
- Incident Day (From): Thu
- Incident Location: 2600 Douglas Rd., P.H. # 1
- Location Type: 14
- Description: Information (susp pkg)

## VICTIM/WITNESS

- Name: Bieber, Brian
- Address: Refused
- Business Phone: 445-5320

- Name: Murphy, Diane
- Address: 13891 SW 75 St, Mia
- Residence Phone: 385-6259
- Business Phone: 445-5320

## NARRATIVE

A suspicious package (letter envelope) was received at above location. Z² picked the mail up from the building mailbox and delivered it to Z¹'s desk. Z¹ who is C¹'s secretary opened the envelope addressed to C¹, which contained an inner envelope. Upon opening the inner envelope, Z¹ saw white powder fall out and noticed a typed note that said "You'll be Sorry". This unit responded and CG Fire Lieber One. The building was then evacuated and the above individuals quarantined separately outside the building. A perimeter was established around the building. Miami-Dade HazMat team responded. Dets Park and Carrazana responded from CID, as well as Maj. Martin. Lt. Weare, Sgt. Timor and Sgt. Pitts were also on the scene.

## ADMINISTRATIVE

- Officer Reporting: Whitley
- I.D. Number: 5853
- Unit: 410
- Date: 10-18-01
- Officer Reviewing: Armstrong
- I.D. Number: 5229

**CORAL GABLES POLICE DEPT.** — NARRATIVE CONTINUATION — Supp. 2 — Agency Report Number: 01-1354

Original Date Reported: 10-18-01
Case Reference: Information / Susp. Pkg.

A field test for Cocaine was conducted on the white powdery substance with negative results. The property was sealed and continued and then transported to the Health Department via Det. Park and crime scene investigator Puente. The scene was then turned over to CG Fire Dept.

Report Contains: O.S. Narr. Persons

Officer(s) Reporting: Whitley
ID Number(s): 5363
Unit: 412
Date: 10-18-01

Officer Reviewing: [signature]
ID Number: 5229

# PERSON(S) REPORT

**Agency Name:** CORAL GABLES POLICE DEPT.

**Case Reference:** Information / Susp. Package

## VICTIM/WITNESS

**Name (Last, First, Middle/Business):** Gillis, Mercy
**Address:** 14180 SW 84 ST - 6107
**Residence Phone:** 3804677(?)
**Business Phone:** WJF 532(?)

## ADMIN

**Officer(s) Reporting:** Whitley
**ID Number(s):** 3853
**Unit:** 142
**Date:** 10-5-01

**Officer Reviewing:** SG. [signature]
**ID Number:** 5229
**Pg.:** 2 of 2