## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



HONORABLE   WILKIE D. FERGUSON, JR.   Presiding

Case No.  00-6168-CR-WDF          Date: November 6, 2001

Clerk:   Deloris McIntosh          Reporter: Patricia Sanders

USPO:                              Interpreter: None

**UNITED STATES OF AMERICA vs.** BRUCE HOLLANDER, (B)

AUSA: Jeffrey Kaplan

Defendant(s) Counsel:   Joel Hirschhorn, Esq.,

Defendant(s)  Present  X   Not Present____   In Custody____

Reason for hearing: JURY SELECTION/TRIAL

Result of hearing: Gov't's Motion in Limine DENIED; Voir Dire begun; Jury Selected; Jury Sworn;

Case Continued to: 11/7/01  Time: 9:00 A.M.  Jury Trial