FILED by _____ D.C.

NOV 0 8 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE ___WILKIE D. FERGUSON, JR.___ Presiding

Case No. __00-6168-CR-WDF__      Date: _November 7, 2001_

Clerk: _Deloris McIntosh_      Reporter: _Patricia Sanders_

USPO: _____      Interpreter: _None_

**UNITED STATES OF AMERICA vs.** _BRUCE HOLLANDER, (B)_

AUSA: _Jeffrey Kaplan_

Defendant(s) Counsel: __Joel Hirschhorn, Esq.,__

Defendant(s) Present __X__ Not Present_____ In Custody_____

Reason for hearing: _JURY TRIAL_

Result of hearing: _Opening Statements; Gov't proceeds_

Case Continued to: _11/8/01_ Time: _9:00_ A.M. _Jury Trial_