# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6168-CR-WDF__   Date: __November 8, 2001__

Clerk: __Deloris McIntosh__   Reporter: __Patricia Sanders__

USPO: _____   Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __BRUCE HOLLANDER, (B)__

AUSA: __Jeffrey Kaplan__

Defendant(s) Counsel: __Joel Hirschhorn, Esq.,__

Defendant(s) Present __X__   Not Present ____   In Custody ____

Reason for hearing: __JURY TRIAL__

Result of hearing: __Gov't continues with case__

Case Continued to: __11/13/01__  Time: __9:00__ A.M. __Jury Trial__

209