UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
      Plaintiff,

Vs.                            Case No. 00-6168-CR-FERGUSON

BRUCE HOLLANDER,
      Defendant.
_____/

## ORDER DENYING MOTION TO DISMISS THE SUPERSEDING INDICTMENT

THIS MATTER is before the Court on the above-mentioned motion filed by defendant Bruce Hollander on October 15, 2001. On full consideration of the arguments presented, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **_DENIED_**. There is no showing that adding of charges renders the entire indictment vindictive.

**DONE AND ORDERED** at Fort Lauderdale, Florida this _____ day of November 2001.

                                            WILKIE D. FERGUSON, JR.,
                                            UNITED STATES DISTRICT JUDGE

Copies
Jeffrey Kaplan, AUSA
Joel Hirschhorn, Esq.,
2600 Douglas Road
Coral Gables, FL 33134