JNK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,  :

        PLAINTIFF,  :

v.  :

BRUCE HOLLANDER,  :

        DEFENDANT.  :

## MOTION TO BRING ELECTRONIC EQUIPMENT INTO COURTROOM

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Court authorize the undersigned Assistant United States Attorney to bring electronic equipment into the courtroom, to wit, an audio tape player for use in the trial of this case.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY
FLA. BAR NO. A5500030
500 E. Broward Blvd., 7th Flr
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

CERTIFICATE OF SERVICE          this 13th day of November

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Joel Hirschhorn, Esq., Douglas Centre-Penthouse One, 2600 Douglas Road, Coral Gables, Florida 33134.

_____
JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY