JNK:sr

FILED by _____ D.C.
NOV 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,          :

        PLAINTIFF,          :

v.                                  :

BRUCE HOLLANDER,                    :

        DEFENDANT.          :

_____

## ORDER

This cause comes before the Court on the government's motion to bring electronic equipment into the courtroom, to wit, an audio tape player for use in the trial of this case. Considering the grounds raised in the motion, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the motion is granted.

DONE and ORDERED in Chambers in Fort Lauderdale, Florida, this 13th day of November, 2001.

_____
WILKE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc:    Jeffrey N. Kaplan
        Assistant U.S. Attorney
        Joel Hirschhorn, Esquire