**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6168-CR-WDF__    Date: __November 14, 2001__

Clerk: __Deloris McIntosh__    Reporter: __Patricia Sanders__
                                         __Jerry Reeves__
USPO: _____    Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __BRUCE HOLLANDER, (B)__

AUSA: __Jeff Kaplan__

Defendant(s) Counsel: __Joel Hirschhorn, Esq.,__

Defendant(s) Present____ Not Present____ In Custody____

Reason for hearing: __Jury Trial__

Result of hearing: _Government Rests; Court reserves ruling on defense counsel's motion for judgement of acquittal; defense counsel calls witness_

Case Continued to: _11/15/01_ Time: _9:00_ A.M. _Jury Trial_

213