CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6168-CR-WDF__        Date: __November 13, 2001__

Clerk: __Deloris McIntosh__        Reporter: __Patricia Sanders__

USPO: _____        Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __BRUCE HOLLANDER, (B)__

AUSA: __Jeffrey Kaplan__

Defendant(s) Counsel: __Joel Hirschhorn, Esq.,__

Defendant(s) Present __X__  Not Present ____  In Custody ____

Reason for hearing: __JURY TRIAL__

Result of hearing: Gov't Continues

Case Continued to: 11/14/01  Time: 9:00 A.M.  Jury Trial