CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6168-CR-WDF__         Date: __November 15, 2001__

Clerk: __Deloris McIntosh__         Reporter: __Jerry Reeves__

USPO: _____         Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __BRUCE HOLLANDER, (B)__

AUSA: __Jeff Kaplan__

Defendant(s) Counsel: __Joel Hirschhorn, Esq.,__

Defendant(s) Present_____ Not Present_____ In Custody_____

Reason for hearing: __Jury Trial__

Result of hearing: __Defense Counsel Continues with Witnesses; Defense Rests;__

Case Continued to: __11/19/01__ Time: __9:30__ A.M. __Jury Trial__

