CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.
NOV 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6168-CR-WDF__        Date: __November 19, 2001__

Clerk: __Deloris McIntosh__        Reporter: ~~Jerry Reeves~~ _Patricia Sanders_

USPO: _____    Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __BRUCE HOLLANDER, (B)__

AUSA: __Jeff Kaplan__

Defendant(s) Counsel: __Joel Hirschhorn, Esq.,__

Defendant(s)  Present __✓__   Not Present ____   In Custody ____

Reason for hearing: __Jury Trial__

Result of hearing: __Closing Arguments; Jury Instructions;__

Case Continued to: __11/20/01__ Time: __9:00__ A.M. __Jury Deliberations__

216