UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,

                       CASE NO. 00-6168-CR-FERGUSON
                              Magistrate Judge Snow

vs.

BRUCE HOLLANDER,

        Defendant.
_____/

## DEFENDANT HOLLANDER'S REQUESTED JURY INSTRUCTIONS

Pursuant to Rule 30 of the Federal Rules of Criminal Procedure, the Defendant, **BRUCE HOLLANDER**, requests that the following jury instructions be given at trial in the above-styled case.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant HOLLANDER
Douglas Centre - Penthouse One
2600 Douglas Road
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766



By:_____
    JOEL HIRSCHHORN
    Florida Bar No. 104573

    BRIAN H. BIEBER
    Florida Bar No. 8140



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Defendant Hollander's Requested Jury Instructions was sent via facsimile (954) 356-7336 this 17th day of November, 2001 and hand-delivered on the 19th day of November, 2001, to:

Jeffrey Kaplan, Esq.
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301



JOEL HIRSCHHORN

**Request No. 1**

**IMPEACHMENT
BAD REPUTATION (OR OPINION) CONCERNING
TRUTHFULNESS**

There has been evidence tending to show that a witness has a bad reputation for truthfulness in the community where the witness resides, or has recently resided; or that others have an unfavorable opinion of the truthfulness of the witness.

You may consider those matters also in deciding whether to believe or disbelieve such a witness.

Eleventh Circuit Basic Pattern Jury Instructions 6.7, at p. 30

_____ Granted

_____ Denied

**Request No. 2**

**EXPERT WITNESSES**

When knowledge of a technical subject matter might be helpful to the jury, a person having special training or experience in that technical field is permitted to state an opinion concerning those technical matters.

Merely because such as witness has expressed an opinion, however, does not mean that you must accept that opinion. The same as with any other witness, it is up to you to decide whether to rely upon it.

Eleventh Circuit Basic Pattern Jury Instructions 7, at p.31

_____ Granted

_____ Denied

**Request No. 3**

**THEORY OF DEFENSE**

It is Bruce Hollander's theory of defense that, at no time, did he ever commit, or intend to commit, any of the crimes charged in the indictment. Rather, Mr. Hollander submits that, at all times, he was acting in his professional capacity as a lawyer, representing and providing legitimate legal services to his clients in good faith and doing what he honestly believed to be in the best interest of his clients within the bounds of the law. I remind you, ladies and gentlemen of the jury, the defendant is not charged with a violation or breach of any fiduciary duty.

_____ Granted

_____ Denied

**Request No. 4**

**EQUAL TREATMENT**

You must treat Bruce Hollander as you would any other person accused by the Government. You must not hold Bruce Hollander to any different, or higher, standard of conduct because he is a lawyer charged with violating the law.


_____ Granted

_____ Denied

## Request No. 5

## GOOD FAITH DEFENSE TO CHARGE OF INTENT TO DEFRAUD

Good faith is a complete defense to the charges in the indictment since good faith on the part of the Defendant is inconsistent with intent to defraud or willfulness which is an essential part of the charges.  The burden of proof is not on the Defendant to prove good faith, of course, since the Defendant has no burden to prove anything.  The Government must establish beyond a reasonable doubt that the Defendant acted with specific intent to defraud as charged in the indictment.

One who expresses an honestly held opinion, or an honestly formed belief, is not chargeable with fraudulent intent even though the opinion is erroneous or the belief is mistaken; and similarly, evidence with establishes only that person made a mistake in judgment or an error in establishing procedures, or was careless, does not establish fraudulent intent.

On the other hand, an honest belief on the part of the Defendant that a particular method or way in which he conducted his business would not in and of itself, constitute "good faith" as that term is used in these instructions if, in carrying out his business, the Defendant knowingly made false or fraudulent representations to others with the specific intent to deceive them.

Eleventh Circuit Special Pattern Jury Instructions 16, at p. 70
as Modified  (Last 2 Paragraphs)

_____ Granted

_____ Denied

## Request No. 5(a)

## GOOD FAITH DEFENSE TO CHARGE OF INTENT TO DEFRAUD

Good faith is a complete defense to the charges in the indictment since good faith on the part of the Defendant is inconsistent with intent to defraud or willfulness which is an essential part of the charges. The burden of proof is not on the Defendant to prove good faith, of course, since the Defendant has no burden to prove anything. The Government must establish beyond a reasonable doubt that the Defendant acted with specific intent to defraud as charged in the indictment.

One who expresses an honestly held opinion, or an honestly formed belief, is not chargeable with fraudulent intent even though the opinion is erroneous or the belief is mistaken; and similarly, evidence with establishes only that person made a mistake in judgment or an error in establishing procedures, or was careless, does not establish fraudulent intent.

On the other hand, an honest belief on the part of the Defendant that a particular method or way in which he conducted his business would not in and of itself, constitute "good faith" as that term is used in these instructions if, in carrying out his business, the Defendant knowingly made false or fraudulent representations with the specific intent to deceive Corinthian Mortgage Corporation and HUD.

Eleventh Circuit Special Pattern Jury Instructions 16, at p. 70
as Modified (Last 2 Paragraphs)

_____ Granted

_____ Denied

**Request No. 6**

**THEORY OF DEFENSE**

Misrepresentations or omissions of fact do not violate the laws under which Bruce Hollander is charged unless they are made with the intent to defraud. Before you can find Mr. Hollander guilty, based on a misrepresentation or omission of facts, you must consider whether Mr. Hollander had a good faith belief, that the title commitments submitted to Corinthian Mortgage Corporation would be used by Corinthian only to obtain legal descriptions and borrowers' names, however inaccurate or misleading the information on the title commitments or omissions from, the title commitments turned out to be.

On the other hand, an honest belief on the part of Mr. Hollander that the title commitments would only be used by Corinthian as described above does not, in and of itself, constitute "good faith" as that term is used in these instructions if, in submitting those title commitments, Mr. Hollander knowingly made false or fraudulent representations with the specific intent to defraud Corinthian.


_____ Granted

_____ Denied

**Request No. 7**

**DISBURSE AS DIRECTED**

When a seller is entitled to receive funds from a real estate closing, the title company is obligated to issue proceeds checks as directed by the seller.

_____ Granted

_____ Denied

**Request No. 8**

**SIMULTANEOUS CLOSINGS**

Simultaneous closings are not illegal.  Closing the "B" to "C" transactions first and even using "C's" lenders' loan proceeds to provide the funds for the "A" to "B" transaction is not illegal.

_____ Granted

_____ Denied

**Request No. 9**

**BAR RULES AND INTERNAL POLICIES**

You have heard some evidence that certain conduct attributed to Mr. Hollander was in violation of Florida Bar Rules, and Corinthian Mortgage Corporation's and the Attorneys' Title Insurance Fund, Inc.'s internal policies. Mr. Hollander is not charged with, or on trial for, any alleged violations of Bar Rules or lender or fund policies.

_____ Granted

_____ Denied

**Request No. 10**

**WHAT IS A TITLE INSURANCE COMMITMENT?**

A title insurance commitment is a contract to insure the owner's title and the lender's first mortgage position, provided certain requirements as set forth in the title commitment are met.

_____ Granted

_____ Denied

**Request No. 11**

**IMPLIED MISREPRESENTATIONS NOT UNLAWFUL**

Bruce Hollander's failure to list, in the title insurance commitments, 1) "A" as the record owner, 2) the requirement of a deed from "A" to "B," and 3) the omission of the effective date on which "B" was a record title, does not constitute false statements in the title insurance commitments.

U.S. v. Thorn, 17 F.3d 325 (11th Cir. 1994)

_____ Granted

_____ Denied

## Request No. 12

## LEGAL TO SELL REAL ESTATE YOU DO NOT OWN

It is not illegal to sell real estate you do not own, provided you do acquire title to the same real estate thereafter.

_____ Granted

_____ Denied

## Request No. 13

## WHEN IS A REAL ESTATE TRANSACTION "CLOSED"?

Signing and dating HUD 1's and other documents such as the Addendum to the HUD 1 and other lender certifications, does not constitute a false statement merely because the funds or other documents to complete the transaction were not received until after the dates placed on the HUD 1's and the other closing documents.

The date on which a real estate transaction is deemed "closed" is the date on which all proceeds are disbursed, regardless of the dates on the real estate and loan documents including the HUD 1 and Addendum.

_____ Granted

_____ Denied

**Request No. 14**

**OUT OF COURT STATEMENT**

There has been some testimony that certain witnesses made statements, not in court, at an earlier time.

You may consider any such statements as they bear on the credibility of the witness and the plausibility of his or her in-court testimony.

You must not consider the substance of any such statement for its truth, but rather solely for what the witness may have said, out of court, at an earlier time.

_____ Granted

_____ Denied