**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6168-CR-WDF__   Date: __November 20, 2001__

Clerk: __Deloris McIntosh__   Reporter: __Patricia Sanders__

USPO: _____   Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __BRUCE HOLLANDER, (B)__

AUSA: __Jeff Kaplan__

Defendant(s) Counsel: __Joel Hirschhorn, Esq., /Brian Beber__

Defendant(s) Present __✓__   Not Present ____   In Custody ____

Reason for hearing: __Jury Deliberations__

Result of hearing: __Jury Verdict; Guilty as to Counts 1 thru 13; Defendant allowed to Remain on bond__

Case Continued to: __1/25/02__ Time: __11:00 A.M.__ __Sentencing__