UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA

vs.

BRUCE HOLLANDER, (B)
_____/



FILED by _____ D.C.
NOV 20 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## V E R D I C T

WE, THE JURY, FIND the defendant, BRUCE HOLLANDER

as to Count 1    _____    ___✓___
                    Not Guilty         Guilty

                                    _____ Mail Fraud
                                    __✓__ Wire Fraud
                                    __✓__ Making False Statement
                                          with Intent To Defraud

Count 2    _____    ___✓___
              Not Guilty         Guilty

Count 3    _____    ___✓___
              Not Guilty         Guilty

Count 4    _____    ___✓___
              Not Guilty         Guilty

Count 5    _____    ___✓___
              Not Guilty         Guilty

Count 6    _____    ___✓___
              Not Guilty         Guilty

Count 7    _____    ___✓___
              Not Guilty         Guilty

Count 8    _____    ___✓___
              Not Guilty         Guilty

Count 9    _____    ___✓___
              Not Guilty         Guilty

Count 10   _____    ___✓___
              Not Guilty         Guilty

Count 11  _____     ~~__~~ ✓
          Not Guilty      Guilty

Count 12  _____     __✓___
          Not Guilty      Guilty

Count 13  _____     __✓___
          Not Guilty      Guilty

as charged in the Indictment.

SO SAY WE ALL,

   Dated at the United States Courthouse, Fort Lauderdale, Florida, this ____20____ day of November, 2001.

                                          _Kathleen Ferguson_____
                                              (Foreperson)