# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA

Plaintiff(s)

vs.

Bruce Hollander

Defendant(s)

Case No. 00-6168-CR-WDF

FILED by _____ D.C.
NOV 20 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:    ☐ Miami    ☐ Ft. Lauderdale    ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): All exhibits returned

☐ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: _____
PRINT NAME: Brian Bieber
AGENCY OF FIRM: Hirschhorn & Bieber, P.A.
ADDRESS: 2600 Douglas Rd PH-1 Coral Gables
TELEPHONE: 305 445 5320
DATE: 11/20/01

EXHIBITS RELEASED BY: _____
(Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

221