JNK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,           :

        PLAINTIFF,           :

v.                                  :

BRUCE HOLLANDER,                    :

        DEFENDANT.           :

---

### GOVERNMENT'S LIST OF WITNESSES

1. Douglas Pollock — 11/7/01
2. Terry Ellis — 11/7/01
3. Lybea McGhie — 11/8/01
4. Debbie Davidson — 11/8/01
5. Eileen Tam — 11/13/01
6. Eric Silverman — 11/14/01
7. Marc Cohen
8. Custodian of Records, Professional American Mortgage Institute
9. Custodian of Records of Wachovia Bank, f/n/a American Bank of Hollywood
10. Custodian of Records of Sun Trust Bank
11. Custodian of Records, Pan American Bank
12. Kenneth Heyder

13. Special Agent Chris Carbonneau

>Respectfully submitted,
>
>GUY A. LEWIS
>UNITED STATES ATTORNEY

By: *[signature]*

JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY
Fla. Bar No. A500030
500 E. Broward Blvd., 7th Flr
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 23rd day of October, 2001 to Joel Hirschhorn, Esquire, Douglas Centre, Penthouse 1, 2600 So. Douglas Road, Coral Gables, Fl. 33134.

*[signature]*

JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY

2