Jury Notes
00-6168-CR-WDF

Jury Note

1/20/01

Need fax moise file of fund commitment form.

KFerguson RN.

Jury Note

Can we make a choice to deliberate longer than 15 minutes?