AUSA Jeffrey Kaplan

## U.S. vs Bruce Hollander
## 00-6168-Cr-WDF
## Exhibit List

| EXH # | DESCRIPTION | BORROWER | WITNESS | Beg Bate | End Bate | Admitted | I.D. | Date |
|---|---|---|---|---|---|---|---|---|
| 1 | IDS Investigation report | | Pollack, Doug | 05015 | 05204 | | | |
| 2 | IDS Investigation report Followup | | Pollack, Doug | 05205 | 05233 | | | |
| 3 | Automated Title closing file | Betye, Luminitza | Mcghie, Lybea | 00001 | 00267 | | | |
| 4 | Automated Title closing file | Carswell, Janice | Mcghie, Lybea | 00431 | 00680 | | | |
| 5 | Automated Title closing file | Dimanche, Jean Claude | Mcghie, Lybea | 00886 | 01080 | | | |
| 6 | Automated Title closing file | Ducatel, Joseph | Mcghie, Lybea | 01307 | 01511 | | | |
| 7 | Automated Title closing file | Francois, Marie | Mcghie, Lybea | 01703 | 01968 | | | |
| 8 | Automated Title closing file | Georges, Anibal | Mcghie, Lybea | 02124 | 02384 | | | |
| 9 | Automated Title closing file | Mike, Willie Mae | Mcghie, Lybea | 02573 | 02901 | | | |
| 10 | Automated Title closing file | Moise, Leguet | Mcghie, Lybea | 03127 | 03356 | | | |
| 11 | Automated Title closing file | Ortiz, Luz | Mcghie, Lybea | 03648 | 04016 | | | |
| 12 | Automated Title closing file | Rodriguez, Emerita | Mcghie, Lybea | 04165 | 04440 | | | |
| 13 | Automated Title closing file | Uruejoma, Caroline | Mcghie, Lybea | 04602 | 04818 | | | |
| 14 | Automated Title closing file | Alabre, Jean | Mcghie, Lybea | 05922 | 06183 | | | |
| 15 | Automated Title closing file | Benoit, Katherine | Mcghie, Lybea | 06250 | 06494 | | | |
| 16 | Automated Title closing file | Denis, Gilbert | Mcghie, Lybea | 06574 | 06782 | | | |
| 17 | Automated Title closing file | Derosior, Titi | Mcghie, Lybea | 06868 | 07080 | | | |

FILED by ___ D.C.
NOV 20 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Page No. 1

11/5/01

## U.S. vs Bruce Hollander
## 00-6168-Cr-WDF
## Exhibit List

AUSA Jeffrey Kaplan

| EXH # | DESCRIPTION | BORROWER | WITNESS | Beg Bate | End Bate | Admitted | I.D. | Date |
|---|---|---|---|---|---|---|---|---|
| 18 | Automated Title closing file | Devalon, Joel | Mcghie, Lybea | 07187 | 07521 | | | |
| 19 | Automated Title closing file | Doreus, Rosalie | Mcghie, Lybea | 07609 | 07848 | | | |
| 20 | Automated Title closing file | Ellis, Marsha | Mcghie, Lybea | 07921 | 08161 | | | |
| 21 | Automated Title closing file | Garcia, Steven | Mcghie, Lybea | 08239 | 08522 | | | |
| 22 | Automated Title closing file | Garrepy, Nitza | Mcghie, Lybea | 08595 | 08865 | | | |
| 23 | Automated Title closing file | Gray, Kenneth | Mcghie, Lybea | 08866 | 09129 | | | |
| 24 | Automated Title closing file | Jaboin, Raphael | Mcghie, Lybea | 09209 | 09398 | | | |
| 25 | Automated Title closing file | Jackson, Michelle | Mcghie, Lybea | 09494 | 09740 | | | |
| 26 | Automated Title closing file | Johnson, Leroy | Mcghie, Lybea | 09820 | 10125 | | | |
| 27 | Automated Title closing file | Lindor, Jean | Mcghie, Lybea | 10126 | 10385 | | | |
| 28 | Automated Title closing file | Lindor, Joscheba | Mcghie, Lybea | 10463 | 10643 | | | |
| 29 | Automated Title closing file | Litherland, Lenworth | Mcghie, Lybea | 10721 | 11009 | | | |
| 29a | Blowup/HUD 1/Page 1 | Litherland, Lenworth | Carbonneau, Chris | 10834 | | | | |
| 29b | Blowup/HUD/Page 2 | Litherland, Lenworth | Carbonneau, Chris | 10835 | | | | |
| 29c | Blowup/HUD 1/Page 1 | Litherland, Lenworth | Carbonneau, Chris | 10836 | | | | |
| 29d | Blowup/HUD/Page 2 | Litherland, Lenworth | Carbonneau, Chris | 10837 | | | | |
| 29e | Blowup/Gift Check/$4730/July 14, 1997 | Litherland, Lenworth | Carbonneau, Chris | 10945 | | | | |

U.S. vs Bruce Hollander
00-6168-Cr-WDF
Exhibit List

AUSA Jeffrey Kaplan

| EXH # | DESCRIPTION | BORROWER | WITNESS | Beg Bate | End Bate | Admitted | I.D. | Date |
|---|---|---|---|---|---|---|---|---|
| 29f | Blowup/Title Commitment/Pages 1+2 | Litherland, Lenworth | Carbonneau, Chris | 10830 | 10831 | | | |
| 29g | Blowup/Reconciliation Summary Report | Litherland, Lenworth | Carbonneau, Chris | 10838 | | | | |
| 30 | Automated Title closing file | Mazard, Marie | Mcghie, Lybea | 11038 | 11307 | | | |
| 31 | Automated Title closing file | Palma, Medardo | Mcghie, Lybea | 11388 | 11671 | | | |
| 32 | Automated Title closing file | Pena, Anibal | Mcghie, Lybea | 11756 | 11991 | | | |
| 33 | Automated Title closing file | Pinckney, David | Mcghie, Lybea | 15864 | 16132 | | | |
| 34 | Automated Title closing file | Prince, Marie | Mcghie, Lybea | 12093 | 12406 | | | |
| 35 | Automated Title closing file | Rivera, Victor | Mcghie, Lybea | 12478 | 13014 | | | |
| 36 | Automated Title closing file | Roseme, Mistedel | Mcghie, Lybea | 13085 | 13511 | | | |
| 37 | Automated Title closing file | Saltz, John | Mcghie, Lybea | 14011 | 14223 | | | |
| 38 | Automated Title closing file | Sobalvarro, Juan | Mcghie, Lybea | 14298 | 14624 | | | |
| 39 | Automated Title closing file | Telfort, Guy | Mcghie, Lybea | 14702 | 14933 | | | |
| 40 | Automated Title closing file | Thomas, Aspinell | Mcghie, Lybea | 15006 | 15302 | | | |
| 41 | Automated Title closing file | Thomas, Wallace | Mcghie, Lybea | 15303 | 15496 | | | |
| 42 | Automated Title closing file | Vaughn, Mitchell | Mcghie, Lybea | 15666 | 15863 | | | |
| 43 | Automated Title closing file | Williams, Rupert | Mcghie, Lybea | 15864 | 16132 | | | |
| 44 | Corinthian Loan File | Moise, Leguet | Davidson, Debbie | 03482 | 03561 | | | |

11/5/01

U.S. vs Bruce Hollander
00-6168-Cr-WDF
Exhibit List

AUSA Jeffrey Kaplan

| EXH # | DESCRIPTION | BORROWER | WITNESS | Beg Bate | End Bate | Admitted | I.D. | Date |
|---|---|---|---|---|---|---|---|---|
| 44 | Title Commitment Pages 1-3 | Moise, Leguet | Davidson, Debbie | 05234 | 05264 | | | |
| 45 | Wire Transmittals | | Davidson, Debbie | 05250 | | | | |
| 45 | Wire Transmittal | | Davidson, Debbie | 05250 | | | | |
| 45 | Wire Transmittal | Georges, Anibal | Davidson, Debbie | 05250 | | | | |
| 45 | Wire Transmittal | | Davidson, Debbie | 05254 | | | | |
| 45 | Wire Transmittal | Mike, Willie Mae | Davidson, Debbie | 05254 | | | | |
| 45 | Wire Transmittal | Carswell, Janice | Davidson, Debbie | 05246 | | | | |
| 46 | Wachovia/American Bank Documents | | | 05265 | 05354 | | | |
| 46 | Wachovia/American Bank Documents | | | 16535 | 16540 | | | |
| 46 | Wachovia Declaration of Records | | | 16608 | 16609 | | | |
| 47 | Suntrust Bank | | | 05355 | 05907 | | | |
| 47 | Suntrust Bank Declaration of Records | | | 16602 | 16603 | | | |
| 48 | Pan Am Horizons FCU | | | 16541 | 16557 | | | |
| 48 | Pan Am Declaration of Records | | | 16604 | 16605 | | | |
| 49 | Corinthian Mortg. Corp. Certification | | | 16563 | | | | |
| 50 | Aegis Mortg. Corp. Certification | | | 16570 | | | | |
| 51 | Bank United/Midland Bank Certification | | | 16571 | 16572 | | | |
| 52 | First Bankers Mortg. Corp. Certification | | | 16587 | | | | |
| 53 | Professionel American Mortg. Cert. | | | 16586 | | | | |

U.S. vs Bruce Hollander
00-6168-Cr-WDF
Exhibit List

AUSA Jeffrey Kaplan

Page No. 5

| EXH # | DESCRIPTION | BORROWER | WITNESS | Beg Bate | End Bate | Admitted | I.D. | Date |
|---|---|---|---|---|---|---|---|---|
| 54 | PNC Bank/Delaware Interim Bank Cert. | | | 16589 | 16601 | | | |
| 55 | | | | | | | | |
| 56 | Plea Agreement | | | | | | | |
| 57 | Plea Agreement | | | | | | | |
| 58 | Chart/Hollander "Flip" Title Commitment | | | | | | | |
| 59 | Chart/ Organizational | | | | | | | |
| 60 | Chart/Money Laundering/Georges | | | | | | | |
| 61 | Chart/Money Laundering/Carswell/Lindor | | | | | | | |
| 103 | PAMI Loan File | Betye, Luminitza | Carbonneau, Chris | 00268 | 00354 | | | |
| 103 | Declaration of PAMI Records | | Carbonneau, Chris | 16606 | 16607 | | | |
| 104 | PAMI Loan File | Carswell, Janice | Carbonneau, Chris | 00681 | 00791 | | | |
| 105 | PAMI Loan File | Dimanche, Jean Claude | Carbonneau, Chris | 01081 | 01193 | | | |
| 106 | PAMI Loan File | Ducatel, Joseph | Carbonneau, Chris | 01512 | 01623 | | | |
| 107 | PAMI Loan File | Francois, Marie | Carbonneau, Chris | 01969 | 02043 | | | |
| 108 | PAMI Loan File | Georges, Anibal | Carbonneau, Chris | 02385 | 02496 | | | |
| 109 | PAMI Loan File | Mike, Willie Mae | | 02902 | 03031 | | | |

11/5/01

U.S. vs Bruce Hollander
00-6168-Cr-WDF
Exhibit List

AUSA Jeffrey Kaplan

| EXH # | DESCRIPTION | BORROWER | WITNESS | Beg Bate | End Bate | Admitted | I.D. | Date |
|---|---|---|---|---|---|---|---|---|
| 110 | PAMI Loan File | Moise, Leguet | | 03357 | 03481 | | | |
| 111 | PAMI Loan File | Ortiz, Luz | | 04017 | 04101 | | | |
| 112 | PAMI Loan File | Rodriguez, Emerita | | 04441 | 04531 | | | |
| 113 | PAMI Loan File | Uruejoma, Caroline | | 04819 | 04927 | | | |
| 203 | Department of HUD Case File | Betye, Luminitza | Tam, Eileen | 000355 | 000430 | | | |
| 204 | Department of HUD Case File | Carswell, Janice | Tam, Eileen | 00792 | 00885 | | | |
| 205 | Department of HUD Case File | Dimanche, Jean Claude | Tam, Eileen | 01194 | 01306 | | | |
| 206 | Department of HUD Case File | Ducatel, Joseph | Tam, Eileen | 01624 | 01702 | | | |
| 207 | Department of HUD Case File | Francois, Marie | Tam, Eileen | 02044 | 02123 | | | |
| 208 | Department of HUD Case File | Georges, Anibal | Tam, Eileen | 02497 | 02572 | | | |
| 209 | Department of HUD Case File | Mike, Willie Mae | Tam, Eileen | 03032 | 03126 | | | |
| 210 | Department of HUD Case File | Moise, Leguet | Tam, Eileen | 03562 | 03647 | | | |
| 211 | Department of HUD Case File | Ortiz, Luz | Tam, Eileen | 04102 | 04164 | | | |
| 211a | Blowup/HUD 1/Page 1 | Ortiz, Luz | Carbonneau, Chris | | | | | |
| 211b | Blowup/HUD 1/Page 2 | Ortiz, Luz | Carbonneau, Chris | | | | | |
| 211c | Blowup/HUD 1 Addendum | Ortiz, Luz | Carbonneau, Chris | | | | | |
| 212 | Department of HUD Case File | Rodriguez, Emerita | Tam, Eileen | 04532 | 04601 | | | |

Page No. 6

11/5/01

U.S. vs Bruce Hollander
00-6168-Cr-WDF
Exhibit List

AUSA Jeffrey Kaplan

| EXH # | DESCRIPTION | BORROWER | WITNESS | Beg Bate | End Bate | Admitted | I.D. | Date |
|---|---|---|---|---|---|---|---|---|
| 213 | Department of HUD Case File | Uruejoma, Caroline | Tam, Eileen | 04928 | 05014 | | | |
| 214 | Department of HUD Case File | Alabre, Jean | Tam, Eileen | 06184 | 06249 | | | |
| 215 | Department of HUD Case File | Benoit, Katherine | Tam, Eileen | 06495 | 06573 | | | |
| 216 | Department of HUD Case File | Denis, Gilbert | Tam, Eileen | 06783 | 06867 | | | |
| 217 | Department of HUD Case File | Derosier, Titi | Tam, Eileen | 07081 | 07186 | | | |
| 218 | Department of HUD Case File | Devalon, Joel | Tam, Eileen | 07522 | 07608 | | | |
| 219 | Department of HUD Case File | Doreus, Rosalie | Tam, Eileen | 07849 | 07920 | | | |
| 220 | Department of HUD Case File | Ellis, Marsha | Tam, Eileen | 08162 | 08238 | | | |
| 221 | Department of HUD Case File | Garcia, Steven | Tam, Eileen | 08523 | 08594 | | | |
| 222 | | | | | | | | |
| 223 | Department of HUD Case File | Gray, Kenneth | Tam, Eileen | 09130 | 09208 | | | |
| 224 | Department of HUD Case File | Jaboin, Raphael | Tam, Eileen | 09399 | 09493 | | | |
| 225 | Department of HUD Case File | Jackson, Michelle | Tam, Eileen | 09741 | 09819 | | | |
| 226 | | | | | | | | |
| 227 | Department of HUD Case File | Lindor, Jean | Tam, Eileen | 10386 | 10462 | | | |
| 228 | Department of HUD Case File | Lindor, Joscheba | Tam, Eileen | 10644 | 10720 | | | |
| 229 | Department of HUD Case File | Litherland, Lenworth | Tam, Eileen | 11010 | 11037 | | | |

Page No. 7

11/5/01

U.S. vs Bruce Hollander
00-6168-Cr-WDF
Exhibit List

AUSA Jeffrey Kaplan

Page No. 8

| EXH # | DESCRIPTION | BORROWER | WITNESS | Beg Bate | End Bate | Admitted | I.D. | Date |
|---|---|---|---|---|---|---|---|---|
| 230 | Department of HUD Case File | Mazard, Marie | Tam, Eileen | 11308 | 11387 | | | |
| 231 | Department of HUD Case File | Palma, Medardo | Tam, Eileen | 11672 | 11755 | | | |
| 232 | Department of HUD Case File | Pena, Anibal | Tam, Eileen | 11992 | 12092 | | | |
| 233 | | | | | | | | |
| 234 | Department of HUD Case File | Prince, Marie | Tam, Eileen | 12407 | 12477 | | | |
| 235 | Department of HUD Case File | Rivera, Victor | Tam, Eileen | 13015 | 13084 | | | |
| 236 | Department of HUD Case File | Roseme, Mistedel | Tam, Eileen | 13512 | 13616 | | | |
| 237 | Department of HUD Case File | Saltz, John | Tam, Eileen | 13931 | 14010 | | | |
| 238 | Department of HUD Case File | Sobalvarro, Juan | Tam, Eileen | 14224 | 14297 | | | |
| 239 | Department of HUD Case File | Telfort, Guy | Tam, Eileen | 14625 | 14701 | | | |
| 240 | Department of HUD Case File | Thomas, Aspinell | Tam, Eileen | 14934 | 15005 | | | |
| 241 | Department of HUD Case File | Thomas, Wallace | Tam, Eileen | 15497 | 15571 | | | |
| 242 | Department of HUD Case File | Vaughn, Mitchell | Tam, Eileen | 15572 | 15565 | | | |
| 243 | Department of HUD Case File | Williams, Rupert | Tam, Eileen | 16457 | 16534 | | | |
| 244 | | | | | | | | |
| 245 | | | | | | | | |

11/5/01

# U.S. vs Bruce Hollander
## 00-6168-Cr-WDF
### Exhibit List

AUSA Jeffrey Kaplan

| EXH # | DESCRIPTION | BORROWER | WITNESS | Beg Bate | End Bate | Admitted | I.D. | Date |
|---|---|---|---|---|---|---|---|---|
| 246 | | | | | | | | |
| 247 | | | | | | | | |
| 248 | | | | | | | | |
| 249 | | | | | | | | |
| 250 | | | | | | | | |
| 251 | | | | | | | | |
| 252 | | | | | | | | |
| 253 | | | | | | | | |
| 254 | | | | | | | | |
| 255 | | | | | | | | |
| 256 | | | | | | | | |
| 257 | | | | | | | | |
| 258 | | | | | | | | |

11/5/01

# U.S. vs Bruce Hollander
## 00-6168-Cr-WDF
### Exhibit List

**AUSA Jeffrey Kaplan**

| EXH # | DESCRIPTION | BORROWER | WITNESS | Beg Bate | End Bate | Admitted | I.D. | Date |
|---|---|---|---|---|---|---|---|---|
| 259 | | | | | | | | |
| 260 | | | | | | | | |
| 261 | | | | | | | | |
| 262 | | | | | | | | |
| 263 | | | | | | | | |
| 264 | | | | | | | | |
| 265 | | | | | | | | |
| 266 | | | | | | | | |
| 267 | | | | | | | | |
| 268 | | | | | | | | |
| 269 | | | | | | | | |
| 270 | | | | | | | | |

Page No. 10

11/5/01