JNK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,          :

          PLAINTIFF,          :

v.          :

BRUCE HOLLANDER,          :

          DEFENDANT.          :

_____

## ORDER GRANTING GOVERNMENT'S MOTION
## TO INCREASE DEFENDANT'S REPORTING CONDITIONS

THIS MATTER is before the Court on the Government's ore tenus motion of November 20, 2001, to increase the defendant Bruce Hollander's reporting requirements to pretrial services to three times a week by telephone and one time a week in person. On full consideration of the arguments presented, it is hereby,

ORDERED AND ADJUDGED that the motion is GRANTED. The defendant Bruce Hollander's reporting requirements to pretrial services are hereby increased to three times a week by telephone and one time a week in person.

DONE AND ORDERED at Fort Lauderdale, Florida, this 26th day of November 2001.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

cc:    AUSA JEFFREY KAPLAN
       JOEL HIRSCHHORN, ESQ.
       LIZA LLANAS/Pre trial svcs