UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

BRUCE HOLLANDER,

   Defendant.

_____/

**NIGHT BOX**
**FILED**

DEC 1 4 2001

. . . . . . E MADDOX
. . . . . USDC/SDFL/FTL

## DEFENDANT'S UNOPPOSED MOTION FOR FOURTEEN (14) DAY EXTENSION OF TIME TO FILE RENEWED MOTION FOR JUDGMENT OF ACQUITTAL, OR IN THE ALTERNATIVE, MOTION FOR NEW TRIAL

Defendant, BRUCE HOLLANDER, by and through his undersigned attorneys, respectfully moves this Honorable Court for an Order granting a fourteen (14) day extension of time to file Defendant's Renewed Motion for Judgment of Acquittal, or in the Alternative, Motion for New Trial.  As grounds therefor, the undersigned would show as follows:

1.  Defendant's Renewed Motion for Judgment of Acquittal, or in the Alternative, Motion for New Trial is presently due to be filed on or before December 20, 2001.

2.  Joel Hirschhorn, lead attorney for Defendant, is currently in Europe on a prepaid vacation and will return to Florida on December 19, 2001.

3.  Due to several other pressing matters, Mr. Hirschhorn was unable to complete Defendant's Renewed Motion for Judgment of Acquittal, or in the Alternative, Motion for New Trial, prior to leaving the country.

23/

4.      The undersigned has contacted Assistant United States Attorney Jeffrey Kaplan, and Mr. Kaplan advised the Government has no objection to the relief requested herein.

5.      Defendant has no objection to Mr. Kaplan's request that the Government's Response to Defendant's Renewed Motion for Judgment of Acquittal, or in the Alternative, Motion for New Trial be filed within twenty (20) days after Defendant's motion is filed.

WHEREFORE, Defendant, BRUCE HOLLANDER, prays that this Honorable Court will grant Defendant's Unopposed Motion for Fourteen (14) Day Extension of Time to File Renewed Motion for Judgment of Acquittal, or in the Alternative, Motion for New Trial, and such other relief as is just and proper.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant HOLLANDER
2600 Douglas Road, PH One
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: _____
        JOEL HIRSCHHORN
        Florida Bar No. 104573

        BRIAN H. BIEBER
        Florida Bar No. 8140

HIRSCHHORN & BIEBER, P.A., DOUGLAS CENTRE, PENTHOUSE ONE, 2600 DOUGLAS ROAD, CORAL GABLES, FL 33134, TEL (305) 445-5320, FAX (305) 446-1766

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and U.S. mail this ____ day of December, 2001, to:

Jeffrey Kaplan, Esq. (via facsimile (954) 356-7336 & U.S. mail)
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301

_____
JOEL HIRSCHHORN

3