UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                  CASE NO. 00-6168-Cr-FERGUSON

BRUCE HOLLANDER,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR FOURTEEN (14) DAY EXTENSION OF TIME TO FILE RENEWED MOTION FOR JUDGMENT OF ACQUITTAL, OR IN THE ALTERNATIVE, MOTION FOR NEW TRIAL**

    **THIS CAUSE** having come on to be heard before me upon Defendant, **BRUCE HOLLANDER's** Unopposed Motion for Fourteen (14) Day Extension of Time to File Renewed Motion for Judgment of Acquittal, or in the Alternative, Motion for New Trial, and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** that said Motion be and the same is hereby _GRANTED_.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 19th day of December, 2001.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

Conformed copies furnished:

Joel Hirschhorn, Esq.
Jeffrey Kaplan, AUSA