UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRUCE HOLLANDER,

    Defendant.
_____/



### UNOPPOSED MOTION TO RESCHEDULE SENTENCING DATE

COMES NOW the Defendant, **BRUCE HOLLANDER**, and moves this Court for the entry of an Order rescheduling the sentencing of the Defendant and, as grounds therefore, the undersigned would show as follows:

1. On November 20, 2001, this Court set sentencing for January 25, 2002. Joel Hirschhorn, who was trial and is primary counsel for Defendant was not present on December 20th as he was out of State. Counsel's partner, Brian H. Bieber, stood in for Hirschhorn. Bieber was unaware that Hirschhorn had a scheduling on January 25, 2002 as set forth below.

2. On January 25, 2002, Hirschhorn, a member of the Wisconsin Bar since 1967, is to be inducted as a Fellow of the Wisconsin Law Foundation, an honor and recognition which is extended to relatively few members of the Wisconsin State Bar. A copy of the letter extending this recognition is attached hereto as Ex. 1.

3. Hirschhorn (and his wife) are scheduled to fly from Miami the evening of January

HIRSCHHORN & BIEBER, P.A., DOUGLAS CENTRE, PENTHOUSE ONE, 2600 DOUGLAS ROAD, CORAL GABLES, FL 331 J4, TEL (305) 445-5320, FAX (305) 446-1766

24, 2002 and spend the evenings of January 24th and 25th in Milwaukee, returning to Miami on January 26th.

4. If Defendant's sentencing is not rescheduled, Hirschhorn will not be able to attend his own induction as a Fellow of the Wisconsin Law Foundation.

5. Defendant's Objections to the Presentence Investigation, especially with respect to the computation of the loss amount (and anticipated argument on his soon to be filed Motion for Judgment of Acquittal and Motion for New Trial) will require four hours or more.

6. Under these unique and personal circumstances, counsel for Defendant respectfully requests this court reschedule the sentencing for a date on or after February 1 (but not February 15[1]), 2002.

7. Assistant United States Attorney Jeffrey Kaplan does not oppose this Motion.

WHEREFORE, the undersigned prays this Honorable Court will grant the within Motion and reschedule the sentencing date at a time convenient for all parties.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant
2600 Douglas Road, PH One
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: _____
JOEL HIRSCHHORN
Florida Bar No. 104573

BRIAN H. BIEBER
Florida Bar No. 8140

---

[1] Hirschhorn, President Elect of the American Board of Criminal Lawyers, is required to attend an out of State Executive Committee and Board of Governors meeting in Nevada the weekend of February 15-18, 2002 and has made appropriate arrangements for same.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 31st December day of ~~January~~, 2001, to:

Jeffrey Kaplan, Esq. (via facsimile (954) 356-7336 & U.S. mail)
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301

JOEL HIRSCHHORN

# the FELLOWS

*A Professional Distinction*

OCT 2 2001

October 23, 2001

**BOARD OF TRUSTEES**

OFFICERS
**Truman Q. McNulty**
*President*

**John W. Stevens**
*Vice President*

**Margadette Demet**
*Secretary*

**Donald L. Heaney**
*Treasurer*

**John S. Skilton**
*President,
Wisconsin Law
Foundation*

TRUSTEES
**Rodney O. Kittelsen**
**Hon. Gerald C. Nichol**
**Gerald M. O'Brien**
**Michael J. Remington**
**Thomas S. Sleik**
**Steven R. Sorenson**

EX-OFFICIO
**Gerald Mowris**
*President
State Bar of Wisconsin*

**G. Lane Ware**
*Past President
Wisconsin Law Foundation*

**George C. Brown**
*Executive Director
State Bar of Wisconsin*

Atty. Joel Hirschhorn
Hirschhorn & Bieber PA
2600 Douglas Rd PH - 1
Coral Gables, FL 33134-6143

Dear Atty. Joel Hirschhorn:

On behalf of the Board of Trustees of **THE FELLOWS** of the **Wisconsin Law Foundation**, we are very pleased to inform you that your nomination for membership has been approved, and you have been elected as a **FELLOW**. You should know that membership in **THE FELLOWS** is considered a professional honor and a mark of Professional Distinction.

To supplement information you may have on the **FELLOWS** program I will briefly describe The Wisconsin **FELLOWS** organization. It is patterned substantially on the format and requirements of **THE FELLOWS** of the American Bar Foundation. Currently, there are over 25 states which have established a **FELLOWS** program as a means to recognize prominent member of the state bar. The **Law Foundation** has organized **THE FELLOWS** as a special means to honor members of the State Bar of Wisconsin who have achieved significant accomplishments in their professional careers.

The nomination to be elected a **FELLOW** is made pursuant to a defined selection process by the Standing Nomination Committee of the Board, approved by the membership of the **FELLOWS**, and formally elected by the Board of Trustees. The By-Laws provide:

1. A nominee must be a member in good standing of the State Bar of Wisconsin.

2. The **FELLOWS** elected must be lawyers, judges or teachers of law who are recognized in the legal profession for outstanding attainment in their professional, public or private careers.

**THE FELLOWS of the Wisconsin Law Foundation**
5302 Eastpark Boulevard
Madison, WI 53718
(608)250-6015
(800)444-9404 x6015

Ex. 1

3.  Total membership in **THE FELLOWS** shall be limited to 2.5% of the membership of the State Bar of Wisconsin.

4.  The objectives of the **FELLOWS** are: to assist the Law Foundation in its programs; and to promote the public interest by the advancement of high standards of ethical conduct in the legal profession; to advance the application of suitable standards of legal education and to aid in the improvements in the administration of justice in Wisconsin.

5.  A general policy traditional to a **FELLOWS** organization is a one-time financial commitment payable over a period of years. The Wisconsin **FELLOWS** requirement is $1,500 payable over a period of ten years, $150 upon Acceptance and the balance over an optional period of nine (9) years.

6.  Upon completion of payment, a member attains a "**LIFE FELLOW**" membership which shall continue as long as he or she remains a member of good standing in the State Br of Wisconsin. A **LIFE FELLOW** shall have no further financial obligation to the **FELLOWS**. A nominee who is 65 years or older at the time of acceptance shall make the contribution only until he or she attains the age of 75. Further, the **LIFE FELLOW** is formally recognized at the next annual meeting with presentation of a special plaque

7.  **A formal written Acceptance is required.** The Board of Trustees request your response, and hopefully Acceptance, within <u>fifteen (15)</u> days from the receipt of this letter. Newly-elected **FELLOWS** will be formally recognized at a black tie dinner event on January 25, 2002. The new **FELLOWS** are expected to attend the formal event to be formally inducted as a **FELLOW**. However, the Board does recognize a lawyer's schedule demands.

If you desire any additional information, John Stevens and I would be most happy to meet with you personally or otherwise discuss in detail with you.

We most sincerely hope that you will choose to honor the membership by joining the **FELLOWS of the Wisconsin Law Foundation.**

Sincerely yours,

John W. Stevens  
Chair, Nomination Committee

Truman McNulty  
President  
THE FELLOWS of the  
Wisconsin Law Foundation

TQM/bs