UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                CASE NO. 00-6168-Cr-FERGUSON

BRUCE HOLLANDER,

    Defendant.
_____/

## ORDER ON UNOPPOSED MOTION TO RESCHEDULE SENTENCING DATE

**THIS CAUSE** having come on to be heard before me upon Defendant, **BRUCE HOLLANDER's** Unopposed Motion to Reschedule Sentencing Date and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion be and the same is hereby _____.

GRANTED. SENTENCING IS RESET TO FEBRUARY 22, 2002 at 10:00 am.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 3RD day of January, 2002.

_____
UNITED STATES DISTRICT JUDGE

Conformed copies furnished:

Joel Hirschhorn, Esq.
Jeffrey Kaplan, AUSA
U.S.P.O.