

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

BRUCE HOLLANDER,

        Defendant.
_____/

## DEFENDANT HOLLANDER'S
## UNOPPOSED MOTION FOR LEAVE TO TRAVEL

Defendant, **BRUCE HOLLANDER**, by and through undersigned counsel, files this Unopposed Motion for Leave to Travel, and in support thereof, states as follows:

1. Defendant seeks permission to travel from his residence in the Southern District of Florida to Los Angeles, California, for three (3) days for business purposes unrelated to Defendant's legal practice. (Defendant obtained permission from this Court last year to attend the same trade show).

2. If permitted by this Court, Defendant plans to fly on February 8, 2002 from Miami, Florida to Los Angeles, California, on National Airlines Flight No. 80 at 8:10 A.M., connecting in Las Vegas at 10:30 A.M. and departing at 11:20 A.M on National Airlines Flight No. 7, which is scheduled to arrive in Los Angeles at 12:35 P.M. While in Los Angeles, Defendant will be staying at the Hilton LAX Airport and Towers, 5711 W. Century Boulevard, Los Angeles, California (310-410-4000).

3. Defendant plans to return to Fort Lauderdale on February 10, 2002, on National Airlines Flight 312, leaving Los Angeles at 5:50 P.M. and arriving Fort Lauderdale at 6:15 A.M.

4. Defendant presents no risk of flight or danger to the community.

5. Defendant will comply with any and all conditions required by this Court while in Los Angeles, California. Defendant will comply with all pre-trial conditions while in Los Angeles, California.

6. The undersigned has contacted Assistant United States Attorney Jeffrey Kaplan with respect to this Motion. Mr. Kaplan has advised the Government has **no objection** to the relief requested herein.

**WHEREFORE**, Defendant, **BRUCE HOLLANDER,** prays this Honorable Court grant Defendant's Unopposed Motion for Leave to Travel, and such other relief as is just and proper.

> HIRSCHHORN & BIEBER, P.A.
> Attorneys for Defendant HOLLANDER
> Douglas Centre, Penthouse One
> 2600 Douglas Road
> Coral Gables, FL 33134
> Telephone #: (305) 445-5320
> Facsimile #: (305) 446-1766
>
> By: _____
> BRIAN H. BIEBER
> Florida Bar No. 8140
>
> JOEL HIRSCHHORN
> Florida Bar No. 104573

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing Unopposed Motion for Leave to Travel was mailed this ___ day of February, 2002, to:

Jeffrey Kaplan, Esq.
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301

_____
BRIAN H. BIEBER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              CASE NO. 00-6168-Cr-FERGUSON
                                   MAGISTRATE JUDGE LURANA SNOW

BRUCE HOLLANDER,

    Defendant.
_____/

### ORDER ON DEFENDANT HOLLANDER'S UNOPPOSED MOTION FOR LEAVE TO TRAVEL

**THIS CAUSE** having come on to be heard before me upon Defendant, **BRUCE HOLLANDER's** Unopposed Motion for Leave to Travel and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion be and the same is hereby _____.

_____

_____.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _____ day of February, 2002.

_____
UNITED STATES DISTRICT JUDGE

Conformed copies furnished:

Joel Hirschhorn, Esq.
Jeffrey Kaplan, AUSA