

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                 CASE NO. 00-6168-Cr-FERGUSON
                                    MAGISTRATE JUDGE LURANA SNOW

BRUCE HOLLANDER,

    Defendant.
_____/

## ORDER ON DEFENDANT HOLLANDER'S UNOPPOSED MOTION FOR LEAVE TO TRAVEL

**THIS CAUSE** having come on to be heard before me upon Defendant, **BRUCE HOLLANDER's** Unopposed Motion for Leave to Travel and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion be and the same is hereby _____.

GRANTED. THE DEFENDANT SHALL RETURN TO THE JURISDICTION NOT LATER THAN FEB. 11, 2002.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _5TH_ day of February, 2002.

 

_____
UNITED STATES DISTRICT JUDGE

Conformed copies furnished:

Joel Hirschhorn, Esq.
Jeffrey Kaplan, AUSA