UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BRUCE HOLLANDER,

        Defendant.

_____/



## DEFENDANT'S SECOND MOTION TO RESCHEDULE SENTENCING DATE

    COMES NOW the Defendant, **BRUCE HOLLANDER,** and moves this Court for the entry of an Order rescheduling the sentencing of the Defendant and, as grounds therefore, the undersigned would show as follows:

    1.    On or around December 31, 2001, Defendant filed his Unopposed Motion to Reschedule Sentencing Date.

    2.    On January 3, 2002, this Court continued the sentencing date to February 22, 2002.

    3.    Undersigned's office has been informed that only half-an-hour has been set for Defendant's sentencing.

    4.    Defendant has filed numerous substantial objections to the Presentence Report which are not likely to be resolved prior to sentencing. The allotted half-an-hour will not be sufficient time for resolution of the loss and restitution computation. Defendant may call a witness to corroborate the numbers in his Objections.

5.    Defendant has recently been diagnosed with prostate cancer and is currently scheduled for surgery on March 13, 2002.  Counsel is expecting a letter from Defendant's doctor confirming the above.

6.    Undersigned intends to file Motions for Downward Departure and respectfully suggests that the allotted  half-an-hour is not enough time to argue said Motions.

7.    Defendant's Motion for Judgment of Acquittal, or in the Alternative, Motion for New Trial are still pending; Defendant requests oral argument on same.  Considerations of judicial economy suggest that motion and all sentencing matters (should the Court deny the Defendant's pending motion) be heard at the same time.

8.    Assistant United States Attorney Jeffrey Kaplan has not responded to several telephone voice mail messages and one fax requesting the Government's position on this Motion.

WHEREFORE, the undersigned prays this Honorable Court will grant the within Motion and reschedule the sentencing date at a time convenient for all parties allowing at least three hours for Defendant to present  and argue his Motion for Judgment of Acquittal or in the Alternative Motion for New Trial, Objections to the Presentence Report, and Motions for Downward Departure.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant
2600 Douglas Road, PH One
Coral Gables, FL  33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: _____
JOEL HIRSCHHORN
Florida Bar No. 104573

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 13th

day of February, 2002, to:

Jeffrey Kaplan, Esq. (via facsimile (954) 356-7336 & U.S. mail)
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301

Ms. Georgann T. Stanley
United States Probation Officer
United States Probation Office
299 E. Broward Boulevard
Room 409
Fort Lauderdale, Florida 33301



JOEL HIRSCHHORN

3