UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
BRUCE HOLLANDER             )
_____

**GOVERNMENT'S SUPPLEMENTAL OPPOSITION TO DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT(PSI)**

The United States of America, by and through its undersigned counsel, hereby files this Supplemental Opposition to Defendant's Objections To the PSI by attaching the Schedule of Losses, which was inadvertently omitted from the opposition it filed.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

JEFFREY N. KAPLAN
Assistant United States Attorney
FLA BAR No. A005500030
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255x3515
Fax: (954) 356-7336

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail, this ____ day of February, 2002, to: Joel Hirschhorn, Esq., Douglas Center, Penthouse One, 2600 Douglas Road, Coral Gables, Florida 33134.

                                                                          _____
                                                                          JEFFREY N. KAPLAN
                                                                          Assistant United States Attorney

BRUCE HOLLANDER
Calculation of Loss

1. Properties closed at Automated Title:    **Loss**    **Victim**

   Properties already sold in foreclosure:

   | | | |
   |---|---:|---|
   | Steven Garcia | $29,444 | HUD |
   | Anibal Georges | 23,033 | HUD |
   | Michelle Jackson | 12,551 | HUD |
   | David Pickney | 32,232 | HUD |
   | Victor Rivera | 50,533 | HUD |
   | Nitza Garrepy | 25,900 | Norwest |

   Properties reacquired by HUD awaiting resale:

   | | |
   |---|---:|
   | Joel Devalon | $30,116* |

   Properties with lis pendens from lender:

   | | |
   |---|---:|
   | Jean Alabre | 30,116* |

   Properties closed by defendant with Wesley Grant and Richard King using fraudulent title commitments:

   | | |
   |---|---:|
   | Moncada(9/6/97) | 57,000 |
   | Ewen(6/4/97) | 3,000 |
   | Ismael(10/7/97) | 20,200 |
   | Ismael(10/13/97) | <u>25,800</u> |
   | Total loss from properties closed at Automated Title: | $339,925 |

*Estimated based on actual losses

2. Properties closed at other title companies while the defendant was furthering the scheme by advising Silverman to stonewall HUD and Corinthian Mortgage:

    Properties already sold in foreclosure:

| | | |
|---|---|---|
| Angelique Charlmont(4/23/98) | 10,846 | HUD |
| Harry Antoine(6/13/98) | 22,643 | HUD |
| Luders Thomas(7/2/98) | 63,863 | HUD |

    Properties reacquired awaiting sale:

| | |
|---|---|
| Viven Shaw | 30,116* |
| Jacqueline Joseph(Conv. Loan) | 30,116* |
| Mosenique Pierre(8/19/98) | 30,116* |
| Rochel Francois(8/1/98) | 30,116* |

    Properties with lis pendens:

| | |
|---|---|
| Jacqueline Townsend | 30,116* |
| Jimmy Leanore | 30,116* |
| Domenico Abreu | 30,116* |
| Dajilus St. Phaard | 30,116* |
| Gertha Meide | 30,116* |
| Janita Vilme | 30,116* |
| Celus Sidney | 30,116* |
| Jordany Antoine | <u>30,116*</u> |
| Total loss | 798,669 |

Restitution is now $271,045, which is the loss of the nine properties that have already been resold.