SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6168-CR-WDF

FILED by _____ B.C.
FEB 22 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFENDANT BRUCE HOLLANDER (B)    JUDGE   WILKIE D. FERGUSON JR.,

Deputy Clerk   Deloris McIntosh ~~Karen Gardner~~    DATE   February 22, 2002

Court Reporter   Anita LaRocca    USPO   Georgeann Stanley

AUSA   Jeffrey Kaplan    Deft's Counsel   Joel Hirschhorn, Esq.,

COUNTS DISMISSED _____

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

✓  Sentencing cont'd until ___/___/___  at _____ AM / PM

**JUDGMENT AND SENTENCE**

Imprisonment    Years    Months    Counts

_____    _____    _____
_____    _____    _____
_____    _____    _____

Supervised Release _____
Probation    Years    Months    Counts

_____    _____    _____
_____    _____    _____

Comments _____

SPECIAL CONDITIONS: _____
_____
_____

Assessment $ _____    Fine $ _____

Restitution /Other _____

_____ Remanded to the Custody of the U.S. Marshal Service    _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U.S. Marshal Service) on ___/___/___

Commitment Recommendation: _____