UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRUCE HOLLANDER,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE SENTENCING DATE

COMES NOW the Defendant, **BRUCE HOLLANDER**, and moves this Court for the entry of an Order rescheduling the sentencing of the Defendant and, as grounds therefore, the undersigned would show as follows:

1.    Defendant's continuation[1] of the sentencing is currently set for April 22, 2002 at 9:00 A.M.

---

[1] Defendant's sentencing hearing began on February 22, 2002. It did not complete. The Court ordered the Government to turn over certain materials to Defendant. This has been done. Defendant has begun analyzing these materials.

2. Undersigned counsel is one of three arbitrators in International Chamber of Commerce International Court of Arbitration Case No. 10998/BWD/TE in the case styled Nasik Breeding & Research Farm Limited (India) vs. Peterson Farms, Inc. (U.S.A.). This case involves a multi-million dollar RICO claim on behalf of a corporate claimant based in India, a Respondent based in Arkansas, attorneys in New York and London, and two other mediators in Philadelphia and London, respectively. In September, 2001, the telephonic hearing in this matter was set for 11:00 o'clock A.M. on April 22, 2002.

3. In view of the above, undersigned respectfully requests that the sentencing herein be rescheduled to the week of April 29, 2002. At least three hours are requested.

4. Assistant United States Attorney Jeffrey Kaplan has no objection to the granting of this Motion, provided the sentencing date is set for May 1, 2002.

WHEREFORE, the undersigned prays this Honorable Court will grant the within Motion and reschedule the sentencing date for the week of April 29, 2002.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant
2600 Douglas Road, PH One
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: _____
JOEL HIRSCHHORN
Florida Bar No. 104573

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 10th day of April, 2002, to:

Jeffrey Kaplan, Esq. (via facsimile (954) 356-7336 & U.S. mail)
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301

Ms. Georgann T. Stanley
United States Probation Officer
United States Probation Office
299 E. Broward Boulevard, Room 409
Fort Lauderdale, Florida 33301

_____
JOEL HIRSCHHORN