UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    CASE NO. 00-6168-Cr-FERGUSON

BRUCE HOLLANDER,

    Defendant.
_____/

## ORDER ON UNOPPOSED MOTION TO RESCHEDULE SENTENCING DATE

THIS CAUSE having come on to be heard before me upon Defendant, **BRUCE HOLLANDER's** Third Motion to Reschedule Sentencing Date and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion be and the same is hereby GRANTED.
THE MATTER IS HEREBY RESET FOR SENTENCING MONDAY APRIL 29TH AT 9:30 A.M.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 19TH day of April, 2002.

                                                          UNITED STATES DISTRICT JUDGE

Conformed copies furnished:

Joel Hirschhorn, Esq.
Jeffrey Kaplan, AUSA
Ms. Georgann T. Stanley, USPO