SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6168-CR-WDF

FILED by _____ D.C.
APR 29 2002
S.D. OF FLA. - FT. LAUD.

DEFENDANT  BRUCE HOLLANDER (B)          JUDGE  WILKIE D. FERGUSON JR.

Deputy Clerk  Karen Gardner              DATE  April 29, 2002

Court Reporter  Carl Schanzleh            USPO  N/A

AUSA  Jeffrey Kaplan                     Deft's Counsel  Joel Hirschhorn, Esq.,

Ruth Valdez: HUD

COUNTS DISMISSED _____

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

**JUDGMENT AND SENTENCE**

(Imprisonment)   Years    Months    Counts
                  ___      24       7-12          } to run
                  ___      51       1-6 & 13      } concurrently.

(Supervised Release)
Probation        Years    Months    Counts
                  1        ___      7-12
                  3        ___      1-6 & 13

Comments  Adjudication of Guilt for Counts 1-13
Special Conditions: Financial Disclosure
- Defendant will remain on bond pending appeal.
- Defense Exhibits 1, 2, 3 & 4 made a part of the record.

Assessment $  1,300 (Counts 1-13)             Fine $  0

Restitution /Other  $449,329.00 [HUD: $443,429] [Wells Fargo #2 $5,900]

_____ Remanded to the Custody of the U. S. Marshal Service      _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

**Commitment Recommendation:** _____

255