UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRUCE HOLLANDER,

    Defendant.
_____/

## DEFENDANT'S MOTION FOR VOLUNTARY SURRENDER AND DESIGNATION TO FEDERAL PRISON CAMP IN MIAMI

Defendant, BRUCE HOLLANDER, by and through undersigned counsel, files this Motion for Voluntary Surrender and Designation to Federal Prison Camp in Miami and would show as follows:

1. At sentencing on Monday, April 29, 2002, undersigned counsel inadvertently neglected to request that the Court permit the Defendant to voluntarily surrender to the institution designated and, further, to request that the Court recommend that the Defendant be designated to the Federal Prison Camp in Miami.

2.   As indicated in the Presentence Investigation, Defendant is not a risk of flight.

3.   Granting the Defendant the privilege of voluntary surrender will not prejudice the Government. The Defendant does qualify, based on lack of prior criminal history, nature of offense and length of the prison term imposed, for a designation to a Federal Prison Camp. Miami is the most logical as Defendant's family and extended family reside in Broward County.

4.   Assistant United States Attorney J. Kaplan does not oppose the undersigned's request and in a brief conversation between the undersigned and AUSA J. Kaplan, shortly after sentencing, Mr. Kaplan indicated he did not have a problem with an extended surrender date, if necessary, due to Defendant's medical condition.[1] Based on the medical information available to the undersigned, and made generally known to the Court in the Presentence Investigation as well as at the time of sentencing, Defendant requests that the Court permit the Defendant to surrender on a date certain on or after August 1, 2002.

---

[1] In that same conversation, AUSA J. Kaplan advised that he would oppose the Defendant's Motion for continuation on bond pending appeal. That issue will be addressed in a separate motion which will be filed shortly.

WHEREFORE, the undersigned prays that this Court will either by separate Order or by inclusion in the Judgment in the Criminal Case, permit the Defendant to voluntarily surrender to the institution designated, recommend to the Attorney General/Bureau of Prisons, that the Defendant be designated to a Federal Prison Camp, preferably Miami, and, finally, permit the Defendant to surrender on a date certain on or after August 1, 2002.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant HOLLANDER
2600 Douglas Road, PH One
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: _____
JOEL HIRSCHHORN
Florida Bar No. 104573

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and U.S. mail this 30 day of April, 2002, to:

Jeffrey Kaplan, Esq.
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301
(via facsimile (954) 356-7336 & U.S. mail)

Ms. Georgann Stanley
U.S. Probation Officer
Federal Courthouse
299 E. Broward Boulevard, Room 409
Fort Lauderdale, FL 33305-1865
(via facsimile (954) 769-5566)

_____
JOEL HIRSCHHORN