FILING FEE PAID 105.00
In Forma Pauperis #525173
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRUCE HOLLANDER,

    Defendant.
_____/

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Defendant, BRUCE HOLLANDER, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered on April 29, 2002, by the Honorable Wilke D. Ferguson, Jr., United States District Judge for the Southern District of Florida. (The Defendant also appeals the sentence imposed).

    Respectfully submitted,

    HIRSCHHORN & BIEBER, P.A.
    Attorneys for Defendant HOLLANDER
    2600 Douglas Road, PH One
    Coral Gables, FL 33134
    Telephone #: (305) 445-5320
    Facsimile #: (305) 446-1766

    By: _____
    JOEL HIRSCHHORN
    Florida Bar No. 104573

HIRSCHHORN & BIEBER, P.A., DOUGLAS CENTRE, PENTHOUSE ONE, 2600 DOUGLAS ROAD, CORAL GABLES, FL 33134, TEL (305) 445-5320, FAX (305) 446-1766

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. mail this 2 day of May, 2002, to:

Jeffrey Kaplan, Esq.
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301



JOEL HIRSCHHORN