UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRUCE HOLLANDER,

    Defendant.
_____/

### DEFENDANT'S MOTION FOR BAIL PENDING APPEAL

Defendant, BRUCE HOLLANDER, by and through undersigned counsel, and pursuant to 18 U.S.C. § 3143(b), files his Motion for Bail Pending Appeal and, as grounds therefor, would show as follows:

    1.    On April 29, 2002, Defendant was sentenced to 51 months imprisonment, followed by 3 years supervised release and ordered to pay $469,329.00 in restitution.

    2.    Defendant's sentence was based upon his conviction, following a trial by jury, on the 13 counts in the Indictment.

3. Defendant was released on bond[1] pending trial at the time of his initial appearance. Defendant has faithfully complied with all terms of pretrial release.

4. Defendant is 58 years old, married for 35 years, has 2 children and 2 grandchildren -- immediate family members reside in Broward County. Defendant has resided in Broward County for 29 years. Defendant has no assets of significance and is not a risk of flight. Defendant meets the criteria of 18 U.S.C. § 3143(b)(2)(A).

5. Defendant has never previously been convicted of a crime. Defendant is not a danger to the community. Defendant will comply with the Rules regulating the Florida Bar with respect to the termination of his practice.

6. The Defendant intends to appeal. The appeal is not for purposes of delay. The appeal will raise substantial questions of law and fact likely to result in reversal, or a new trial, and a remand for resentencing. Defendant meets the criteria of 18 U.S.C. § 3143(b)(2)(B)(i)(ii)&(iii).

7. At sentencing, Defendant moved ore tenus for bail pending appeal. The Government objected. The Court overruled the Government's objection and instructed Defendant to file this Motion.

---

[1] Defendant's bond was set at $100,000.00 (personal surety bond).

WHEREFORE, Defendant prays this Honorable Court will continue Defendant on the same pretrial bond pending appeal.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant HOLLANDER
2600 Douglas Road, PH One
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: JOEL HIRSCHHORN
Florida Bar No. 104573

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and U.S. mail this 7th day of May, 2002, to:

Jeffrey Kaplan, Esq.
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301
(via facsimile (954) 356-7336 & U.S. mail)



JOEL HIRSCHHORN