FILED by _____ D.C.
MAY 10 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

          Plaintiff,
Vs.                           Case No. 00-6168-CR-FERGUSON

BRUCE HOLLANDER

          Defendant.
_____/

### ORDER ON MOTION FOR VOLUNTARY SURRENDER DATE

THIS MATTER is before the Court on the defendant's, BRUCE HOLLANDER, motion filed on May 1, 2002. After consideration, it is

**ORDERED AND ADJUDGED** that the motion is ***GRANTED***. The defendant will surrender on **August 1, 2002**, before 2:00 p.m.

**DONE AND ORDERED** in Fort Lauderdale, Florida this _____ day of May , 2002.

                                                _____
                                                WILKIE D. FERGUSON, JR.
                                                UNITED STATES DISTRICT JUDGE

Jeffrey Kaplan, AUSA
Joel Hirschhorn, Esq.,
U.S. Marshal  (3 certified copies)