AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
V.
BRUCE HOLLANDER

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6168-CR-WDF

FILED by ___ D.C.
MAY 21 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WILKIE D. FERGUSON, JR | United States of America | BRUCE HOLLANDER |
| TRIAL DATE(S) 4/29/02 | COURT REPORTER Carl Schanzleh | COURTROOM DEPUTY Karen Gardner |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/29/02 | | | E1 - Computation of ACtual Loss |
| | | 4/29/02 | | | E2- Fees |
| | | 4/29/02 | | | E3-Net Profit to ARC |
| | | 4/29/02 | | | E4-ATS PRofits |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of _____ Pages

## U.S. v. Hollander
## Case No. 00-6168
## Computation Of Actual Loss
Per B. Hollander

| Name | Original Loan Amount | Unpd Principal Balance | Interest | Costs (3) | HUD Ins. Prepaid | Selling Cost (4) | Appraised Value (6) | HUD Sales Price | HUD Sale Date | Resold | Date of Resale | Notes | HUD Claimed Loss | Actual Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabre (1) | 86,452 | 88,319 (2) | 5,216 | 2,680 | 1,902 | | 87,500 | N/A | | | | Bankruptcy 4/8/02 | 44,343 | N/A |
| Devalon | 79,141 | 76,944 | 5,934 | 5,156 | 1,742 | | 84,000 | N/A | | | | HUD Awaiting Resale | 44,343 | 20,154 |
| Garcia | 92,434 | 91,449 | 6,069 | 6,923 | 2,034 | 6,397 | 90,000 | 71,997 | 9/26/00 | 102,000 | 1/31/01 | | 35,841 | 21,341 |
| Garrepy | | | | | | | | N/A | | | | Not Insured By HUD | 25,900 | 0 |
| Georges | 81,953 | 81,524 | 10,642 | 8,867 | 1,803 | 5,828 | 85,000 | 78,000 | | | | | 28,861 | 10,588 |
| Gray | | | | | | | | N/A | | | | Sold/Mtg Paid Off | 44,343 | N/A |
| Jackson | 90,746 | 90,211 | 9,840 | 7,908 | 1,997 | 8,558 | 95,000 | 87,500 | | | | | 21,109 | 8,622 |
| Pinkney | 88,954 | 88,239 | 5,856 | 7,359 | 1,957 | 5,834 | 95,000 | 69,222 | 6/8/00 | 89,000 | 12/21/00 | | 38,066 | 24,222 |
| Rivera | 103,937 | 103,774 | 7,921 | 9,309 | 2,287 | 5,927 | 95,000 | 78,300(7) | | | | | 52,726 | 35,996 |
| | | | | | | | | | | | | | 335,532 | 120,923 |

"Actual Loss"

(1)- Filed Bankruptcy 4/8/02  (2)- Incorrect- Higher Than Original Mortgage  (3)- Includes HUD Monthly Mtg Insurance Premiums  (4)- Not Included In Total  (5)- Contract  For $85,000 In HUD File

(6)- Appraisals Per A. Stuhl  (7)- HUD File Reflects Discount of $3,532. Prosecution Loss Submission Claims HUD's Sales Price of $70,470







GOVERNMENT EXHIBIT
CASE NO. DEF EXHIBIT
EXHIBIT NO. DO-6165

# BRUCE L. HOLLANDER, P.A.
### ATTORNEY AT LAW

BRUCE L. HOLLANDER  
PENTHOUSE C  
901 SOUTH STATE ROAD 7  
HOLLYWOOD, FLORIDA 33023

BROWARD: (954) 964-8000  
FAX: (954) 964-5969

Silverman, Eric  
17880 N.E. 31st Court, Unit #2106  
Aventura  FL  33160

Attn: Eric Silverman

Page: 1  
December 31, 1998  
3432-01A  
Statement No:      832

SILVERMAN ADVS. HUD

FILED by _____ D.C.  
APR 29 2002  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

### Fees

10/06/98  Telephone call to Eric Silverman.

10/07/98  Telephone call to Marshall Platt.

10/08/98  Conference with Eric Silverman.

10/09/98  Telephone call to Eric Silverman.

   Telephone call to Eric Silverman.

   Conference with Mr. Nixon.

   Telephone call to Marc Cohen.

   Telephone call to Marshall Platt.

10/13/98  Telephone call to Eric Silverman.

11/09/98  Telephone call to Marshall Platt.

   Conference with Eric Silverman.

11/10/98  Telephone call from Marshall Platt.

12/04/98  Telephone call from Ellen Levng.

   Bruce L. Hollander



GOVERNMENT EXHIBIT  
CASE NO. 00-6168  
EXHIBIT NO. 2

1,000.00

# BRUCE L. HOLLANDER, P.A.
### ATTORNEY AT LAW

BRUCE L. HOLLANDER  
PENTHOUSE C  
901 SOUTH STATE ROAD 7  
HOLLYWOOD, FLORIDA 33023

BROWARD: (954) 964-8000  
FAX: (954) 964-5969

Silverman, Eric

SILVERMAN ADVS. HUD

Page: 2  
December 31, 1998  
3432-01A  
Statement No:     832

| | |
|---|---|
| For Current Services Rendered | 1,000.00 |
| Total Current Work | 1,000.00 |
| Balance Due | $1,000.00 |

```
                                                              Page:    1
Silverman, Eric                                       December 31, 1998
17880 N.E. 31st Court,Unit #2106                              3432-01A
Aventura  FL  33160                            Statement No:       917
Attn: Eric Silverman
```

**SILVERMAN ADVS. HUD**

Draft Bill

### Fees

|  |  | Hours |  |
|---|---|---:|---:|
| 10/06/98 | Telephone call to Eric Silverman. | .20 | 50.00 |
| 10/07/98 | Telephone call to Marshall Platt. | .20 | 50.00 |
| 10/08/98 | Conference with Eric Silverman. | .70 | 175.00 |
| 10/09/98 | Telephone call to Eric Silverman. | .20 | 50.00 |
|  | Telephone call to Eric Silverman. | .20 | 50.00 |
|  | Conference with Mr. Nixon. | .30 | 75.00 |
|  | Telephone call to Marc Cohen. | .20 | 50.00 |
|  | Telephone call to Marshall Platt. | .20 | 50.00 |
| 10/13/98 | Telephone call to Eric Silverman. | .20 | 50.00 |
| 11/09/98 | Telephone call to Marshall Platt. | .20 | 50.00 |
|  | Conference with Eric Silverman. | 1.00 | 250.00 |
| 11/10/98 | Telephone call from Marshall Platt. | .20 | 50.00 |
| 12/04/98 | Telephone call from Ellen Levng. | .20 | 50.00 |
|  | For Current Services Rendered | 4.00 | 1,000.00 |



```
                                                                Page:   2
         Silverman, Eric                               December 31, 1998
                                                              3432-01A
         SILVERMAN ADVS. HUD                    Statement No:       917




         Total Current Work                                     1,000.00

         Balance Due                                           $1,000.00
                                                               =========
```

```
Silverman, Eric                                          Page: 1
17880 N.E. 31st Court,Unit #2106                 July 31, 1999
Aventura   FL   33160                                  3432-01A
                                         Statement No:     1502
Attn: Eric Silverman


SILVERMAN ADVS. HUD
                                                      Draft Bill


         Previous Balance                              1,050.00

         Balance Due                                  $1,050.00
                                                      ========
```

*Esther call*

ATS Profits + BH

FILED by __ D.C. APR 29 2002 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - FT. LAUD.

GOVERNMENT EXHIBIT
CASE NO. 00-6168
EXHIBIT NO. 4

| # | Name | Amount | Notes |
|---|------|--------|-------|
| 1 | Altidore | 1296.09 | |
| 2 | Georges | 1342.31 | |
| 3 | Garcia | 1238.80 | |
| 4 | Pinkney | 1263.10 | |
| 5 | Rivera | 679.90 | Other title Co. closed 1 |
| 6 | Jackson | 1210.83 | |
| 7 | Devalon | 2158.45 | |
| 8 | Thomas | 1149.87 | |
| 9 | Benoit | 1121.95 | |
| 10 | Betye | 1681.75 | |
| 11 | Carswell | 1349.60 | |
| 12 | Denis | 1346.95 | |
| 13 | Denosiej | 609.37 | other title Co. closed 1 |
| 14 | Dimanche | 1259.78 | |
| 15 | Doreus | 920.16 | Atty for Seller |
| 16 | Ducatel | 1966.87 | 500.00 Atty fee BH |
| 17 | Ellis | 1373.30 | |
| 18 | Francois | 1306.12 | |
| 19 | Garrepy | 1926.16 | ? |
| 20 | Gray | 1677.50 | |
| 21 | Jaborin | 465.27 | other title Co. closed 1 |
| 22 | Johnson | 1402.67 | ? |
| 23 | Linden Jean | 1875.00 | est. + 500. BH |
| 24 | Linden Joschela | 700.90 | other title Co. closed 15 |
| 25 | Letherland | 1177.73 | |
| 26 | Mazard | 1483.58 | |
| 27 | Mike | 965.36 | Atty for Seller |
| 28 | Morse | 1991.87 | 500. to BH |
| 29 | Ortiz | 1826.16 | |
| 30 | Palma | 1496.09 | |
| 31 | Pena | 1631.68 | |
| 32 | Prince | 2074.68 | 500. to BH |
| 33 | Rodriguez | 1067.04 | Atty for Seller |

| # | Name | Amount | Notes |
|---|---|---|---|
| 34 | Roseme | 1827.02 | 500 to IA |
| 35 | Saltz | 1158.96 | atty for Siller |
| 36 | Sobalvarro | 1491.01 | |
| 37 | Telfort | 1429.50 | est. |
| 38 | Thomas | 1383.45 | |
| 39 | Urugmon | 1355.59 | |
| 40 | Vaughn | 1707.45 | |
| 41 | Williams | 1380.15 | |

```
            58,500.81
          -    2460          60 x 41 = 2460
          _____
            56,040.81


            683.43   average

Plus add  1500.00 recieved from ARC as part
          of monthly retainer - total 4,000

            56040.81
             1500.00
          _____
            57,540.81   Total Income
```

CASE NO. 00-6168-CR
EXHIBIT NO. 3

FILED by _____ D.C.
APR 29 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Net profit to ABC          Deduct Premium payments to/by

4/24/02

| # | Name | Net Profit | - | Premium | = | Total |
|---|------|-----------|---|---------|---|-------|
| 1. | Alabre | 3137.05 | - | 4450.00 gift | = | ⟨1312.95⟩ |
| 2. | Georges | 9776.17 | - | 4540.00 | = | 5236.17 |
| 3. | Garcia | 8919.96 | - | 4540.00 | = | 4379.96 |
| 4. | Pinkney | 14594.15 | - | 5500.00 | = | 9094.15 |
| 5. | Rivera | 3819.09 | - | 5341.00 | = | ⟨1521.91⟩ |
| 6. | Jackson | 5264.98 | - | 4300 | = | 964.98 |
| 7. | Thomas | 9410.25 | - | 6100 | = | 3310.25 |
| 8. | Benoit | 4452.69 | - | 4400 | = | 52.69 |
| 9. | Betye | 11,531.02 | - | 5980. | = | 5551.02 |
| 10. | Carswell | 9,681.79 | - | 6194.00 | = | 3487.79 |
| 11. | Denis | 4517.68 | - | 4350.00 | = | 167.68 |
| 12. | Derosier | 7113.72 | - | 4900 | = | 2213.72 |
| 13. | Devalon | 9018.49 | - | 3879.40 | = | 5139.09 |
| 14. | Dimanche | 8069.11 | - | 4035 | = | 4034.11 |
| 15. | Doreus | 11319.53 | - | 4200 | = | 7119.53 |
| 16. | Ducatel | 9,783.13 | - | 5500 | = | 4283.13 |
| 17. | Ellis | 10,146.69 | - | 5600 | = | 4546.69 |
| 18. | Francois | 6226.07 | - | 4000 | = | 2226.07 |
| 19. | Garrepy | 9938.67 | - | 5170 | = | 4768.67 |
| 20. | Gray | 9373.03 | - | 3403.46 |  | 5969.57 |
| 21. | Jaboin | 5558.77 | - | 3250 | = | 2308.77 |
| 22. | Johnson | 5490.00 | - | 2764.51 | = | 2725.49 |
| 23. | Lindor | 9673.54 | - | 5400 | = | 4273.54 |
| 24. | Lindor, Soscheba | 13387.95 | - | 6800 | = | 6587.95 |
| 25. | Litherland | 10,725.75 | - | 4730 | = | 5995.75 |
| 26. | Mazard | 8794.93 | - | 5331.00 |  | 3463.93 |
| 27. | Mike | 13384.31 | - | 5000 | = | 8384.31 |
| 28. | Moise | 10,058.20 | - | 5500 | = | 4558.20 |
| 29. | Ortiz | 9473.02 | - | 5402. |  | 4071.02 |
| 30. | Palma | 12340.64 | - | 4500 | = | 7840.64 |
| 31. | Pena | 3890.98 | - | 5880 | = | ⟨1989.02⟩ |
| 32. | Prince | 11348.21 | - | 6900 | = | 4448.21 |
| 33. | Rodriguez | 9638.98 | - | 4300 | = | 5338.98 |

| | | | |
|---|---|---|---|
| 34 | Roseme | 7867.42 − 4805.68 | 3061.74 |
| 35 | Salty | 11934.72 − 5500 = | 6434.72 |
| 36 | Sobalvarro | 9256.02 − 6000 = | 3256.02 |
| 37 | Telfort | No Sellers HUD    High estimate | (8146.75) |
| 38 | Thomas | 7818.41 − 4200. = | 3618.41 |
| 39 | Urvejoma | 11305.94 − 4000 = | 7305.94 |
| 40 | Vaughn | 5353.90 − 6000 = | ⟨646.10⟩ |
| 41 | Williams | 9608.34 − 6300 = | 3308.34 |

$$132842.85$$
$$\div 40 = $$
$$3321.07 \text{ Av.}$$
$$+ \quad 5338.98$$
$$\div 41 \quad (3605.39)$$

$$\boxed{\div 138,181.83} \, 41$$

Garepy + Johnson

$$13,282.85$$
$$- 7494.16$$
$$125348.69$$
$$\div 38 = 3298.65$$