UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER |
| PLAINTIFF, | ) | 00-6168-CR-WDF |
| | ) | |
| vs. | ) | |
| | ) | |
| BRUCE HOLLANDER, | ) | THIS VOLUME: |
| | ) | PAGES 1-57 |
| DEFENDANT. | ) | |
| _____ | ) | |

TRANSCRIPT of SENTENCING HEARING had before THE HONORABLE WILKIE D. FERGUSON, JR., in Fort Lauderdale, Broward County, Florida, on Friday, February 22, 2002, in the above-styled matter.

APPEARANCES:

FOR THE GOVERNMENT:        JEFFREY KAPLAN,
                           Assistant U.S. Attorney

FOR THE DEFENDANT:         JOEL HIRSCHHORN, ESQ.
                           Assistant Federal Defender

ANITA LaROCCA
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 205-D
FORT LAUDERDALE, FLORIDA 33301
954 769-5568

# NOT

# SCANNED

PLEASE REFER TO COURT FILE