```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,           )
                            )
vs.                         )
                            )
BRUCE HOLLANDER,            )    CASE NUMBER:
                            )    00-6168-CR-WDF
                            )    Volume 1
        Defendant.          )
                            )
```

FILED by _____ D.C.
INTAKE
JUL - 2 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

Transcript of proceedings before the Honorable Wilkie D Ferguson, Jr., United States District Judge, and a jury, at Fort Lauderdale, Florida, on the 14th day of November, 2001.

APPEARANCES OF COUNSEL:

   For the United States:        JEFFREY KAPLAN, AUSA
                                        Fort Lauderdale, Florida

   For the Defendant:           JOEL HIRSCHHORN, ESQ.
                                        Miami, Florida

   Court Reporter:               Jerald J. Reeves, RPR

   Proceedings recorded by mechanical stenography.

   Transcription produced by computer.

# NOT

# SCANNED

PLEASE REFER TO COURT FILE