IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )
                           )
vs.                        )
                           )
BRUCE HOLLANDER,           )   CASE NUMBER:
                           )   00-6168-CR-WDF
                           )   Volume 2
        Defendant.         )
                           )

FILED by _____ D.C.
INTAKE
JUL - 2 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

Transcript of proceedings before the Honorable Wilkie D Ferguson, Jr., United States District Judge, and a jury, at Fort Lauderdale, Florida, on the 15th day of November, 2001.

APPEARANCES OF COUNSEL:            As noted.

    Court Reporter:            Jerald J. Reeves, RPR

    Proceedings recorded by mechanical stenography.

    Transcription produced by computer.

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE