UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
INTAKE
JUL - 3 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

THE UNITED STATES OF AMERICA,   )
                                )
          PLAINTIFF,            )    CASE NUMBER
                                )    00-6168-CR-WDF
VS.                             )
                                )
BRUCE HOLLANDER,                )    THIS VOLUME:
                                )    PAGES 1 - 172
          DEFENDANT.            )
_____)


TRANSCRIPT OF SENTENCING HAD BEFORE THE HONORABLE WILKIE D. FERGUSON, JR., IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON MONDAY, APRIL 29, 2002, IN THE ABOVE-STYLED MATTER.


APPEARANCES:

FOR THE GOVERNMENT:   JEFFREY KAPLAN, A.U.S.A.

FOR THE DEFENDANT:    JOEL HIRSCHHORN, ESQ.


CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE