UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRUCE HOLLANDER,

    Defendant.
_____/

## MOTION TO EXTEND SURRENDER DATE

COMES NOW the Defendant, BRUCE HOLLANDER, by and through undersigned counsel, and files this Motion to Extend Surrender Date and, as grounds therefore, the undersigned would show as follows:

1.    On Monday, April 29, 2002, this Court sentenced the Defendant to 51 months incarceration. At the time of sentencing, Defendant orally moved for leave to remain at liberty on bond pending appeal. The Court indicated, on the record, it was inclined to grant same. The Government objected. The Court then directed undersigned counsel to file an appropriate motion which Defendant did on May 7, 2002. Since filing Defendant's Motion for Bail Pending Appeal,

the Court set a surrender date of August 1, 2002. The Government has replied to Defendant's Motion for Bail Pending Appeal. The Court has not yet entered its Order on Defendant's Motion.

2.  Defendant is concerned that the Court may have inadvertently overlooked Defendant's pending Motion, or the Court may have concluded that its oral announcement on the record about its intentions may have been sufficient. At this point, Defendant is uncertain whether his Motion for Bail Pending Appeal has been granted. If so, Defendant respectfully requests that the Court enter a written Order.

3.  Alternatively, if the Court still has not determined the merits of Defendant's Motion to remain on bond pending appeal, Defendant respectfully requests that the Court extend Defendant's surrender date for at least sixty days until October 1, 2002 so that the Court can continue to consider and appropriately rule on Defendant's Motion.

**WHEREFORE**, the undersigned prays that this Court will grant Defendant's Motion, extend the surrender date or, alternatively, rule on Defendant's Motion for Bail Pending Appeal.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant
2600 Douglas Road, PH One
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: _____
JOEL HIRSCHHORN
Florida Bar No. 104573

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and U.S. mail this 3rd day of July, 2002, to:

Jeffrey Kaplan, Esq.
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301
(via facsimile (954) 356-7336 & U.S. mail)

Ms. Georgann Stanley
U.S. Probation Officer
Federal Courthouse
299 E. Broward Boulevard, Room 409
Fort Lauderdale, FL 33305-1865
(via facsimile (954) 769-5566)

JOEL HIRSCHHORN