

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          CASE NO. 00-6168-Cr-FERGUSON
                                             MAGISTRATE JUDGE LURANA SNOW

BRUCE HOLLANDER,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR BAIL PENDING APPEAL

**THIS CAUSE** having come on to be heard before me upon Defendant, **BRUCE HOLLANDER's** Motion for Bail Pending Appeal and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion be and the same is hereby GRANTED.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 19TH day of ~~May~~ JULY, 2002.

_____
UNITED STATES DISTRICT JUDGE

Conformed copies furnished:

Joel Hirschhorn, Esq.
Jeffrey Kaplan, AUSA