UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRUCE HOLLANDER,

Defendant.
_____/

FILED by ___ D.C.
INTAKE
JUL 23 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

## SUPPLEMENT TO MOTION TO EXTEND SURRENDER DATE PENDING RESOLUTION OF DEFENDANT'S MOTION FOR RELEASE ON BAIL PENDING APPEAL

COMES NOW the Defendant, BRUCE HOLLANDER, by and through undersigned counsel, and files this Supplement to Motion to Extend Surrender Date and, as grounds therefore, the undersigned would show as follows:

1. On July 3, 2002 Defendant filed his Motion to Extend Surrender Date pending resolution of Defendant's Motion for Release on Bail pending Appeal. That matter is still pending.

2. Defendant is currently scheduled to surrender on August 1, 2002.

3. Defendant respectfully references this Court to Exhibit "1," pp. 170-171 of the April 29, 2002, Sentencing Transcript which this Court stated:



[Mr. Hirschhorn]: Your Honor, the Defendant can be continued on the same bail?

[The Court]: Yes.

[Mr. Hirschhorn]: And in the event the conviction is affirmed, will you commit him to the --

[The Court]: I think you ought to submit a written motion, along with the rule in writing. The Government should have an opportunity to respond. All right.

[Mr. Hirschhorn]: Thank you, Judge.

[The Court]: But those are my inclinations.

**WHEREFORE**, the undersigned prays that this Court will grant Defendant's Motion, extend the surrender date or, alternatively, rule on Defendant's Motion for Bail Pending Appeal, prior to August 1, 2002.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant
2600 Douglas Road, PH One
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: _____
JOEL HIRSCHHORN
Florida Bar No. 104573

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and U.S. mail this 19th day of July, 2002, to:

Jeffrey Kaplan, Esq.
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301
(via facsimile (954) 356-7336 & U.S. mail)

Ms. Georgann Stanley
U.S. Probation Officer
Federal Courthouse
299 E. Broward Boulevard, Room 409
Fort Lauderdale, FL 33305-1865
(via facsimile (954) 769-5566)

JOEL HIRSCHHORN

CASE # 00-CR-6168-WDF



# "Do Not Scan or Copy This Transcript."

DE # 284

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** ) | |
| ) | CASE NUMBER |
| PLAINTIFF, ) | 00-6168-CR-WDF |
| ) | |
| VS. ) | |
| ) | |
| **BRUCE HOLLANDER,** ) | THIS VOLUME: |
| ) | PAGES 1 - 172 |
| DEFENDANT. ) | |
| _____) | |


TRANSCRIPT OF SENTENCING HAD BEFORE THE HONORABLE

WILKIE D. FERGUSON, JR., IN FORT LAUDERDALE, BROWARD COUNTY,

FLORIDA, ON MONDAY, APRIL 29, 2002, IN THE ABOVE-STYLED

MATTER.


APPEARANCES:

FOR THE GOVERNMENT:    JEFFREY KAPLAN, A.U.S.A.

FOR THE DEFENDANT:     JOEL HIRSCHHORN, ESQ.


CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# NOT

# SCANNED

PLEASE REFER TO COURT FILE