UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON



THE UNITED STATES OF AMERICA,

        Plaintiff,

VS.

BRUCE HOLLANDER,

        Defendant.

- - -

TRANSCRIPT OF TRIAL

BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.

UNITED STATES DISTRICT JUDGE

November 20, 2001

- - -

APPEARANCE:

    JEFFREY N. KAPLAN, ESQ.
    Assistant United States Attorney
    500 East Broward Boulevard, 7th Floor
    Fort Lauderdale, Florida  33394
    On behalf of the Government

    BRIAN BIEBER, ESQ.
    Douglas Centre, Penthouse 1
    2600 South Douglas Road
    Coral Gables, Florida  33134
    On behalf of the Defendant

REPORTED BY:  PATRICIA SANDERS, RPR
Proceedings recorded by mechanical stenography,
Transcript produced by computer aided transcription.

PATRICIA W. SANDERS, OFFICIAL COURT REPORTER
(305) 523-5654

9

```
 1                    C E R T I F I C A T E

 2        I hereby certify that the foregoing is an accurate

 3   transcription of proceedings in the above-entitled matter.

 4
                              [signature]
 5
     8-16-02
 6   _____       _____
     DATE FILED                 PATRICIA WOODLEY SANDERS, RPR
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

PATRICIA W. SANDERS, OFFICIAL COURT REPORTER
(305) 523-5654

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE