UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRUCE HOLLANDER,

    Defendant.
_____/



### DEFENDANT'S MOTION TO MODIFY CONDITIONS OF BOND PENDING APPEAL

COMES NOW the Defendant, BRUCE HOLLANDER, by and through undersigned counsel, and files Defendant's Motion to Modify Conditions of Bond Pending Appeal and, as grounds therefore, the undersigned would show as follows:

1.    On Monday, April 29, 2002, this Court sentenced the Defendant to 51 months incarceration.

2.    Defendant moved for leave to remain at liberty on bond pending appeal, which this Court granted.

3.    Defendant is presently required to report to Pre-trial Services one time per week in

person and three times per week by telephone.

4. Defendant respectfully requests this Court grant his motion to modify his reporting requirements and order him to report one time per month in person and one time per week by telephone.

5. Defendant has contacted United States Probation Officer, Liza Llanos, who advised that she has **no objection** to the relief requested herein.

6. Defendant has contacted Assistant United States Attorney, Jeffrey Kaplan with respect to his motion. Undersigned has not received a response, despite several telephonic voice messages.

**WHEREFORE**, Defendant, BRUCE HOLLANDER, respectfully requests this Court grant his Motion to Modify Conditions of Bond Pending Appeal and such other relief that is just and proper.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant
2600 Douglas Road, PH One
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: _____
JOEL HIRSCHHORN
Florida Bar No. 104573

BRIAN H. BIEBER
Florida Bar No. 8140

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and U.S. mail this 19th day of August, 2002, to:

Jeffrey Kaplan, Esq.
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301
(via facsimile (954) 356-7336 & U.S. mail)

Ms. Liza Llanos
U.S. Probation Officer
Federal Courthouse
299 E. Broward Boulevard, Room 409
Fort Lauderdale, FL 33305-1865
(via facsimile (954) 769-5566)

JOEL HIRSCHHORN