UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

THE UNITED STATES OF AMERICA,

          Plaintiff,

VS.

BRUCE HOLLANDER,

          Defendant.

- - -

TRANSCRIPT OF TRIAL

BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.

UNITED STATES DISTRICT JUDGE

November 6, 2001

- - -

APPEARANCE:

    JEFFREY N. KAPLAN, ESQ.
    Assistant United States Attorney
    500 East Broward Boulevard, 7th Floor
    Fort Lauderdale, Florida  33394
    On behalf of the Government

    JOEL HIRSCHHORN, ESQ.
    Douglas Centre, Penthouse 1
    2600 South Douglas Road
    Coral Gables, Florida  33134
    On behalf of the Defendant

REPORTED BY:  PATRICIA SANDERS, RPR

Proceedings recorded by mechanical stenography,
Transcript produced by computer aided transcription.

PATRICIA W. SANDERS, OFFICIAL COURT REPORTER
(305) 523-5654

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE