UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

THE UNITED STATES OF AMERICA,

        Plaintiff,

VS.

BRUCE HOLLANDER,

        Defendant.

- - -

TRANSCRIPT OF TRIAL

BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.

UNITED STATES DISTRICT JUDGE

November 7, 2001

- - -

APPEARANCE:

    JEFFREY N. KAPLAN, ESQ.
    Assistant United States Attorney
    500 East Broward Boulevard, 7th Floor
    Fort Lauderdale, Florida  33394
    On behalf of the Government

    JOEL HIRSCHHORN, ESQ.
    Douglas Centre, Penthouse 1
    2600 South Douglas Road
    Coral Gables, Florida  33134
    On behalf of the Defendant

REPORTED BY:  PATRICIA SANDERS, RPR

Proceedings recorded by mechanical stenography,
Transcript produced by computer aided transcription.

PATRICIA W. SANDERS, OFFICIAL COURT REPORTER
(305) 523-5654

```
                                                                    2
 1
 2                              INDEX PAGE

 3   DOUGLAS POLLOCK
     BY MR. KAPLAN            60            136 149
 4   BY MR. HIRSCHHORN              93           149 150
     TERRY ELLIS
 5   BY MR. KAPLAN           150
     BY MR. HIRSCHHORN             177
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
           PATRICIA W. SANDERS, OFFICIAL COURT REPORTER
                         (305) 523-5654
```

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE