UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

THE UNITED STATES OF AMERICA,

        Plaintiff,

VS.

BRUCE HOLLANDER,

        Defendant.

- - -

TRANSCRIPT OF TRIAL

BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.

UNITED STATES DISTRICT JUDGE

November 8, 2001

- - -

APPEARANCE:

    JEFFREY N. KAPLAN, ESQ.
    Assistant United States Attorney
    500 East Broward Boulevard, 7th Floor
    Fort Lauderdale, Florida 33394
    On behalf of the Government

    JOEL HIRSCHHORN, ESQ.
    Douglas Centre, Penthouse 1
    2600 South Douglas Road
    Coral Gables, Florida 33134
    On behalf of the Defendant

REPORTED BY: PATRICIA SANDERS, RPR

Proceedings recorded by mechanical stenography,
Transcript produced by computer aided transcription.

PATRICIA W. SANDERS, OFFICIAL COURT REPORTER
(305) 523-5654

```
                                                              2
 1

 2   TERRY ELLIS
     BY MR. HIRSCHHORN              2      41
 3   BY MR. KAPLAN                         28
     BY MR. HIRSCHHORN             72
 4   BY MR. KAPLAN                         121
     LYBEA McGHIE
 5   BY MR. KAPLAN       142
     BY MR. HIRSCHHORN             211
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**