```
              UNITED STATES DISTRICT COURT

              SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 00-6168-CR-FERGUSON
```

THE UNITED STATES OF AMERICA,

                Plaintiff,

     VS.

BRUCE HOLLANDER,

                Defendant.

                - - -

           TRANSCRIPT OF TRIAL

BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.

       UNITED STATES DISTRICT JUDGE

           November 14, 2001
                - - -

APPEARANCE:

    JEFFREY N. KAPLAN, ESQ.
    Assistant United States Attorney
    500 East Broward Boulevard, 7th Floor
    Fort Lauderdale, Florida  33394
    On behalf of the Government

    JOEL HIRSCHHORN, ESQ.
    Douglas Centre, Penthouse 1
    2600 South Douglas Road
    Coral Gables, Florida  33134
    On behalf of the Defendant

REPORTED BY:  PATRICIA SANDERS, RPR
Proceedings recorded by mechanical stenography,
Transcript produced by computer aided transcription.

       PATRICIA W. SANDERS, OFFICIAL COURT REPORTER
                (305) 523-5654

```
 1
 2                         INDEX PAGE
 3   ERIC SILVERMAN
     BY MR. KAPLAN              4
 4   BY MR. HIRSCHHORN              61
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE