**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

```
Clerk's Office - Appeal #02-12668-J     Date: August 30, 2002
U.S. Court of Appeals - Eleventh Circuit USDC # 00-6168-CR-WDF
56 Forsyth St., N.W.                     USCA # 02-12668-J
Atlanta, GA  30303
```

IN RE:  **USA v. Bruce Hollander**

================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

     __4__ Volumes of Pleadings
     _11_ Volumes of Transcripts

  __X__ Exhibits:

     __1__ PSI (sealed)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                         Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
    Signature

```
                                                          LSS     APPEAL
                        U.S. District Court
          Southern District of Florida (FtLauderdale)

     CRIMINAL DOCKET FOR CASE #: 00-CR-6168-ALL
```

USA v. Cohen, et al                          Filed: 06/20/00
Dkt# in other court: None

Case Assigned to: Judge Wilkie D. Ferguson, Jr.

```
MARK COHEN (1) , DOB:  1/15/56      Philip Robert Horowitz
Prisoner #55357-004                   [term  12/11/01]
        defendant                    FTS 232-1963
  [term  12/11/01]                   [COR LD NTC ret]
                                     Philip R. Horowitz
                                     9130 S Dadeland Boulevard
                                     Suite 1910 Two Datran Center
                                     Miami, FL 33156
                                     305-232-1949
```

Pending Counts:                      Disposition

18:371.F CONSPIRACY TO DEFRAUD       32 months imprisonment, 3 years
THE UNITED STATES                    supervised release, $100
(1s)                                 special assessment and $265,
                                     896.98 restitution
                                     (1s)

Offense Level (opening): 4

Terminated Counts:                   Disposition

18:371.F CONSPIRACY TO DEFRAUD       Counts dismissed
THE UNITED STATES: Bank              (1)
fraud, false loan statements
and false statements to HUD
(1)

18:1344A.F BANK FRAUD                Counts dismissed
(2)                                  (2)

18:1343.F FRAUD BY WIRE, RADIO,      Counts dismissed
OR TELEVISION                        (2s - 6s)
(2s - 6s)

18:1344A.F BANK FRAUD                Counts dismissed
(3 - 4)                              (3 - 4)

18:1014.F LOAN & CREDIT              Counts dismissed
GENERAL APPLICATIONS                 (5 - 6)

Docket as of August 29, 2002 9:45 am                    Page

Proceedings include all events.                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                 APPEAL

(5 - 6)

18:1014.F LOAN & CREDIT          Counts dismissed
GENERAL APPLICATIONS            (7)
(7)

18:1010.F DEPT OF HUD/FHA        Counts dismissed
TRANSACTION                     (7s - 8s)
(7s - 8s)

18:1010.F 18:1010.F DEPT OF      Counts dismissed
HUD/FHA TRANSACTION             (8)
(8)

18:1010.F 18:1010.F DEPT OF      Counts dismissed
HUD/FHA TRANSACTION             (9)
(9)

18:1010.F DEPT OF HUD/FHA        Counts dismissed
TRANSACTION                     (9s)
(9s)

18:1010.F 18:1010.F DEPT OF      Counts dismissed
HUD/FHA TRANSACTION             (10 - 11)
(10 - 11)

18:1010.F DEPT OF HUD/FHA        Counts dismissed
TRANSACTION                     (10s - 12s)
(10s - 12s)

Offense Level (disposition): 4


Complaints:

    NONE


========================

```
Proceedings include all events.                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                 APPEAL
```

Case Assigned to: Judge Wilkie D. Ferguson, Jr.

```
ERIC SILVERMAN (2)                Ted Crespi
      defendant                    [term  06/28/02]
  [term  06/28/02]                954-475-7111
                                  Suite 218
                                  [COR LD NTC ret]
                                  1776 N Pine Island Road
                                  Plantation, FL 33322
```

Pending Counts:                          Disposition

| | |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES: Bank fraud, false loan statements and false statements to HUD (1) | 12 months and 1 day imprisonment, 3 years supervised       release to run concurrently, $200 total assessment and       $642, 128.00 restitution (1) |
| 18:1344A.F BANK FRAUD (2) | 12 months and 1 day imprisonment, 3 years supervised       release to run concurrently, $200 total assessment and       $642, 128.00 restitution (2) |

Offense Level (opening): 4

Terminated Counts:                       Disposition

| | |
|---|---|
| 18:1344A.F BANK FRAUD (3 - 4) | Counts dismissed (3 - 4) |
| 18:1014.F LOAN & CREDIT GENERAL APPLICATIONS (5 - 6) | Counts dismissed (5 - 6) |
| 18:1014.F LOAN & CREDIT GENERAL APPLICATIONS (7) | Counts dismissed (7) |
| 18:1010.F 18:1010.F DEPT OF HUD/FHA TRANSACTION (8) | Counts dismissed (8) |
| 18:1010.F 18:1010.F DEPT OF HUD/FHA TRANSACTION (9) | Counts dismissed (9) |

```
Proceedings include all events.                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                 APPEAL

18:1010.F 18:1010.F DEPT OF        Counts dismissed
HUD/FHA TRANSACTION                (10 - 11)
(10 - 11)


Offense Level (disposition): 4




Complaints:

    NONE


=========================

Case Assigned to:  Judge Wilkie D. Ferguson, Jr.

BRUCE HOLLANDER (3)                Donald I. Bierman
      defendant                    [term  02/01/01]
   [term  04/29/02]                FTS 358-4010
                                   [COR LD NTC ret]
                                   Bierman Shohat Loewy & Klein
                                   800 Brickell Avenue
                                   Penthouse 2
                                   Miami, FL 33131-2944
                                   305-358-7000

                                   Joel Hirschhorn
                                    [term  04/29/02]
                                   FTS 446-1766
                                   305-445-5320
                                   [COR LD NTC ret]
                                   Brian H. Bieber
                                    [term  04/29/02]
                                   FTS 446-1766
                                   305-445-5320
                                   [COR LD NTC ret]
                                   Hirschhorn & Bieber
                                   Douglas Centre
                                   2600 Douglas Road
                                   Penthouse 1
                                   Coral Gables, FL 33134
                                   305-445-5320
```

```
Proceedings include all events.                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                 APPEAL
```

Pending Counts:                          Disposition

```
18:371.F CONSPIRACY TO DEFRAUD     Imprisonment 51 months to run
THE UNITED STATES                  concurrent
(1s)                               (1s)

18:1343.F FRAUD BY WIRE, RADIO,    Imprisonment 51 months to run
OR TELEVISION                      concurrent
(2s - 6s)                          (2s - 6s)

18:1010.F DEPT OF HUD/FHA          Imprisonment 24 months to run
TRANSACTION                        concurrent
(7s - 8s)                          (7s - 8s)

18:1010.F DEPT OF HUD/FHA          Imprisonment 24 months to run
TRANSACTION                        concurrent
(9s)                               (9s)

18:1010.F DEPT OF HUD/FHA          Imprisonment 24 months to run
TRANSACTION                        concurrent
(10s - 12s)                        (10s - 12s)

18:1956-3300.F MONEY               Imprisonment 51 months to run
LAUNDERING - INTERSTATE            concurrent
COMMERCE          (13s)            (13s)
```

Offense Level (opening): 4

Terminated Counts:                       Disposition

```
18:371.F CONSPIRACY TO DEFRAUD     Dismissed
THE UNITED STATES: Bank            (1)
fraud, false loan statements
and false statements to HUD
(1)

18:1014.F LOAN & CREDIT            Dismissed
GENERAL APPLICATIONS               (7)
(7)

18:1010.F 18:1010.F DEPT OF        Dismissed
HUD/FHA TRANSACTION                (10 - 11)
(10 - 11)
```

Offense Level (disposition): 4


Complaints:

```
Proceedings include all events.                          LSS
0:00cr6168-ALL USA v. Cohen, et al                       APPEAL


    NONE


=======================

Case Assigned to:  Judge Wilkie D. Ferguson, Jr.

KENNETH HEYDER (4)              Robert C. Josefsberg
     defendant                  [term  01/31/01]
  [term  01/31/01]              FTS 358-2382
                                [COR LD NTC ret]
                                Podhurst Orseck Josefsberg et
                                al
                                City National Bank Building
                                25 W Flagler Street
                                Suite 800
                                Miami, FL 33130-1780
                                305-358-2800


Pending Counts:                          Disposition

18:1503.F INJURING             2 years probation, $100 special
OFFICER/JUROR/WITNESS          assessment and $5,000 fine
(1s)                           (1s)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:371.F CONSPIRACY TO DEFRAUD  Counts dismissed
THE UNITED STATES: Bank        (1)
fraud, false loan statements
and false statements to HUD
(1)

18:1014.F LOAN & CREDIT        Counts dismissed
GENERAL APPLICATIONS           (5 - 6)
(5 - 6)

18:1010.F 18:1010.F DEPT OF    Counts dismissed
HUD/FHA TRANSACTION            (8)
(8)

18:1010.F 18:1010.F DEPT OF    Counts dismissed
HUD/FHA TRANSACTION            (9)
(9)


Offense Level (disposition): 4


Docket as of August 29, 2002 9:45 am                     Page 6
```

```
Proceedings include all events.                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                 APPEAL
```

Complaints:

    NONE


========================

Case Assigned to:  Judge Wilkie D. Ferguson, Jr.

JEAN LINDOR (5)
    defendant

Pending Counts:                        Disposition

18:371.F CONSPIRACY TO DEFRAUD
THE UNITED STATES: Bank
fraud, false loan statements
and false statements to HUD
(1)

18:371.F CONSPIRACY TO DEFRAUD
THE UNITED STATES
(1s)

18:1344A.F BANK FRAUD
(2)

18:1010.F DEPT OF HUD/FHA
TRANSACTION
(7s - 8s)

18:1010.F 18:1010.F DEPT OF
HUD/FHA TRANSACTION
(10 - 11)

18:1010.F DEPT OF HUD/FHA
TRANSACTION
(10s - 12s)


Offense Level (opening): 4


Terminated Counts:

    NONE


Complaints:

Docket as of August 29, 2002 9:45 am                    Page 7

```
Proceedings include all events.                                      LSS
0:00cr6168-ALL USA v. Cohen, et al                                  APPEAL
```

    NONE


========================

Case Assigned to:  Judge Wilkie D. Ferguson, Jr.

```
JEAN DUFRALESSI (6)              John Robert Howes
fka                               [term  08/25/00]
Jean Dufresne                   FTS 462-2255
    defendant                   [COR LD NTC ret]
 [term  11/30/00]               John R. Howes
                                Trial Lawyers Building
                                633 SE 3rd Avenue
                                Suite 4R
                                Fort Lauderdale, FL 33302
                                954-763-6003
```

Pending Counts:                      Disposition

18:371.F CONSPIRACY TO DEFRAUD      One year and a day imprisonment,
THE UNITED STATES: Bank             2 years supervised release  and
fraud, false loan statements        $100 special assessment
and false statements to HUD         (1)
(1)

Offense Level (opening): 4


Terminated Counts:                   Disposition

18:1344A.F BANK FRAUD               Counts dismissed
(3 - 4)                             (3 - 4)

Offense Level (disposition): 4



Complaints:

    NONE


========================

```
Proceedings include all events.                              LSS
0:00cr6168-ALL USA v. Cohen, et al                          APPEAL
```

Case Assigned to:  Judge Wilkie D. Ferguson, Jr.

```
PAUL SALTZ (7)                    David Jonathon Joffe
      defendant                    [term  07/17/00]
 [term  01/30/00]                 FTS 723-0033
                                  [COR LD NTC tmp]
                                  David J. Joffe
                                  1776 N Pine Island Road
                                  Suite 326
                                  Fort Lauderdale, FL 33322
                                  954-723-0007

                                  Gary Kollin
                                   [term  01/30/00]
                                  FTS 475-2279
                                  [COR LD NTC ret]
                                  Gary Kollin
                                  8211 W Broward Boulevard
                                  Suite 420
                                  Fort Lauderdale, FL 33324-2741
                                  954-723-9999
```

| Pending Counts: | Disposition |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES: Bank fraud, false loan statements and false statements to HUD (1) | 16 months imprisonment, 3 years supervised release, $100 special assessment and $265, 896.98 restitution (1) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:1344A.F BANK FRAUD (2) | Counts dismissed (2) |
| 18:1344A.F BANK FRAUD (3 - 4) | Counts dismissed (3 - 4) |
| 18:1014.F LOAN & CREDIT GENERAL APPLICATIONS (5 - 6) | Counts dismissed (5 - 6) |
| 18:1014.F LOAN & CREDIT GENERAL APPLICATIONS (7) | Counts dismissed (7) |
| 18:1010.F 18:1010.F DEPT OF HUD/FHA TRANSACTION (8) | Counts dismissed (8) |

```
Proceedings include all events.                                      LSS
0:00cr6168-ALL USA v. Cohen, et al                                   APPEAL


18:1010.F 18:1010.F DEPT OF        Counts dismissed
HUD/FHA TRANSACTION                (10 - 11)
(10 - 11)


Offense Level (disposition): 4



Complaints:

     NONE
```

```
Proceedings include all events.                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                 APPEAL
```

MARK COHEN, DOB: 1/15/56 Prisoner #55357-004

       defendant


========================

ERIC SILVERMAN

       defendant


========================

BRUCE HOLLANDER

       defendant


========================

KENNETH HEYDER

       defendant


========================

JEAN LINDOR

       defendant


========================

JEAN DUFRALESSI, Formerly known as Jean Dufresne

       defendant


========================

PAUL SALTZ

       defendant


========================

USA

       plaintiff

```
Proceedings include all events.                              LSS
0:00cr6168-ALL USA v. Cohen, et al                           APPEAL
```

U. S. Attorneys:

```
    Lynn Dena Rosenthal, AUSA
    FTS 356-7336
    954-356-7255
    [COR LD NTC]
    United States Attorney's Office
    500 E Broward Boulevard
    7th Floor
    Fort Lauderdale, FL 33394-3002
    954-356-7255

    PTS Officer
    954-769-5600
    [COR LD NTC]
    Pretrial Services Office
    299 E Broward Boulevard
    Suite 301
    Fort Lauderdale, FL 33301
    954-769-5600

    Probation Officer
    FTS 769-5566
    954-769-5500
    [COR LD NTC]
    United States Probation Office
    299 E Broward Boulevard
    Room 409
    Fort Lauderdale, FL 33301-1865
    954-769-5500
```

```
Proceedings include all events.                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                 APPEAL
```

6/20/00  1       MOTION by USA  as to Mark Cohen, Eric Silverman, Bruce
                 Hollander, Kenneth Heyder, Jean Lindor, Jean Dufralessi,
                 Paul Saltz to seal indictmentuntil arrest of first
                 defendant. (dd) [Entry date 06/22/00]

6/20/00  2       ORDER as to Mark Cohen, Eric Silverman, Bruce Hollander,
                 Kenneth Heyder, Jean Lindor, Jean Dufralessi, Paul Saltz
                 granting [1-1] motion to seal indictment as to Mark Cohen
                 (1), Eric Silverman (2), Bruce Hollander (3), Kenneth
                 Heyder (4), Jean Lindor (5), Jean Dufralessi (6), Paul
                 Saltz (7) ( Signed by Magistrate Judge Lurana S. Snow on
                 6/20/00) CCAP [EOD Date: 6/22/00] CCAP⚙ (dd)
                 [Entry date 06/22/00]

6/20/00  (3)     SEALED INDICTMENT as to  Mark Cohen (1) count(s) 1, 2, 3-4,
                 5-6, 7, 8, 9, 10-11, Eric Silverman (2) count(s) 1, 2, 3-4,
                 5-6, 7, 8, 9, 10-11, Bruce Hollander (3) count(s) 1, 7,
                 10-11, Kenneth Heyder (4) count(s) 1, 5-6, 8, 9, Jean
                 Lindor (5) count(s) 1, 2, 10-11, Jean Dufralessi (6)
                 count(s) 1, 3-4, Paul Saltz (7) count(s) 1, 2, 3-4, 5-6, 7,
                 8, 10-11 (Criminal Category 2) (dd) [Entry date 06/22/00]

6/20/00  --      Magistrate identification: Magistrate Judge Lurana S. Snow
                 (dd) [Entry date 06/22/00]

6/20/00  4        ARREST WARRANT issued as to Mark Cohen .    Warrant
                 issued by Magistrate Judge Lurana S. Snow   Bail fixed at
                 $100,000 Corp. Surety (dd) [Entry date 06/22/00]

6/20/00  5        ARREST WARRANT issued as to Jean Dufralessi .    Warrant
                 issued by Magistrate Judge Lurana S. Snow   Bail fixed at
                 $100,000 Personal Surety (dd) [Entry date 06/22/00]

6/20/00  6        ARREST WARRANT issued as to Jean Lindor .   Warrant
                 issued by Magistrate Judge Lurana S. Snow   Bail fixed at
                 $100,000 Personal Surety (dd) [Entry date 06/22/00]

6/20/00  7        ARREST WARRANT issued as to Kenneth Heyder .    Warrant
                 issued by Magistrate Judge Lurana S. Snow   Bail fixed at
                 $100,000 Personal Surety (dd) [Entry date 06/22/00]

6/20/00  (8)      ARREST WARRANT issued as to Bruce Hollander .    Warrant
                 issued by Magistrate Judge Lurana S. Snow   Bail fixed at
                 $100,000 Personal Surety (dd) [Entry date 06/22/00]

6/20/00  9        ARREST WARRANT issued as to Eric Silverman .    Warrant
                 issued by Magistrate Judge Lurana S. Snow   Bail fixed at
                 $100,000 Personal Surety (dd) [Entry date 06/22/00]

6/20/00  10       ARREST WARRANT issued as to Paul Saltz .    Warrant
                 issued by Magistrate Judge Lurana S. Snow   Bail fixed at
                 $100,000 Personal Surety (dd) [Entry date 06/22/00]

```
Proceedings include all events.                              LSS
0:00cr6168-ALL USA v. Cohen, et al                          APPEAL
```

```
6/20/00   --    Indictment unsealed as to Mark Cohen, Eric Silverman, Bruce
                Hollander, Kenneth Heyder, Jean Lindor, Jean Dufralessi,
                Paul Saltz. FIRST DEFENDANT ARRESTED 6/21/00-INDICTMENT
                UNSEALED IN OPEN COURT BEFORE MAGISTRATE SNOW. (dd)
                [Entry date 06/22/00]

6/21/00   11    Minutes of initial appearance/arraignment held on 6/21/00
                before Magistrate Judge Lurana S. Snow as to Mark Cohen ;
                Court Reporter Name or Tape #: 00/30/2372 (dp)
                [Entry date 06/22/00]

6/21/00   12    REPORT Commencing Criminal Action as to Mark Cohen   DOB:
                1/15/56   Prisoner # 55357-004 (dp) [Entry date 06/22/00]

6/21/00   23    ORDER on Initial Appearance as to Mark Cohen Bond set to
                $50,000 CSB w/Nebbia for Mark Cohen.      before Magistrate
                Judge Lurana S. Snow, , ( Signed by Magistrate Judge
                Lurana S. Snow  on 6/21/00) CCAP (dp) [Entry date 06/26/00]

6/21/00   24    ARRAIGNMENT INFORMATION SHEET for Mark Cohen (1) count(s)
                1, 2, 3-4, 5-6, 7, 8, 9, 10-11   NOT GUILTY PLEA ENTERED as
                to all counts. Court accepts plea. (dp)
                [Entry date 06/26/00]

6/21/00   --    ARREST of Mark Cohen (dp) [Entry date 06/26/00]

6/21/00   28    ORDER as to Mark Cohen, Eric Silverman, Bruce Hollander,
                Kenneth Heyder, Jean Lindor, Jean Dufralessi, Paul Saltz
                to Unseal Indictment ( Signed by Magistrate Judge Lurana
                S. Snow on 6/21/00) CCAP [EOD Date: 6/26/00] CCAP (dp)
                [Entry date 06/26/00]

6/22/00   13    Minutes of initial appearance/arraignment held on 6/22/00
                before Magistrate Judge Lurana S. Snow as to Eric Silverman
                ;  Court Reporter Name or Tape #: 00-31/1569 (dp)
                [Entry date 06/26/00]

6/22/00   --    ARREST of Eric Silverman (dp) [Entry date 06/26/00]

6/22/00   14    ORDER on Initial Appearance as to Eric Silverman Bond set
                to $100,000 PSB for Eric Silverman., , ( Signed by
                Magistrate Judge Lurana S. Snow  on 6/22/00) CCAP (dp)
                [Entry date 06/26/00]

6/22/00   15    Minutes of initial appearance/arraignment held on 6/22/00
                before Magistrate Judge Lurana S. Snow as to Bruce
                Hollander ;  Court Reporter Name or Tape #: 00-31/1569 (dp)
                [Entry date 06/26/00]

6/22/00   --    ARREST of Bruce Hollander (dp) [Entry date 06/26/00]

6/22/00   16    ORDER on Initial Appearance as to Bruce Hollander Bond set
                to $100,000 PSB for Bruce Hollander., , ( Signed by
                Magistrate Judge Lurana S. Snow  on 6/22/00) CCAP (dp)
```

```
Proceedings include all events.                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                 APPEAL
```

                    [Entry date 06/26/00]

6/22/00   --      Initial appearance as to Bruce Hollander  held (Defendant
                  informed of rights.) (dp) [Entry date 06/26/00]

6/22/00   17      Minutes of initial appearance/arraignment held on 6/22/00
                  before Magistrate Judge Lurana S. Snow as to Kenneth Heyder
                  ;  Court Reporter Name or Tape #: 00/31/1569 (dp)
                  [Entry date 06/26/00]

6/22/00   18      ORDER on Initial Appearance as to Kenneth Heyder Bond set
                  to $100,000 PSB for Kenneth Heyder., , ( Signed by
                  Magistrate Judge Lurana S. Snow .on 6/22/00)  CCAP (dp)
                  [Entry date 06/26/00]

6/22/00   --      ARREST of Kenneth Heyder (dp) [Entry date 06/26/00]

6/22/00   19      Minutes of initial appearance/arraignment held on 6/22/00
                  before Magistrate Judge Lurana S. Snow as to Jean
                  Dufralessi ;  Court Reporter Name or Tape #: 00-31/1569 (dp)
                  [Entry date 06/26/00]

6/22/00   --      ARREST of Jean Dufralessi (dp) [Entry date 06/26/00]

6/22/00   20      ORDER on Initial Appearance as to Jean Dufralessi Bond set
                  to $100,000 PSB for Jean Dufralessi., , ( Signed by
                  Magistrate Judge Lurana S. Snow  on 6/22/00)  CCAP (dp)
                  [Entry date 06/26/00]

6/22/00   21      Minutes of initial appearance held on 6/22/00  before
                  Magistrate Judge Lurana S. Snow as to Paul Saltz; Tape
                  00-31-1569 (dp) [Entry date 06/26/00]

6/22/00   --      ARREST of Paul Saltz (dp) [Entry date 06/26/00]

6/22/00   22      ORDER on Initial Appearance as to Paul Saltz Bond set to
                  $100,000 PSB for Paul Saltz.  Arraignment set for 11:00
                  7/16/00 for Paul Saltz ; Report re counsel set for 11:00
                  7/16/00 for Paul Saltz ;  before Magistrate Barry S.
                  Seltzer, , ( Signed by Magistrate Judge Lurana S. Snow
                  on 6/22/00)  CCAP (dp) [Entry date 06/26/00]

6/22/00   26      ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                  as to Mark Cohen   Status conference set for 11:00 7/21/00
                  for Mark Cohen   before Magistrate Judge Lurana S. Snow (
                  Signed by Magistrate Judge Lurana S. Snow on 6/21/00) CCAP
                  [EOD Date: 6/26/00]  CCAP (dp) [Entry date 06/26/00]

6/22/00   27      STANDING DISCOVERY ORDER as to Mark Cohen   all motions
                  concerning matters not covered by this order must be filed
                  within 28 days of this order ( Signed by Magistrate Judge
                  Lurana S. Snow on 6/21/00)  Tape #  CCAP (dp)
                  [Entry date 06/26/00]

```
Proceedings include all events.                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                 APPEAL
```

6/22/00   29      NOTICE of Appearance for Jean Dufralessi by Attorney John
                  Robert Howes (dp) [Entry date 06/26/00]

6/22/00   30      NOTICE of Temporary Appearance for Paul Saltz by Attorney
                  David Jonathon Joffe (dp) [Entry date 06/26/00]

6/22/00   31      NOTICE of Appearance for Eric Silverman by Attorney Ted
                  Crespi (dp) [Entry date 06/26/00]

6/22/00   32      APPEARANCE BOND entered by Kenneth Heyder  in  Amount $
                  100,000 PSB   Approved by Magistrate Judge Lurana S. Snow .
                  (dp) [Entry date 06/26/00]

6/22/00   33      APPEARANCE BOND entered by Eric Silverman  in  Amount $
                  100,000 PSB   Approved by Magistrate Judge Lurana S. Snow .
                  Surrender passports/travel documents; (dp)
                  [Entry date 06/26/00]

6/22/00   34      APPEARANCE BOND entered by Jean Dufralessi  in  Amount $
                  100,000 PSB   Approved by Magistrate Judge Lurana S. Snow .
                  Surrender passports/travel documents; (dp)
                  [Entry date 06/26/00]

6/22/00   35      APPEARANCE BOND entered by Paul Saltz  in  Amount $
                  100,000 PSB   Approved by Magistrate Judge Lurana S. Snow .
                  Report to PTS as follows: as directed (dp)
                  [Entry date 06/26/00]

6/22/00   36      APPEARANCE BOND entered by Bruce Hollander  in  Amount $
                  100,000 PSB   Approved by Magistrate Judge Lurana S. Snow .
                  Surrender passports/travel documents; (dp)
                  [Entry date 06/26/00]

6/22/00   37      ARRAIGNMENT INFORMATION SHEET for Eric Silverman (2)
                  count(s) 1, 2, 3-4, 5-6, 7, 8, 9, 10-11   NOT GUILTY PLEA
                  ENTERED as to all counts. Court accepts plea. (dp)
                  [Entry date 06/27/00]

6/22/00   38      ARRAIGNMENT INFORMATION SHEET for Bruce Hollander (3)
                  count(s) 1, 7, 10-11   NOT GUILTY PLEA ENTERED as to all
                  counts. Court accepts plea. (dp) [Entry date 06/27/00]

6/22/00   39      ARRAIGNMENT INFORMATION SHEET for Kenneth Heyder (4)
                  count(s) 1, 5-6, 8, 9   NOT GUILTY PLEA ENTERED as to all
                  counts. Court accepts plea. (dp) [Entry date 06/27/00]

6/22/00   40      ARRAIGNMENT INFORMATION SHEET for Jean Dufralessi (6)
                  count(s) 1, 3-4   NOT GUILTY PLEA ENTERED as to all counts.
                  Court accepts plea. (dp) [Entry date 06/27/00]

6/22/00   --      ARREST of Jean Dufralessi (dp) [Entry date 06/27/00]

```
Proceedings include all events.                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                 APPEAL
```

6/23/00   25      AMENDED ARREST WARRANT issued as to Jean Lindor . Warrant
                  issued by Magistrate Judge Lurana S. Snow   Bail fixed at
                  PTD (dp) [Entry date 06/26/00]

6/26/00   41      ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                  as to Eric Silverman, Bruce Hollander, Kenneth Heyder, Jean
                  Dufralessi    Status conference set for 11:00 7/21/00 for
                  Eric Silverman, for Bruce Hollander, for Kenneth Heyder,
                  for Jean Dufralessi   before Magistrate Judge Lurana S.
                  Snow ( Signed by Magistrate Judge Lurana S. Snow on
                  6/22/00) CCAP [EOD Date: 6/27/00]   CCAP (dp)
                  [Entry date 06/27/00]

6/26/00   42      STANDING DISCOVERY ORDER as to Eric Silverman, Bruce
                  Hollander, Kenneth Heyder, Jean Dufralessi   all motions
                  concerning matters not covered by this order must be filed
                  within 28 days of this order ( Signed by Magistrate Judge
                  Lurana S. Snow on 6/22/00)   Tape #  CCAP (dp)
                  [Entry date 06/27/00]

6/27/00   43      ARREST WARRANT Returned Executed as to Paul Saltz on
                  6/22/00 (dp) [Entry date 06/28/00]

6/27/00   44      ARREST WARRANT Returned Executed as to Jean Dufralessi on
                  6/22/00 (dp) [Entry date 06/28/00]

6/27/00   45      ARREST WARRANT Returned Executed as to Eric Silverman on
                  6/22/00 (dp) [Entry date 06/28/00]

6/27/00   46      ARREST WARRANT Returned Executed as to Kenneth Heyder on
                  6/22/00 (dp) [Entry date 06/28/00]

6/27/00   47      ARREST WARRANT Returned Executed as to Mark Cohen on
                  6/20/00 (dp) [Entry date 06/28/00]

6/27/00   48      ARREST WARRANT Returned Executed as to Bruce Hollander on
                  6/22/00 (dp) [Entry date 06/28/00]

6/30/00   49      CJA 20 as to Mark Cohen : Appointment of Attorney Philip
                  Horowtiz( Signed by Magistrate Judge Lurana S. Snow  on
                  6/29/00 nunc pro tunc 6/21/00) (dp) [Entry date 07/03/00]

7/6/00    50      Minutes of inquiry re counsel/arraignment held on 7/6/00
                  before Magistrate Barry S. Seltzer as to Paul Saltz ;
                  Court Reporter Name or Tape #: 00-53/2992 (dp)
                  [Entry date 07/07/00]

7/6/00    51      ARRAIGNMENT INFORMATION SHEET for Paul Saltz (7) count(s)
                  1, 2, 3-4, 5-6, 7, 8, 10-11   NOT GUILTY PLEA ENTERED as to
                  all counts. Court accepts plea. (dp) [Entry date 07/07/00]

7/6/00    52      NOTICE of Appearance for Paul Saltz by Attorney David Joffe
                  (dp) [Entry date 07/07/00]

```
Proceedings include all events.                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                 APPEAL
```

7/6/00    53    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Paul Saltz ( Signed by Magistrate Barry S. Seltzer on
                7/6/00) CCAP [EOD Date: 7/7/00]   CCAP (dp)
                [Entry date 07/07/00]

7/6/00    54    STANDING DISCOVERY ORDER as to Paul Saltz   all motions
                concerning matters not covered by this order must be filed
                within 28 days of this order ( Signed by Magistrate Barry
                S. Seltzer on 7/6/00)  CCAP (dp) [Entry date 07/07/00]

7/6/00   (55)   SCHEDULING ORDER as to Mark Cohen, Eric Silverman, Bruce
                Hollander, Kenneth Heyder, Jean Lindor, Jean Dufralessi,
                Paul Saltz  setting Calendar Call for 3:15 7/24/00 for Mark
                Cohen, for Eric Silverman, for Bruce Hollander, for Kenneth
                Heyder, for Jean Lindor, for Jean Dufralessi, for Paul
                Saltz ; Jury Trial for 7/31/00 for Mark Cohen, for Eric
                Silverman, for Bruce Hollander, for Kenneth Heyder, for
                Jean Lindor, for Jean Dufralessi, for Paul Saltz ;   before
                Judge Wilkie D. Ferguson Jr.  ( Signed by Judge Wilkie D.
                Ferguson Jr. on 7/6/00) CCAP [EOD Date: 7/7/00]  CCAP (dp)
                [Entry date 07/07/00]

7/10/00   56    MOTION by Mark Cohen to Reduce Bond (dp)
                [Entry date 07/11/00]

7/11/00  (57)   RESPONSE to Standing Discovery Order by USA  as to Mark
                Cohen, Eric Silverman, Bruce Hollander, Kenneth Heyder,
                Jean Lindor, Jean Dufralessi, Paul Saltz (dp)
                [Entry date 07/12/00]

7/12/00   58    MOTION with Memorandum in Support by Paul Saltz for Brady
                Material (dp) [Entry date 07/13/00]

7/12/00   59    MOTION by Paul Saltz for specific notice of 404(b)
                evidence (dp) [Entry date 07/13/00]

7/12/00   60    MOTION by Paul Saltz for attorney-conducted voir dire (dp)
                [Entry date 07/13/00]

7/12/00   61    Proposed Voir Dire Questions by Paul Saltz (dp)
                [Entry date 07/13/00]

7/12/00   62    NOTICE of Unavailabilty by Paul Saltz  for dates of: 7/17,
                8/28 (dp) [Entry date 07/13/00]

7/12/00   63    MOTION by Paul Saltz to Travel (dp) [Entry date 07/13/00]

7/12/00   64    MOTION with Memorandum in Support by Paul Saltz to
                interview prospective witnesses (dp) [Entry date 07/13/00]

7/12/00   65    MOTION by Paul Saltz for additional preemptory challenges
                (dp) [Entry date 07/13/00]

```
Proceedings include all events.                                        LSS
0:00cr6168-ALL USA v. Cohen, et al                                     APPEAL
```

7/12/00   66      MOTION with Memorandum in Support by Paul Saltz for
                  disclosure of 404(b) evidence (dp) [Entry date 07/13/00]

7/17/00   67      STIPULATION  re: substitution of counsel Gary Kollin for
                  David Joffee  by Paul Saltz (dp) [Entry date 07/18/00]

7/19/00   68      MOTION by Eric Silverman to extend time to file motions (dp)
                  [Entry date 07/20/00]

7/19/00   69      MOTION by Eric Silverman to continue trial (dp)
                  [Entry date 07/20/00]

7/19/00   70      MOTION by Eric Silverman to Adopt Motions of Other
                  Defendant (dp) [Entry date 07/20/00]

7/20/00   71      Minutes of status conference held on 7/20/00  before
                  Magistrate Judge Lurana S. Snow as to Paul Saltz ;  Court
                  Reporter Name or Tape #: 00-38/2905 (dp)
                  [Entry date 07/21/00]

7/20/00   --      Status conference as to Paul Saltz  held (dp)
                  [Entry date 07/21/00]

7/21/00   73      STATUS REPORT ORDER as to Paul Saltz  . ( Signed by
                  Magistrate Judge Lurana S. Snow on 7/21/00) CCAP [EOD Date:
                  7/25/00]  CCAP (dp) [Entry date 07/25/00]

7/24/00   72      ADOPTION OF ALL MOTIONS filed by Paul Saltz  by Kenneth
                  Heyder (dp) [Entry date 07/25/00]

7/24/00  (74)     MOTION by Bruce Hollander to continue trial (dp)
                  [Entry date 07/25/00]

7/26/00   75      ORDER as to Paul Saltz  granting [67-1] stipulation as to
                  Paul Saltz (7) ( Signed by Judge Wilkie D. Ferguson Jr. on
                  7/25/00) CCAP [EOD Date: 7/27/00] CCAP (dp)
                  [Entry date 07/27/00]

7/26/00   76      ORDER OF REFERENCE referring Motion(s)  to Magistrate Judge
                  Lurana S. Snow as to Paul Saltz : [64-1] motion to
                  interview prospective witnesses as to Paul Saltz (7),
                  [63-1] motion to Travel as to Paul Saltz (7), [58-1] motion
                  for Brady Material as to Paul Saltz (7)  ( Signed by Judge
                  Wilkie D. Ferguson Jr. on 7/25/00) CCAP [EOD Date: 7/27/00]
                   CCAP (dp) [Entry date 07/27/00]

7/26/00   77      ORDER as to Paul Saltz  granting [66-1] motion for
                  disclosure of 404(b) evidence as to Paul Saltz (7) ( Signed
                  by Judge Wilkie D. Ferguson Jr. on 7/25/00) CCAP [EOD Date:
                  7/27/00] CCAP (dp) [Entry date 07/27/00]

Proceedings include all events.                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                 APPEAL

7/26/00  78    ORDER as to Paul Saltz denying [65-1] motion for
               additional preemptory challenges as to Paul Saltz (7) (
               Signed by Judge Wilkie D. Ferguson Jr. on 7/25/00) CCAP
               [EOD Date: 7/27/00] CCAP※ (dp) [Entry date 07/27/00]

7/28/00  79    ORDER as to Eric Silverman, Bruce Hollander granting
               [74-1] motion to continue trial as to Bruce Hollander (3),
               granting [69-1] motion to continue trial as to Eric
               Silverman (2) to Continue in Interest of Justice, reset
               calendar call for 3:15 9/5/00 for Eric Silverman, for Bruce
               Hollander before Judge Wilkie D. Ferguson Jr., reset
               Jury trial for 9/11/00 for Eric Silverman, for Bruce
               Hollander before Judge Wilkie D. Ferguson Jr. ( Signed
               by Judge Wilkie D. Ferguson Jr. on 7/28/00) CCAP [EOD Date:
               7/31/00] CCAP※ (dp) [Entry date 07/31/00]

7/31/00  80    SECOND RESPONSE to Standing Discovery Order by USA as to
               Mark Cohen, Eric Silverman, Bruce Hollander, Kenneth
               Heyder, Jean Lindor, Jean Dufralessi, Paul Saltz (dp)
               [Entry date 08/01/00]

8/1/00   81    ORDER as to Mark Cohen, Eric Silverman, Bruce Hollander,
               Kenneth Heyder, Jean Lindor, Jean Dufralessi, Paul Saltz
               Response to motion reset to 8/11/00 for Paul Saltz for
               [58-1] motion for Brady Material ( Signed by Magistrate
               Judge Lurana S. Snow on 8/1/00) CCAP [EOD Date: 8/2/00]
               CCAP※ (dp) [Entry date 08/02/00]

8/1/00   82    ORDER as to Eric Silverman denying [70-1] motion to Adopt
               Motions of Other Defendant as to Eric Silverman (2) (
               Signed by Magistrate Judge Lurana S. Snow on 8/1/00) CCAP
               [EOD Date: 8/2/00] CCAP※ (dp) [Entry date 08/02/00]

8/1/00   83    ORDER as to Eric Silverman granting [68-1] motion to
               extend time to file motions as to Eric Silverman (2) (
               Signed by Magistrate Judge Lurana S. Snow on 8/1/00) CCAP
               [EOD Date: 8/2/00] CCAP※ (dp) [Entry date 08/02/00]

8/1/00   84    ORDER as to Paul Saltz granting [63-1] motion to Travel as
               to Paul Saltz (7) ( Signed by Magistrate Judge Lurana S.
               Snow on 8/1/00) CCAP [EOD Date: 8/2/00] CCAP※ (dp)
               [Entry date 08/02/00]

8/1/00   85    Minutes of bond modification hearing held on 8/1/00 before
               Magistrate Judge Lurana S. Snow as to Mark Cohen ; Court
               Reporter Name or Tape #: 00-39/1175 (dp)
               [Entry date 08/02/00]

8/1/00   --    Bond hearing as to Mark Cohen held (dp)
               [Entry date 08/02/00]

8/3/00   86    MOTION by Kenneth Heyder to Adopt Motion of Other
               Defendant (dp) [Entry date 08/04/00]

Docket as of August 29, 2002 9:45 am                    Page 20

Proceedings include all events.                                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                                 APPEAL

8/3/00    87    NOTICE of hearing (change of plea) by Jean Dufralessi (dp)
                [Entry date 08/04/00]

8/7/00    88    ORDER as to Mark Cohen  granting [56-1] motion to Reduce
                Bond    Bond reset to $25,000 CSB w/Nebbia and $50,000 PSB
                for Mark Cohen. as to Mark Cohen (1) ( Signed by Magistrate
                Judge Lurana S. Snow on 8/7/00) CCAP [EOD Date: 8/8/00]
                CCAP※ (dp) [Entry date 08/08/00]

8/8/00    89    MOTION by Paul Saltz to Adopt Motions filed by former
                counsel (dp) [Entry date 08/09/00]

8/16/00   90    STIPULATION  re: for Nebbia bond requirement by Mark Cohen,
                USA (dp) [Entry date 08/17/00]

8/16/00   91    ORDER as to Mark Cohen  granting [90-1] stipulation as to
                Mark Cohen (1) ( Signed by Magistrate Judge Lurana S. Snow
                on 8/16/00) CCAP [EOD Date: 8/17/00] CCAP※ (dp)
                [Entry date 08/17/00]

8/16/00   92    MOTION by USA  as to Paul Saltz to extend time to respond
                to motions for specific brady material and to interview
                prospective witnesses (dp) [Entry date 08/17/00]

8/17/00   93     APPEARANCE BOND entered by Mark Cohen  in  Amount $ 50,000
                PSB   Approved by Magistrate Judge Lurana S. Snow . Report
                to PTS as follows: daily basis in person (dp)
                [Entry date 08/18/00]

8/17/00   94     APPEARANCE BOND entered by Mark Cohen  in  Amount $ 25,000
                CSB (Surety Information: Far West Insurance Co. , Pabio
                Rodriguez , 7485 SW 8 St. Miami FL)   Approved by
                Magistrate Judge Lurana S. Snow . Report to PTS as
                follows: 5 times a week in person (dp) [Entry date 08/18/00]

8/22/00   95    ORDER as to Paul Saltz  granting [60-1] motion for
                attorney-conducted voir dire as to Paul Saltz (7) ( Signed
                by Judge Wilkie D. Ferguson Jr. on 8/21/00) CCAP [EOD Date:
                8/23/00] CCAP※ (dp) [Entry date 08/23/00]

8/25/00   96    MOTION by Jean Dufralessi to substitute Steven Rosen in
                place of John Howes as Attorney (dp) [Entry date 08/28/00]

8/25/00   97    ORDER as to Paul Saltz  granting [89-1] motion to Adopt
                Motions filed by former counsel as to Paul Saltz (7) (
                Signed by Magistrate Judge Lurana S. Snow on 8/25/00) CCAP
                [EOD Date: 8/28/00] CCAP※ (dp) [Entry date 08/28/00]

8/25/00   98    ORDER as to Kenneth Heyder  granting [86-1] motion to Adopt
                Motion of Other Defendant as to Kenneth Heyder (4) ( Signed
                by Magistrate Judge Lurana S. Snow on 8/25/00) CCAP [EOD
                Date: 8/28/00] CCAP※ (dp) [Entry date 08/28/00]

Docket as of August 29, 2002 9:45 am                        Page 21

Proceedings include all events.                                              LSS
0:00cr6168-ALL USA v. Cohen, et al                                          APPEAL

8/25/00    99      ORDER as to Jean Dufralessi  granting [96-1] motion to
                   substitute Steven Rosen in place of John Howes as Attorney
                   (Terminated: attorney John Robert Howes for Jean Dufralessi
                   ) as to Jean Dufralessi (6) ( Signed by Judge Wilkie
                   Ferguson Jr. on 8/25/00) CCAP [EOD Date: 8/28/00] CCAP※ (dp)
                   [Entry date 08/28/00]

8/29/00    (100)   MOTION by USA  as to Mark Cohen, Eric Silverman, Bruce
                   Hollander, Kenneth Heyder, Jean Lindor, Jean Dufralessi,
                   Paul Saltz to continue trial (dp) [Entry date 08/30/00]

9/1/00     101     MOTION by Mark Cohen to continue trial (dp)
                   [Entry date 09/05/00]

9/5/00     102     Minutes of change of plea held on 9/5/00  before Judge
                   Wilkie D. Ferguson Jr. as to Eric Silverman ; GUILTY: Eric
                   Silverman (2) count(s) 1  Court Reporter Name or Tape #:
                   Anita LaRocca (dp) [Entry date 09/06/00]

9/5/00     103     Plea Agreement as to Eric Silverman (dp)
                   [Entry date 09/06/00]

9/5/00     104     NOTICE of Hearing as to Eric Silverman :  setting
                   Sentencing for 9:00 11/17/00 for Eric Silverman   before
                   Judge Wilkie D. Ferguson Jr. (dp) [Entry date 09/06/00]

9/5/00     105     Minutes of change of plea held on 9/5/00  before Judge
                   Wilkie D. Ferguson Jr. as to Jean Dufralessi ; GUILTY:
                   Jean Dufralessi (6) count(s) 1  Court Reporter Name or
                   Tape #: Anita LaRocca (dp) [Entry date 09/06/00]

9/5/00     106     Plea Agreement as to Jean Dufralessi (dp)
                   [Entry date 09/06/00]

9/5/00     107     NOTICE of Hearing as to Jean Dufralessi :  setting
                   Sentencing for 9:00 11/17/00 for Jean Dufralessi   before
                   Judge Wilkie D. Ferguson Jr. (dp) [Entry date 09/06/00]

9/5/00     108     RESPONSE by Kenneth Heyder to [100-1] motion to continue
                   trial (dp) [Entry date 09/06/00]

9/5/00     --      PLEA entered by Eric Silverman . Court accepts plea.
                   GUILTY: Eric Silverman (2) count(s) 2 (dp)
                   [Entry date 07/01/02]

9/14/00    109     ORDER as to Mark Cohen granting [101-1] motion to continue
                   trial as to Mark Cohen (1) Reset Jury trial for 10/10/00
                   for Mark Cohen before Judge Wilkie D. Ferguson Jr., Reset
                   calendar call for 3:15 10/2/00 for Mark Cohen Judge Wilkie
                   D. Ferguson Jr., to Continue in Interest of Justice
                   (Signed by Judge Wilkie D. Ferguson Jr. on 9/14/00) CCAP
                   [EOD Date: 9/15/00] CCAP※ (ss) [Entry date 09/15/00]

9/19/00    110     MOTION by Mark Cohen to Modify Conditions of Bond Release

Docket as of August 29, 2002 9:45 am                        Page 22

Proceedings include all events.                                          LSS
0:00cr6168-ALL USA v. Cohen, et al                                       APPEAL

                        (dp) [Entry date 09/20/00]

10/3/00    (111)    NOTICE of Appearance for Bruce Hollander by Attorney Joel
                    Hirschhorn, Brian H. Bieber (dp) [Entry date 10/04/00]

10/11/00   (112)    STIPULATION re: substitution of counsel Joel Hirschhorn by
                    Bruce Hollander (dp) [Entry date 10/12/00]

10/19/00   113      MOTION by Eric Silverman to prevent probationary contact
                    with employer (dp) [Entry date 10/19/00]

10/19/00   114      NOTICE of Unavailabilty by Eric Silverman  for dates of:
                    12/18-1/2 (dp) [Entry date 10/19/00]

10/23/00   115      MOTION by Eric Silverman to continue sentencing (dp)
                    [Entry date 10/24/00]

10/30/00   116      MOTION by Eric Silverman to extend time to file
                    objections (dp) [Entry date 10/31/00]

11/9/00    117      OBJECTIONS by Jean Dufralessi to Presentence Investigation
                    Report and Addendum and memorandum of law (ss)
                    [Entry date 11/09/00]

11/9/00    118      ORDER as to Eric Silverman granting [113-1] motion to
                    prohibit probationary contact with employer as to Eric
                    Silverman (2) (Signed by Judge Wilkie D. Ferguson Jr. on
                    11/9/00) CCAP [EOD Date: 11/13/00] CCAP※ (ss)
                    [Entry date 11/13/00]

11/9/00    119      ORDER as to Eric Silverman denying [116-1] motion for
                    extension of time to file objections (Signed by Judge
                    Wilkie D. Ferguson Jr. on 11/9/00) CCAP [EOD Date:
                    11/13/00] CCAP※ (ss) [Entry date 11/13/00]

11/9/00    120      ORDER as to Eric Silverman denying [115-1] motion to
                    continue sentencing as to Eric Silverman (2) (Signed by
                    Judge Wilkie D. Ferguson Jr. on 11/9/00) CCAP [EOD Date:
                    11/13/00] CCAP※ (ss) [Entry date 11/13/00]

11/13/00   121      SUPPLEMENT by Jean Dufralessi to: sentencing memorandum (ss)
                    [Entry date 11/13/00]

11/15/00   122      EMERGENCY MOTION by Eric Silverman to continue sentencing
                    (dp) [Entry date 11/16/00]

11/15/00   123      ORDER as to Eric Silverman  denying [122-1] motion to
                    continue sentencing as to Eric Silverman (2) ( Signed by
                    Judge Wilkie D. Ferguson Jr. on 11/15/00) CCAP [EOD Date:
                    11/16/00] CCAP※ (dp) [Entry date 11/16/00]

11/16/00   124      MOTION by Eric Silverman for downward departure (dp)
                    [Entry date 11/17/00]

Docket as of August 29, 2002 9:45 am                           Page 23

```
Proceedings include all events.                                      LSS
0:00cr6168-ALL USA v. Cohen, et al                                  APPEAL
```

11/16/00 125      NOTICE of medical condition by Jean Dufralessi (dp)
                  [Entry date 11/17/00]

11/16/00 126      OBJECTION by Eric Silverman  to Presentence Investigation
                  Report (dp) [Entry date 11/17/00]

11/16/00 127      NOTICE of filing character letters by Eric Silverman (dp)
                  [Entry date 11/17/00]

11/16/00 128      SUPERSEDING INFORMATION as to  Kenneth Heyder (4) count(s)
                  1s (Criminal Category 1) (dp) [Entry date 11/20/00]

11/17/00 129      Minutes of continuation of sentencing held on 11/17/00
                  before Judge Wilkie D. Ferguson Jr. as to Eric Silverman ;
                  Court Reporter Name or Tape #: Paul Haferling (dp)
                  [Entry date 11/20/00]

11/17/00 130      Minutes of sentencing held on 11/17/00  before Judge Wilkie
                  D. Ferguson Jr. as to Jean Dufralessi ;  Court Reporter
                  Name or Tape #: Paul Haferling (dp) [Entry date 11/20/00]

11/17/00 --       Sentencing  held Jean Dufralessi (6) count(s) 1 (dp)
                  [Entry date 12/01/00]

11/21/00 131      WAIVER OF INDICTMENT by Kenneth Heyder (dp)
                  [Entry date 11/22/00]

11/21/00 132      Minutes of change of plea held on 11/21/00  before Judge
                  Wilkie D. Ferguson Jr. as to Kenneth Heyder ; GUILTY:
                  Kenneth Heyder (4) count(s) 1s  Court Reporter Name or
                  Tape #: Paul Haferling (dp) [Entry date 11/22/00]

11/21/00 --       Change of Plea Hearing as to Kenneth Heyder  held (dp)
                  [Entry date 11/22/00]

11/21/00 133      Plea Agreement as to Kenneth Heyder (dp)
                  [Entry date 11/22/00]

11/21/00 134      NOTICE of Hearing as to Kenneth Heyder :  setting
                  Sentencing for 10:30 1/26/01 for Kenneth Heyder   before
                  Judge Wilkie D. Ferguson Jr. (dp) [Entry date 11/22/00]

11/21/00 --       PLEA entered by Kenneth Heyder . Court accepts plea.
                  GUILTY: Kenneth Heyder (4) count(s) 1s (mh)
                  [Entry date 01/31/01]

11/22/00 135      Minutes of change of plea held on 11/22/00  before Judge
                  Wilkie D. Ferguson Jr. as to Paul Saltz ; GUILTY: Paul
                  Saltz (7) count(s) 1  Court Reporter Name or Tape #: Paul
                  Haferling (dp) [Entry date 11/27/00]

11/22/00 136      Plea Agreement as to Paul Saltz (dp) [Entry date 11/27/00]

Proceedings include all events.                                          LSS
0:00cr6168-ALL USA v. Cohen, et al                                      APPEAL

11/22/00 137     NOTICE of Hearing as to Paul Saltz :  setting Sentencing
                 for 11:00 1/26/01 for Paul Saltz  before Judge Wilkie D.
                 Ferguson Jr. (dp) [Entry date 11/27/00]

11/22/00 --      PLEA entered by Paul Saltz . Court accepts plea. GUILTY:
                 Paul Saltz (7) count(s) 1 (mh) [Entry date 01/31/01]

11/30/00 138     JUDGMENT as to  Jean Dufralessi (6) count(s) 3-4.  Counts
                 dismissed , Jean Dufralessi (6) count(s) 1.  One year and a
                 day imprisonment, 2 years supervised release and $100
                 special assessment , Jean Dufralessi (6) count(s) 3-4.
                 Counts dismissed  ( Signed by Judge Wilkie D. Ferguson Jr.
                 on 11/30/00) CCAP [EOD Date: 12/1/00]  CCAP (dp)
                 [Entry date 12/01/00]

12/14/00 139     ORDER as to Eric Silverman granting oral motion to continue
                 sentencing; Resetting Sentencing for 11:00 1/26/01 for
                 Eric Silverman before Judge Wilkie D. Ferguson Jr. (Signed
                 by Judge Wilkie D. Ferguson Jr. on 12/14/00) CCAP [EOD
                 Date: 12/15/00] CCAP (ss) [Entry date 12/15/00]

1/4/01   140     OBJECTION by Paul Saltz  to Presentence Investigation
                 Report (dp) [Entry date 01/05/01]

1/12/01  141     SUPPLEMENT by Paul Saltz  to: [140-1] objection (dp)
                 [Entry date 01/16/01]

1/13/01  (211)   MOTION by USA  as to Bruce Hollander to bring electronic
                 equipment into courtroom (dp) [Entry date 11/14/01]

1/19/01  142     MOTION by Eric Silverman to continue sentencing (dp)
                 [Entry date 01/22/01]

1/26/01  143     Minutes of sentencing held on 1/26/01 before Judge Wilkie
                 D. Ferguson Jr. as to Paul Saltz; Court Reporter Name Paul
                 Haferling (mh) [Entry date 01/29/01]

1/26/01  --      Sentencing  held Paul Saltz (7) count(s) 1 (mh)
                 [Entry date 01/29/01]

1/26/01  144     Minutes of sentencing held on 1/26/01 before Judge Wilkie
                 D. Ferguson Jr. as to Kenneth Heyder; Court Reporter Name
                 Paul Haferling (mh) [Entry date 01/29/01]

1/26/01  --      Sentencing  held Kenneth Heyder (4) count(s) 1s (mh)
                 [Entry date 01/29/01]

1/29/01  (145)   MOTION by Bruce Hollander to Travel (dp)
                 [Entry date 01/30/01]

Proceedings include all events.                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                 APPEAL

1/30/01  147    JUDGMENT as to  Paul Saltz (7) count(s) 2, 3 -4 , 5 -6 , 7
                , 8 , 10 -11 .  Counts dismissed , Paul Saltz (7) count(s)
                1. 16 months imprisonment, 3 years supervised release, $100
                special assessment and $265,896.98 restitution  ( Signed by
                Judge Wilkie D. Ferguson Jr. on 1/30/01) CCAP [EOD Date:
                1/31/01]  CCAP (mh) [Entry date 01/31/01]

1/31/01  146    JUDGMENT as to  Kenneth Heyder (4) count(s) 1, 5 -6 , 8 , 9
                .  Counts dismissed , Kenneth Heyder (4) count(s) 1s.  2
                years probation, $100 special assessment and $5,000 fine  (
                Signed by Judge Wilkie D. Ferguson Jr. on 1/30/01) CCAP
                [EOD Date: 1/31/01]  CCAP (mh) [Entry date 01/31/01]

1/31/01  (148)  ORDER as to Bruce Hollander  granting [145-1] motion to
                Travel as to Bruce Hollander (3) ( Signed by Judge Wilkie
                D. Ferguson Jr. on 1/30/01) CCAP [EOD Date: 1/31/01] CCAP
                (mh) [Entry date 01/31/01]

2/2/01   149    MOTION by Paul Saltz to Modify Conditions of Release by
                changing residence (dp) [Entry date 02/05/01]

2/5/01   150    Judgment Returned Executed as to Kenneth Heyder on 1/31/01
                no further action by USM (dp) [Entry date 02/05/01]

2/12/01  151    Judgment Returned Executed as to Jean Dufralessi on 1/30/01
                at FPC Pensacola (dp) [Entry date 02/13/01]

2/22/01  152    NOTICE of Unavailabilty by Eric Silverman  for dates of:
                4/7-4/17 (dp) [Entry date 02/23/01]

3/21/01  153    SEALED DOCUMENT (dp) [Entry date 03/22/01]

3/21/01  154    SEALED DOCUMENT (dp) [Entry date 03/22/01]

3/21/01  155    SEALED DOCUMENT (dp) [Entry date 03/22/01]

3/21/01  156    SEALED DOCUMENT (dp) [Entry date 03/22/01]

4/6/01   (157)  MOTION by Bruce Hollander to Travel (dp)
                [Entry date 04/09/01]

4/10/01  158    MOTION by Mark Cohen to Modify Bond Conditions of Release
                (dp) [Entry date 04/10/01]

4/10/01  (159)  NOTICE of Hearing as to Mark Cohen, Bruce Hollander :  set
                calendar call for 3:15 4/16/01 for Mark Cohen, for Bruce
                Hollander  before Judge Wilkie D. Ferguson Jr.,  set
                Jury trial for 4/23/01 for Mark Cohen, for Bruce Hollander
                before Judge Wilkie D. Ferguson Jr. (dp)
                [Entry date 04/11/01]

4/11/01  160    MOTION by Mark Cohen to continue trial (dp)
                [Entry date 04/12/01]

Proceedings include all events.                                          LSS
0:00cr6168-ALL USA v. Cohen, et al                                      APPEAL

4/13/01  161   MOTION by Bruce Hollander to continue trial (dp)
               [Entry date 04/16/01]

5/7/01   162   Judgment Returned Executed as to Paul Saltz on 5/1/01 at
               FPC Pensacola, FL (dp) [Entry date 05/07/01]

5/14/01  163   Minutes of Calendar Call held on 5/14/01 before Judge
               Wilkie D. Ferguson Jr. as to Mark Cohen, Bruce Hollander;
               Calendar Call 6/25/01 at 3:15; Court Reporter Name or Tape
               #: Anita LaRocca (ss) [Entry date 05/16/01]

5/14/01   --   Calendar call as to Mark Cohen, Bruce Hollander held (ss)
               [Entry date 05/16/01]

5/17/01  164   ORDER GRANTING ORAL MOTION TO CONTINUE TRIAL as to Mark
               Cohen, Bruce Hollander continuing trial,  continued Jury
               trial for 7/2/01 for Mark Cohen, for Bruce Hollander
               before Judge Wilkie D. Ferguson Jr.,  calendar call for
               3:15 6/25/01 for Mark Cohen, for Bruce Hollander before
               Judge Wilkie D. Ferguson Jr., to Continue in Interest of
               Justice ( Signed by Judge Wilkie D. Ferguson Jr. on
               5/17/01) CCAP [EOD Date: 5/21/01] CCAP (lh)
               [Entry date 05/21/01]

5/25/01  165   NOTICE of Unavailabilty by Eric Silverman  for dates of:
               7/1-7/23 (dp) [Entry date 05/29/01]

5/29/01  166   ORDER as to Bruce Hollander  granting [112-1] stipulation
               as to Bruce Hollander (3) ( Signed by Judge Wilkie D.
               Ferguson Jr. on 5/29/01 now for 10/11/00) CCAP [EOD Date:
               5/30/01] CCAP (dp) [Entry date 05/30/01]

5/29/01  167   ORDER as to Paul Saltz  granting [149-1] motion to Modify
               Conditions of Release by changing residence as to Paul
               Saltz (7) ( Signed by Judge Wilkie D. Ferguson Jr. on
               5/29/01 now for 2/2/01) CCAP [EOD Date: 5/30/01] CCAP (dp)
               [Entry date 05/30/01]

5/30/01  168   MOTION by Bruce Hollander to continue trial (dp)
               [Entry date 05/31/01]

7/2/01   169   MOTION by Bruce Hollander to continue trial (dp)
               [Entry date 07/03/01]

7/3/01   170   MOTION by Bruce Hollander to Travel (dp)
               [Entry date 07/03/01]

7/11/01  171   ORDER as to Bruce Hollander  granting [170-1] motion to
               Travel as to Bruce Hollander (3) ( Signed by Judge Wilkie
               D. Ferguson Jr. on 7/11/01) [EOD Date: 7/12/01] CCAP (dp)
               [Entry date 07/12/01]


Docket as of August 29, 2002 9:45 am                    Page 27

Proceedings include all events.                                          LSS
0:00cr6168-ALL USA v. Cohen, et al                                       APPEAL

7/11/01  (172)   ORDER as to Bruce Hollander  granting [169-1] motion to
                 continue trial as to Bruce Hollander (3), granting [168-1]
                 motion to continue trial as to Bruce Hollander (3),
                 granting [161-1] motion to continue trial as to Bruce
                 Hollander (3)  reset Jury trial for 9:00 10/15/01 for
                 Bruce Hollander before Judge Wilkie D. Ferguson Jr. (
                 Signed by Judge Wilkie D. Ferguson Jr. on 7/11/01) [EOD
                 Date: 7/12/01] CCAP※ (dp) [Entry date 07/12/01]

8/8/01   173     PETITION and ORDER for Action on Conditions of Pretrial as
                 to Mark Cohen  ( Signed by Judge Wilkie D. Ferguson Jr. on
                 8/6/01) [EOD Date: 8/8/01] (dp) [Entry date 08/08/01]

9/4/01   --      Calendar call  as to Mark Cohen held (dp)
                 [Entry date 09/06/01]

9/5/01   174     Minutes of calendar call held on 9/4/01  before Judge
                 Wilkie D. Ferguson Jr. as to Mark Cohen ;  Court Reporter
                 Name or Tape #: Stephen Franklin (dp) [Entry date 09/06/01]

9/5/01   175     NOTICE of Hearing as to Mark Cohen :  set Change of Plea
                 Hearing for 9:00 9/20/01 for Mark Cohen  before Judge
                 Wilkie D. Ferguson Jr. (dp) [Entry date 09/06/01]

9/6/01   176      ARREST WARRANT issued as to Jean Lindor .   Warrant
                 issued by Magistrate Barry S. Seltzer  Bail fixed at PTD
                 (dp) [Entry date 09/07/01]

9/6/01   (177)   SUPERSEDING INDICTMENT as to  Mark Cohen (1) count(s) 1s,
                 2s-6s, 7s-8s, 9s, 10s-12s, Bruce Hollander (3) count(s) 1s,
                 2s-6s, 7s-8s, 9s, 10s-12s, 13s, Jean Lindor (5) count(s)
                 1s, 7s-8s, 10s-12s (Criminal Category 2) (dp)
                 [Entry date 09/07/01]

9/13/01  (178)   Minutes of arraignment on superseding on 9/11/01 cancelled
                 due to bomb threat and reset to 9/20/01 before Magistrate
                 Barry S. Seltzer as to Bruce Hollander ; Court Reporter
                 Name or Tape #: 01 (dp) [Entry date 09/14/01]

9/13/01  (179)   MOTION by Bruce Hollander to continue trial (dp)
                 [Entry date 09/14/01]

9/17/01  180     NOTICE of Change of Address of attorney by Mark Cohen (dp)
                 [Entry date 09/18/01]

9/17/01  181     Minutes of arraignment on superseding held on 9/17/01
                 before Magistrate Barry S. Seltzer as to Mark Cohen ;
                 Court Reporter Name or Tape #: 01-69/3174 (dp)
                 [Entry date 09/18/01]

9/17/01  182     ARRAIGNMENT INFORMATION SHEET for Mark Cohen (1) count(s)
                 2s-6s, 7s-8s, 9s, 10s-12s   NOT GUILTY PLEA ENTERED as to
                 all counts. Court accepts plea. (dp) [Entry date 09/18/01]

Proceedings include all events.                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                 APPEAL

9/17/01  183    STANDING DISCOVERY ORDER as to Mark Cohen   all motions
                concerning matters not covered by this order must be filed
                within 28 days of this order ( Signed by Magistrate Barry
                S. Seltzer on 9/17/01)  Tape #  CCAP (dp)
                [Entry date 09/18/01]

9/17/01  184    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Mark Cohen ( Signed by Magistrate Barry S. Seltzer on
                9/17/01) [EOD Date: 9/18/01]  CCAP (dp)
                [Entry date 09/18/01]

9/19/01  185    ORDER as to Bruce Hollander   denying [179-1] motion to
                continue trial as to Bruce Hollander (3) ( Signed by Judge
                Wilkie D. Ferguson Jr. on 9/19/01) [EOD Date: 9/20/01]
                CCAP (dp) [Entry date 09/20/01]

9/20/01  186    ARRAIGNMENT INFORMATION SHEET for Bruce Hollander (3)
                count(s) 1s, 2s-6s, 7s-8s, 9s, 10s-12s, 13s   NOT GUILTY
                PLEA ENTERED as to all counts. Court accepts plea. (dp)
                [Entry date 09/21/01]

9/20/01  187    Minutes of change of plea held on 9/20/01  before Judge
                Wilkie D. Ferguson Jr. as to Mark Cohen ; GUILTY: Mark
                Cohen (1) count(s) 1s  Court Reporter Name or Tape #:
                Stephen Franklin (dp) [Entry date 09/21/01]

9/20/01  --     Change of Plea Hearing as to Mark Cohen  held (dp)
                [Entry date 09/21/01]

9/20/01  188    Plea Agreement as to Mark Cohen (dp) [Entry date 09/21/01]

9/20/01  189    NOTICE of Hearing as to Mark Cohen :  set Sentencing for
                10:00 12/7/01 for Mark Cohen   before Judge Wilkie D.
                Ferguson Jr. (dp) [Entry date 09/21/01]

9/20/01  190    STANDING DISCOVERY ORDER as to Bruce Hollander   all
                motions concerning matters not covered by this order must
                be filed within 28 days of this order ( Signed by
                Magistrate Barry S. Seltzer on 9/20/01)  Tape #  CCAP (dp)
                [Entry date 09/21/01]

9/20/01  191    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Bruce Hollander ( Signed by Magistrate Barry S.
                Seltzer on 9/20/01) [EOD Date: 9/21/01]  CCAP (dp)
                [Entry date 09/21/01]

9/20/01  192    Minutes of arraignment on superseding held on 9/20/01
                before Magistrate Barry S. Seltzer as to Bruce Hollander ;
                Court Reporter Name or Tape #: 01/73-550 (dp)
                [Entry date 09/21/01]

10/10/01 193    MOTION by Bruce Hollander to quash government's subpoena (dp)
                [Entry date 10/11/01]

Docket as of August 29, 2002 9:45 am                       Page 29

Proceedings include all events.                                          LSS
0:00cr6168-ALL USA v. Cohen, et al                                       APPEAL

10/15/01 (194)     Minutes of calendar call held on 10/15/01  before Judge
                   Wilkie D. Ferguson Jr. as to Bruce Hollander ;   Court
                   Reporter Name or Tape #: Patricia Sanders (dp)
                   [Entry date 10/16/01]

10/15/01 --        Calendar call  as to Bruce Hollander held (dp)
                   [Entry date 10/16/01]

10/15/01 (195)     MOTION by USA  as to Bruce Hollander in limine to exclude
                   evidence and testimony by defendant at trial (dp)
                   [Entry date 10/16/01]

10/15/01 (196)     RESPONSE by USA  as to Bruce Hollander re motion to dismiss
                   superseding indictment (dp) [Entry date 10/16/01]

10/15/01 (197)     Proposed Jury Instructions by USA  as to Bruce Hollander (dp)
                   [Entry date 10/16/01]

10/15/01 (198)     TRIAL BRIEF by USA as to Bruce Hollander (dp)
                   [Entry date 10/16/01]

10/18/01 (199)     MOTION with Memorandum in Support by Bruce Hollander to
                   dismiss superceding indictment (ss) [Entry date 10/19/01]

10/18/01 (200)     Proposed Voir Dire Questions by Bruce Hollander (ss)
                   [Entry date 10/19/01]

10/22/01 (201)     Minutes of status conference held on 10/22/01  before Judge
                   Wilkie D. Ferguson Jr. as to Bruce Hollander ;   Court
                   Reporter Name or Tape #: Patricia Sanders (dp)
                   [Entry date 10/23/01]

10/22/01 --        Status conference as to Bruce Hollander  held (dp)
                   [Entry date 10/23/01]

11/1/01 (202)      ORDER as to Bruce Hollander  denying [193-1] motion to
                   quash government's subpoena as to Bruce Hollander (3) (
                   Signed by Judge Wilkie D. Ferguson Jr. on 10/31/01) [EOD
                   Date: 11/2/01] CCAP (dp) [Entry date 11/02/01]

11/1/01 (203)      SUPPLEMENT by Bruce Hollander  to: [200-1] voir dire jury
                   (dp) [Entry date 11/02/01]

11/2/01 (204)      MOTION by Bruce Hollander to continue trial (dp)
                   [Entry date 11/06/01]

11/2/01 (205)      MOTION by Bruce Hollander in limine to preclude
                   prejudicial and irrelevant evidence and memorandum of law
                   (dp) [Entry date 11/06/01]

11/5/01  206       NOTICE of Unavailability by Eric Silverman  for dates of:
                   12/19-1/7 (dp) [Entry date 11/06/01]

Docket as of August 29, 2002 9:45 am                         Page 30

Proceedings include all events.                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                 APPEAL

11/6/01  (207)   Minutes of jury selection/trial held on 11/6/01  before
                 Judge Wilkie D. Ferguson Jr. as to Bruce Hollander ;  Court
                 Reporter Name or Tape #: Patricia Sanders (dp)
                 [Entry date 11/09/01]

11/6/01  --      Voir dire begun as to Bruce Hollander (3) count(s) 1s,
                 2s-6s, 7s-8s, 9s, 10s-12s, 13s (dp) [Entry date 11/09/01]

11/6/01  --      Voir dire begun as to Bruce Hollander (3) count(s) 1s,
                 2s-6s, 7s-8s, 9s, 10s-12s, 13s (dp) [Entry date 11/21/01]

11/8/01  (208)   Minutes of jury trial day 2 held on 11/7/01  before Judge
                 Wilkie D. Ferguson Jr. as to Bruce Hollander ;  Court
                 Reporter Name or Tape #: Patricia Sanders (dp)
                 [Entry date 11/09/01]

11/8/01  (209)   Minutes of jury trial held on 11/8/01  before Judge Wilkie
                 D. Ferguson Jr. as to Bruce Hollander ;  Court Reporter
                 Name or Tape #: Patricia Sanders (dp) [Entry date 11/13/01]

11/8/01  (210)   ORDER as to Bruce Hollander  denying [199-1] motion to
                 dismiss superceding indictment as to Bruce Hollander (3) (
                 Signed by Judge Wilkie D. Ferguson Jr. on 11/8/01) [EOD
                 Date: 11/13/01] CCAP※ (dp) [Entry date 11/13/01]

11/13/01 (212)   ORDER as to Bruce Hollander  granting [211-1] motion to
                 bring electronic equipment into courtroom as to Bruce
                 Hollander (3) ( Signed by Judge Wilkie D. Ferguson Jr. on
                 11/13/01) [EOD Date: 11/14/01] CCAP※ (dp)
                 [Entry date 11/14/01]

11/14/01 (213)   Minutes of jury trial held on 11/14/01  before Judge Wilkie
                 D. Ferguson Jr. as to Bruce Hollander ;  Court Reporter
                 Name or Tape #: Patricia Sanders (dp) [Entry date 11/15/01]

11/14/01 (214)   Minutes of jury trial held on 11/13/01  before Judge Wilkie
                 D. Ferguson Jr. as to Bruce Hollander ;  Court Reporter
                 Name or Tape #: Patricia Sanders (dp) [Entry date 11/15/01]

11/15/01 (215)   Minutes of Jury Trial held on 11/15/01 before Judge Wilkie
                 D. Ferguson Jr. as to Bruce Hollander; Jury Trial 11/19/01
                 at 9:30; Court Reporter Name or Tape #: Jerry Reeves (ss)
                 [Entry date 11/16/01]

11/15/01 --      Jury trial as to Bruce Hollander held (ss)
                 [Entry date 11/16/01]

11/19/01 (216)   Minutes of jury trial held on 11/19/01  before Judge Wilkie
                 D. Ferguson Jr. as to Bruce Hollander ;  Court Reporter
                 Name or Tape #: Patricia Sanders (dp) [Entry date 11/20/01]

11/19/01 (217)   Proposed Jury Instructions by Bruce Hollander (dp)
                 [Entry date 11/20/01]

Docket as of August 29, 2002 9:45 am                  Page 31

Proceedings include all events.                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                 APPEAL

11/20/01 (218)   Minutes of jury verdict held on 11/20/01  before Judge
                 Wilkie D. Ferguson Jr. as to Bruce Hollander ;  Court
                 Reporter Name or Tape #: Patricia Sanders (dp)
                 [Entry date 11/21/01] [Edit date 11/21/01]

11/20/01 (219)   JURY VERDICT as to Bruce Hollander Guilty: Bruce Hollander
                 (3) count(s) 1s, 2s-6s, 7s-8s, 9s, 10s-12s, 13s (dp)
                 [Entry date 11/21/01]

11/20/01 (220)   Release of exhibits as to Bruce Hollander  Released to: US
                 Attorney's Office (dp) [Entry date 11/21/01]

11/20/01 (221)   Release of exhibits as to Bruce Hollander  Released to:
                 Brian Bieber (dp) [Entry date 11/21/01]

11/20/01 (222)   Witness list by USA as to Bruce Hollander (dp)
                 [Entry date 11/21/01]

11/20/01 (223)   Jury notes and Court's answers as to Bruce Hollander (dp)
                 [Entry date 11/21/01]

11/20/01 (224)   Trial Exhibit list by USA as to Bruce Hollander (dp)
                 [Entry date 11/21/01]

11/20/01 (225)   NOTICE of Hearing as to Bruce Hollander :  setting
                 Sentencing for 11:00 1/25/02 for Bruce Hollander   before
                 Judge Wilkie D. Ferguson Jr. (dp) [Entry date 11/21/01]

11/26/01 226     OBJECTION by Mark Cohen  to Presentence Investigation
                 Report (dp) [Entry date 11/27/01]

11/26/01 (227)   ORDER granting Government's ore tenus motion to increase
                 reporting conditions as to Bruce Hollander ( Signed by
                 Judge Wilkie D. Ferguson Jr. on 11/26/01) [EOD Date:
                 11/27/01] CCAP (dp) [Entry date 11/27/01]

12/6/01  228     MOTION by USA  as to Mark Cohen for downward departure (dp)
                 [Entry date 12/07/01]

12/7/01  229     Minutes of sentencing held on 12/7/01  before Judge Wilkie
                 D. Ferguson Jr. as to Mark Cohen ;  Court Reporter Name or
                 Tape #: Patricia Sanders (dp) [Entry date 12/10/01]

12/7/01  --      Sentencing  held Mark Cohen (1) count(s) 1s (dp)
                 [Entry date 12/12/01]

12/11/01 230     JUDGMENT as to  Mark Cohen (1) count(s) 1, 2s -6s , 2 , 3
                 -4 , 5 -6 , 7s -8s , 7 , 8 , 9s , 9 .  Counts dismissed ,
                 Mark Cohen (1) count(s) 1s. 32 months imprisonment, 3
                 years supervised release, $100 special assessment and
                 $265,896.98 restitution ( Signed by Judge Wilkie D.
                 Ferguson Jr. on 12/10/01) [EOD Date: 12/12/01]  CCAP (dp)
                 [Entry date 12/12/01]

Proceedings include all events.                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                 APPEAL

12/14/01  (231)    MOTION by Bruce Hollander to extend time to file renewed
                   motion for judgment of acquittal or alternatively for new
                   trial (dp) [Entry date 12/17/01]

12/19/01  (232)    ORDER as to Bruce Hollander  granting [231-1] motion to
                   extend time to file renewed motion for judgment of
                   acquittal or alternatively for new trial as to Bruce
                   Hollander (3) ( Signed by Judge Wilkie D. Ferguson Jr. on
                   12/19/01) [EOD Date: 12/20/01] CCAP (dp)
                   [Entry date 12/20/01]

12/31/01  233      MOTION by Mark Cohen to modify conditions of Bond (dp)
                   [Entry date 01/02/02]

1/2/02    (234)    MOTION by Bruce Hollander to continue sentencing (dp)
                   [Entry date 01/03/02]

1/2/02    (235)    MOTION with Memorandum in Support by Bruce Hollander for
                   Judgment of Acquittal, or alternatively for new trial (dp)
                   [Entry date 01/03/02]

1/3/02    (236)    OBJECTIONS by Bruce Hollander to Presentence Investigation
                   Report (ss) [Entry date 01/04/02]

1/4/02    (237)    ORDER as to Bruce Hollander  granting [234-1] motion to
                   continue sentencing as to Bruce Hollander (3)   reset
                   Sentencing for 10:00 2/22/02 for Bruce Hollander  before
                   Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D.
                   Ferguson Jr. on 1/3/02) [EOD Date: 1/7/02] CCAP (dp)
                   [Entry date 01/07/02]

1/4/02    (238)    AMENDED NOTICE of Hearing as to Bruce Hollander :
                   resetting Sentencing for 10:00 2/22/02 for Bruce Hollander
                   before Judge Wilkie D. Ferguson Jr. (dp)
                   [Entry date 01/07/02]

1/16/02   239      ORDER as to Mark Cohen  granting [233-1] motion to modify
                   conditions of Bond  ( Signed by Judge Wilkie D. Ferguson
                   Jr. on 1/16/02) [EOD Date: 1/17/02] CCAP (dp)
                   [Entry date 01/17/02]

2/1/02    (240)    MOTION by Bruce Hollander to Travel (dp)
                   [Entry date 02/04/02]

2/5/02    (241)    ORDER as to Bruce Hollander  granting [240-1] motion to
                   Travel as to Bruce Hollander (3) ( Signed by Judge Wilkie
                   D. Ferguson Jr. on 2/5/02) [EOD Date: 2/6/02] CCAP (dp)
                   [Entry date 02/06/02]

2/11/02   (242)    SUPPLEMENTAL OBJECTION by Bruce Hollander  to Presentence
                   Investigation Report (dp) [Entry date 02/12/02]

2/14/02   (243)    MOTION by Bruce Hollander to continue sentencing (dp)
                   [Entry date 02/15/02]

Docket as of August 29, 2002 9:45 am                    Page 33

Proceedings include all events.                                          LSS
0:00cr6168-ALL USA v. Cohen, et al                                       APPEAL

2/19/02  (244)   RESPONSE by USA as to Bruce Hollander  in opposition to
                 [242-1] objection (dp) [Entry date 02/20/02]

2/20/02  (245)   SUPPLEMENT by USA as to Bruce Hollander  to: [244-1]
                 opposition response (dp) [Entry date 02/21/02]

2/21/02  --      MOTION by Bruce Hollander (dp) [Entry date 02/22/02]

2/21/02  (246)   MOTION by Bruce Hollander for downward departure (dp)
                 [Entry date 02/22/02]

2/21/02  (247)   RESPONSE by USA  as to Bruce Hollander re [235-1] motion
                 for Judgment of Acquittal, [235-2] motion for new trial (dp)
                 [Entry date 02/22/02]

2/22/02  (248)   RESPONSE by USA  as to Bruce Hollander re [246-1] motion
                 for downward departure (dp) [Entry date 02/25/02]

2/22/02  (249)   Minutes of sentencing continued held on 2/22/02  before
                 Judge Wilkie D. Ferguson Jr. as to Bruce Hollander ;  Court
                 Reporter Name or Tape #: Anita LaRocca (dp)
                 [Entry date 02/25/02]

4/3/02   (250)   AMENDED NOTICE of Hearing as to Bruce Hollander :  reset
                 Sentencing for 9:00 4/22/02 for Bruce Hollander  before
                 Judge Wilkie D. Ferguson Jr. (dp) [Entry date 04/04/02]

4/11/02  (251)   MOTION by Bruce Hollander to continue sentencing (dp)
                 [Entry date 04/11/02]

4/19/02  (252)   ORDER as to Bruce Hollander  granting [251-1] motion to
                 continue sentencing as to Bruce Hollander (3)  reset
                 Sentencing for 9:30 4/29/02 for Bruce Hollander  before
                 Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D.
                 Ferguson Jr. on 4/19/02) [EOD Date: 4/22/02] CCAP (dp)
                 [Entry date 04/22/02]

4/25/02  (253)   SUPPLEMENT by Bruce Hollander to: [246-1] motion for
                 downward departure, [242-1] objection (ss)
                 [Entry date 04/26/02]

4/26/02  (254)   RESPONSE by USA  as to Bruce Hollander re [246-1] motion
                 for downward departure (dp) [Entry date 04/29/02]

4/29/02  (255)   Minutes of sentencing held on 4/29/02  before Judge Wilkie
                 D. Ferguson Jr. as to Bruce Hollander ;  Court Reporter
                 Name or Tape #: Carl Schanzleh (dp) [Entry date 04/30/02]

4/29/02  --      Sentencing  held  before Judge Wilkie D. Ferguson Jr.
                 Bruce Hollander (3) count(s) 1s, 2s-6s, 7s-8s, 9s, 10s-12s,
                 13s (dp) [Entry date 04/30/02]

Proceedings include all events.                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                 APPEAL

4/29/02  (256)    JUDGMENT as to  Bruce Hollander (3) count(s) 1, 7 , 10 -11
                  .  Counts dismissed , Bruce Hollander (3) count(s) 1s, 2s
                  -6s .   51 months imprisonment to run concurrently, 3 years
                  supervised release, $1,300 total assessment and $429,329
                  restitution , Bruce Hollander (3) count(s) 7s-8s, 9s , 10s
                  -12s , 13s .   24 months imprisonment to run concurrently, 1
                  year supervised release, $1,300 total assessment and
                  $429,329 restitution  ( Signed by Judge Wilkie D. Ferguson
                  Jr. on 4/29/02) [EOD Date: 4/30/02]  CCAP (dp)
                  [Entry date 04/30/02]

5/1/02   (257)    MOTION by Bruce Hollander for voluntary surrender and
                  designation to federal prison camp in Miami (dp)
                  [Entry date 05/02/02]

5/8/02   (258)    NOTICE OF APPEAL by Bruce Hollander re: [256-1] judgment
                  order  EOD  Date: 4/30/02; Bruce Hollander (3) count(s) 1s,
                  2s-6s, 7s-8s, 9s, 10s-12s, 13s;  Filing Fee: $ 105.00
                  Receipt #: 525173 Copies to USCA, AUSA, USM, USPO and
                  Counsel of Record. (gf) [Entry date 05/08/02]

5/8/02   --       Certified copies of Notice of Appeal, Docket and Order
                  under appeal to USCA: as to Bruce Hollander [258-1] appeal
                  (gf) [Entry date 05/08/02]

5/10/02  (259)    MOTION by Bruce Hollander for bail pending appeal (ss)
                  [Entry date 05/13/02]

5/10/02  (260)    ORDER as to Bruce Hollander granting [257-1] motion for
                  voluntary surrender date as to Bruce Hollander (3)
                  Defendant will surrender on 8/1/02 before 2:00 p.m. (Signed
                  by Judge Wilkie D. Ferguson Jr. on 5/9/02) [EOD Date:
                  5/13/02] CCAP※ (ss) [Entry date 05/13/02]

5/10/02  (262)    AMENDED JUDGMENT: Bruce Hollander (3) count(s) 7s-8s, 9s,
                  10s-12s. Imprisonment 24 months to run concurrent; count(s)
                  1s, 2s-6s. Imprisonment 51 months to run concurrent;
                  count(s) 1, 7, 10-11, 13s. Dismissed; Assessment $1,300.00;
                  Restitution $429,329.00 (Signed by Judge Wilkie D.
                  Ferguson, Jr. on 5/10/02) [EOD Date: 5/16/02] CCAP (ss)
                  [Entry date 05/16/02]

5/14/02  (261)    OPPOSITION by USA as to Bruce Hollander to [259-1] motion
                  for bail pending appeal (ss) [Entry date 05/15/02]

5/17/02  --       NOTICE of Receipt of Notice of Appeal Transmittal Letter
                  from USCA  on 5/17/02 as to Bruce Hollander Re: [258-1]
                  appeal  USCA Number: 02-12668-J (dl) [Entry date 05/20/02]

Proceedings include all events.                              LSS
0:00cr6168-ALL USA v. Cohen, et al                          APPEAL

5/20/02  266    SECOND AMENDED JUDGMENT: Bruce Hollander (3) count(s) 1s,
                2s -6s 13s.  Imprisonment 51 months to run concurrent, 3
                years supervised release, Bruce Hollander (3) count(s)
                7s-8s, 9s , 10s -12s Imprisonment 24 months to run
                concurrent and 1 year supervised release with $1,300.00
                total assessment and $429,329.00 restitution ( Signed by
                Judge Wilkie D. Ferguson Jr. on 5/20/02) [EOD Date:
                5/22/02] CCAP (dp) [Entry date 05/22/02]

5/21/02  263    Exhibit and Witness List by USA and Bruce Hollander (dp)
                [Entry date 05/22/02]

5/22/02  264    MOTION by Kenneth Heyder for Early Termination of
                Probation (dp) [Entry date 05/22/02]

5/22/02  265    PETITION and ORDER for Action on Conditions of Probation as
                to Kenneth Heyder extending probation for a term of 10 days
                for a total term of 2 years and 10 days ( Signed by Judge
                Wilkie D. Ferguson Jr. on 5/22/02) [EOD Date: 5/22/02] (dp)
                [Entry date 05/22/02]

5/22/02  267    REPLY by Bruce Hollander to opposition to [259-1] motion
                for bail pending appeal (ss) [Entry date 05/23/02]

5/29/02  268    TRANSCRIPT INFORMATION FORM as to Bruce Hollander re:
                [258-1] appeal  received on 6/3/02 from Court Reporter.
                (Returned to Court Reporter Coordinator) (gf)
                [Entry date 06/04/02]

6/5/02   269    TRANSCRIPT INFORMATION FORM as to Bruce Hollander re:
                [258-1] appeal  by Bruce Hollander ;  Transcript of Trial
                and Sentence ordered on 6/5/02. No financial arrangements
                made with Court Reporter. (gf) [Entry date 06/07/02]

6/12/02  270    AMENDED NOTICE of Hearing as to Eric Silverman :  reset
                Sentencing for 10:30 7/19/02 for Eric Silverman  before
                Judge Wilkie D. Ferguson Jr. (dp) [Entry date 06/14/02]

6/17/02  271    MINUTE ORDER transferring defendant to suspended file until
                time of arrest as to Jean Lindor ( Signed by Judge Wilkie
                D. Ferguson Jr. on 6/17/02) [EOD Date: 6/18/02] CCAP (dp)
                [Entry date 06/18/02]

6/18/02  272    NOTICE of Unavailability by Eric Silverman  for dates of:
                7/2-7/28 (dp) [Entry date 06/19/02]

6/19/02  273    MOTION by Eric Silverman to continue sentencing (dp)
                [Entry date 06/20/02]

6/21/02  274    TRANSCRIPT filed as to Bruce Hollander  of Sentencing
                Hearing held 2/22/02  before Judge Wilkie D. Ferguson, Jr.
                Volume #: 1  Pages: 1-57  re: [258-1] appeal . Appeal
                record due on 7/6/02 for Bruce Hollander (gf)
                [Entry date 06/21/02]

Proceedings include all events.                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                 APPEAL


6/24/02   275    NOTICE of Hearing as to Eric Silverman :  reset Sentencing
                 for 9:30 6/27/02 for Eric Silverman   before Judge Wilkie
                 D. Ferguson Jr. (dp) [Entry date 06/25/02]

6/26/02   276    SUPPLEMENT by Eric Silverman  to: [126-1] objection (dp)
                 [Entry date 06/27/02]

6/26/02   277    MOTION by USA  as to Eric Silverman for downward
                 departure (dp) [Entry date 06/27/02]

6/27/02   278    RESPONSE by USA as to Eric Silverman  in opposition to
                 [126-1] objection (dp) [Entry date 06/28/02]

6/27/02   283    Acknowledgement of Transcript Information Form as to Bruce
                 Hollander re: [258-1] appeal  by Bruce Hollander
                 Transcript of: Trial Proceedings held 11/6/01, 11/7/01,
                 11/8/01Transcript due on: 7/27/02 for Bruce Hollander ;
                 Court Reporter name: Patricia Sanders (gf)
                 [Entry date 07/02/02]

6/28/02   279    Minutes of sentencing held on 6/28/02  before Judge Wilkie
                 D. Ferguson Jr. as to Eric Silverman ;  Court Reporter Name
                 or Tape #: Carly Horenkamp (dp) [Entry date 07/01/02]

6/28/02   --     Sentencing  held  before Judge Wilkie D. Ferguson Jr.  Eric
                 Silverman (2) count(s) 1, 2 (dp) [Entry date 07/01/02]

6/28/02   280    JUDGMENT as to  Eric Silverman (2) count(s) 3-4, 5 -6 , 7 ,
                 8 , 9 , 10 -11 .  Counts dismissed , Eric Silverman (2)
                 count(s) 1, 2 .  12 months and 1 day imprisonment, 3 years
                 supervised release to run concurrently, $200 total
                 assessment and $642,128.00 restitution  ( Signed by Judge
                 Wilkie D. Ferguson Jr. on 6/29/02) [EOD Date: 7/1/02]  CCAP
                 (dp) [Entry date 07/01/02]

7/2/02    281    TRANSCRIPT filed as to Bruce Hollander  of Jury Trial held
                 11/14/01  before Judge Wilkie D. Ferguson, Jr.  Volume #: 1
                 Pages: 1-121  re: [258-1] appeal . Appeal record due on
                 7/17/02 for Bruce Hollander (gf) [Entry date 07/02/02]

7/2/02    282    TRANSCRIPT filed as to Bruce Hollander  of Jury Trial held
                 11/15/01  before Judge Wilkie D. Ferguson, Jr.  Volume #: 2
                 Pages: 122-323  re: [258-1] appeal . Appeal record due on
                 7/17/02 for Bruce Hollander (gf) [Entry date 07/02/02]

7/3/02    284    TRANSCRIPT filed as to Bruce Hollander  of Sentencing held
                 4/29/02  before Judge Wilkie D. Ferguson, Jr.  Volume #: 1
                 Pages: 1-172  re: [258-1] appeal . Appeal record due on
                 7/18/02 for Bruce Hollander (gf) [Entry date 07/05/02]

7/5/02    285    MOTION by Bruce Hollander to extend surrender date (ss)
                 [Entry date 07/08/02]

Docket as of August 29, 2002 9:45 am                      Page 37

Proceedings include all events.                                    LSS
0:00cr6168-ALL USA v. Cohen, et al                                 APPEAL

7/19/02  (286)   ORDER as to Bruce Hollander  granting [259-1] motion for
                 bail pending appeal for Bruce Hollander. as to Bruce
                 Hollander (3) ( Signed by Judge Wilkie D. Ferguson Jr. on
                 7/19/02) [EOD Date: 7/22/02] CCAP☒ (dp)
                 [Entry date 07/22/02]

7/23/02  (287)   SUPPLEMENT by Bruce Hollander  to: [285-1] motion to extend
                 surrender date (dp) [Entry date 07/24/02]

8/16/02   288    TRANSCRIPT filed as to Bruce Hollander  of Trial
                 Proceedings held 11/19/01  before Judge Wilkie D. Ferguson,
                 Jr.  Volume #: 1  Pages: 1-132  re: [258-1] appeal . Appeal
                 record due on 8/31/02 for Bruce Hollander (gf)
                 [Entry date 08/20/02]

8/16/02   289    TRANSCRIPT filed as to Bruce Hollander of Trial Proceedings
                 held 11/20/01 before Judge Wilkie D. Ferguson, Jr. Volume
                 #: 1 Pages: 1-9 re: [258-1] appeal . Appeal record due on
                 8/31/02 for Bruce Hollander (gf) [Entry date 08/20/02]

8/16/02  (290)   Transcript Information Form as to Bruce Hollander for
                 Transcript of: Trial Proceedings held 11/19/01 and 11/20/01
                 filed re: [258-1] appeal  by Bruce Hollander (gf)
                 [Entry date 08/20/02]

8/21/02  (291)   MOTION by Bruce Hollander to Modify Conditions of Bond
                 Pending Appeal (dp) [Entry date 08/22/02]

8/23/02   292    TRANSCRIPT filed as to Bruce Hollander  of Trial
                 Proceedings held 11/6/01  before Judge Wilkie D. Ferguson,
                 Jr.  Volume #: 1  Pages: 1-127  re: [258-1] appeal . Appeal
                 record due on 9/7/02 for Bruce Hollander (gf)
                 [Entry date 08/23/02]

8/23/02   293    TRANSCRIPT filed as to Bruce Hollander  of Trial
                 Proceedings held 11/7/01  before Judge Wilkie D. Ferguson,
                 Jr.  Volume #: 1  Pages: 1-180  re: [258-1] appeal . Appeal
                 record due on 9/7/02 for Bruce Hollander (gf)
                 [Entry date 08/23/02]

8/23/02   294    TRANSCRIPT filed as to Bruce Hollander  of Trial
                 Proceedings held 11/8/01  before Judge Wilkie D. Ferguson,
                 Jr.  Volume #: 1  Pages: 1-228  re: [258-1] appeal . Appeal
                 record due on 9/7/02 for Bruce Hollander (gf)
                 [Entry date 08/23/02]

8/23/02   295    TRANSCRIPT filed as to Bruce Hollander  of Trial
                 Proceedings held 11/13/01  before Judge Wilkie D. Ferguson,
                 Jr.  Volume #: 1  Pages: 1-180  re: [258-1] appeal . Appeal
                 record due on 9/7/02 for Bruce Hollander (gf)
                 [Entry date 08/23/02]

'roceedings include all events.                                                                LSS
):00cr6168-ALL USA v. Cohen, et al                                                             APPEAL

---

:/23/02   296     TRANSCRIPT filed as to Bruce Hollander  of Trial
                  Proceedings held 11/14/01  before Judge Wilkie D. Ferguson,
                  Jr.  Volume #: 1  Pages: 1-108  re: [258-1] appeal . Appeal
                  record due on 9/7/02 for Bruce Hollander (gf)
                  [Entry date 08/23/02]

---

8/29/02  (297)    Certificate of readiness transmitted to USCA as to Bruce
                  Hollander  re: [258-1] appeal  by Bruce Hollander  USCA #
                  02-12668-J (dl) [Entry date 08/29/02]