JNK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,           :

          PLAINTIFF,           :

v.                                              :

BRUCE HOLLANDER,                    :

          DEFENDANT.          :

---

### GOVERNMENT'S OPPOSITION TO DEFENDANT'S
### MOTION TO MODIFY CONDITIONS OF BOND PENDING APPEAL

The United States of America, by and through its undersigned counsel, hereby opposes defendant's Motion to Modify Conditions of Bond Pending Appeal and states as follows:

1. On Tuesday, November 20, 2001, the defendant was convicted of each of the thirteen counts in his indictment charging him with conspiracy, wire fraud, making false statements in order to obtain a HUD insured loan and money laundering. When the jury returned the verdict the defendant's counsel, Mr. Hirschhorn, was not present. Instead, his partner, Brian Bieber, was present. The government mentioned to Mr. Bieber that it may ask for the defendant to be remanded. Mr. Bieber asked that the defendant remain out on bond, agreeing to any additional reporting requirements requested by the government. The parties agreed that defendant should remain out on bond pending sentencing, but that defendant Hollander's reporting requirements should be increased to three times a week by telephone and one time a

week in person. The Court asked the government to submit a written order. On November 26, 2001, the Court signed the written order (DE 227).

2. Defendant now asks to go back on his previous agreement by filing this Motion to Modify Conditions of Bond Pending Appeal. Defendant states no reason as to why the requested modification is warranted.

3. Since the reporting conditions for defendant's bond were increased defendant was sentenced to 51 months imprisonment. This court generously granted defendant's request for bond pending appeal. If anything, now that defendant has been sentenced to 51 months imprisonment his reporting conditions should be increased, not decreased.

4. The defendant has not stated any basis for his request and he should not be allowed to go back on his previous agreement in which he agreed to his current reporting requirements.

## CONCLUSION

For the foregoing reasons, defendant's Motion to Modify Conditions of Bond should be denied.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
JEFFREY N. KAPLAN
COURT NO. A5500030
500 E. Broward Blvd. 7th Flr
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 29th day of August, 2002 to Joel Hirschhorn, Esquire, Douglas Centre Penthouse I, 2600 S. Douglas Rd., Coral Gables, Florida 33134.

_____
JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY