

FILED by _____ D.C.

SEP 0 4 2002

S. DIS. CT.
OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                  CASE NO. 00-6168-Cr-FERGUSON
                                  MAGISTRATE JUDGE LURANA SNOW

BRUCE HOLLANDER,

    Defendant.
_____/

## ORDER ON DEFENDANT'S MOTION TO MODIFY CONDITIONS OF BOND PENDING APPEAL

**THIS CAUSE** having come on to be heard before me upon Defendant, **BRUCE HOLLANDER's** Motion to Modify Conditions of Bond Pending Appeal and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion be and the same is hereby _DENIED_.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 4th day of Sept., 2002.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

Conformed copies furnished:

Joel Hirschhorn, Esq.
Jeffrey Kaplan, AUSA
Ms. Liza Llanos, USPO

