UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

BRUCE HOLLANDER,

    Defendant.
_____/

**NIGHT BOX FILED**
**JAN - 2 2003**
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## DEFENDANT HOLLANDER'S
## UNOPPOSED MOTION FOR LEAVE TO TRAVEL

Defendant, **BRUCE HOLLANDER**, by and through undersigned counsel, files this Unopposed Motion for Leave to Travel, and in support thereof, states as follows:

1. On April 29, 2002, Defendant was sentenced to fifty-one (51) months imprisonment.

2. On July 19, 2002, this Court granted Defendant's Motion for Bail pending Appeal. Defendants Appeal is pending before the Eleventh Circuit Court of Appeals.

3. Defendant seeks permission to travel from his residence in the Southern District of Florida to Los Angeles, California, for three (3) days for business purposes unrelated to Defendant's legal practice. (Defendant obtained permission from this Court last year to attend the same trade show).

4. If permitted by this Court, Defendant plans to fly on January 31, 2003 from Miami, Florida to Los Angeles, California, on American Airlines Flight No. AA 1572 at 11:05 A.M., which

is scheduled to arrive in Los Angeles at 1:42 P.M and departing February 2, 2003 at 1:05 P.M on American Airlines Flight No. AA 2446. While in Los Angeles, Defendant will be staying at the Los Angeles Hilton, 5711 West Century Boulevard, Los Angeles, CA 90045.

5. Defendant plans to return to Fort Lauderdale on February 2, 2003, on American Airlines AA 1144, leaving Los Angeles at 1:05 P.M., arriving at Dallas, Texas at 6:06 P.M., departing at 7:38 P.M., and arriving at Fort Lauderdale at 11:32 P.M.

6. Defendant presents no risk of flight or danger to the community.

7. Defendant will comply with any and all conditions required by this Court while in Los Angeles, California. Defendant will comply with all pre-trial conditions while in Los Angeles, California.

8. The undersigned has contacted Assistant United States Attorney Jeffrey Kaplan with respect to this Motion. Mr. Kaplan has advised the Government has **no objection** to the relief requested herein.

**WHEREFORE**, Defendant, **BRUCE HOLLANDER,** prays this Honorable Court grant Defendant's Unopposed Motion for Leave to Travel, and such other relief as is just and proper.

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant HOLLANDER
Douglas Centre, Penthouse One
2600 Douglas Road
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: _/s/ Joel Hirschhorn_
JOEL HIRSCHHORN
Florida Bar No. 104573

BRIAN H. BIEBER
Florida Bar No. 8140

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing Unopposed Motion for Leave to Travel was mailed this 3rd day of January, 2003, to:

Jeffrey Kaplan, Esq.
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301

BRIAN H. BIEBER