UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-cr

FILED by _____ D.C.
CT. REP.
JAN 0 3 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THE UNITED STATES OF AMERICA,
            Plaintiff

    VS.

BRUCE HOLLANDER,
            Defendant

- - -

SUPPLEMENTAL TRIAL TRANSCRIPT - 11-06-01

BEFORE THE HONORABLE WILKIE D. FERGUSON

UNITED STATES DISTRICT JUDGE

- - -

APPEARANCES:

FOR THE GOVERNMENT:

JEFFREY N. KAPLAN, A.U.S.A.
500 East Broward Boulevard
Fort Lauderdale, Florida


FOR THE DEFENDANT:

JOEL HIRSCHHORN, ESQUIRE
2600 South Douglas Road
Coral Gables, Florida

REPORTED BY:
PATRICIA SANDERS, RPR

Proceedings recorded by mechanical stenography, transcript produced by computer aided transcription.

PATRICIA W. SANDERS, OFFICIAL COURT REPORTER
(305) 523-5654

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**