```
Proceedings include events between 1/3/03 and 1/15/03.                LSS
0:00cr6168-ALL USA v. Cohen, et al                                    APPEAL

                                                              LSS     APPEAL
                        U.S. District Court
            Southern District of Florida (FtLauderdale)

             CRIMINAL DOCKET FOR CASE #: 00-CR-6168-ALL

USA v. Cohen, et al                                       Filed: 06/20/00
Dkt# in other court: None
```

| Date | # | Entry |
|---|---|---|
| 1/3/03 | 306 | TRANSCRIPT filed as to Bruce Hollander of Supplemental Trial Transcript held 11/6/01 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-25 re: [258-1] appeal. Appeal record due on 1/21/03 for Bruce Hollander (gf) [Entry date 01/06/03]  *Supp. 1, Vol. 1* |
| 1/3/03 | 307 | TRANSCRIPT filed as to Bruce Hollander of Supplemental Trial Transcript held 11/19/01 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-23 re: [258-1] appeal. Appeal record due on 1/21/03 for Bruce Hollander (gf) [Entry date 01/06/03]  *Supp. 1, Vol 2* |
| 1/3/03 | 308 | Transcript Information Form as to Bruce Hollander for Transcript of: Supplemental Trial held 11/6/01 and 11/19/01 filed re: [258-1] appeal by Bruce Hollander (gf) [Entry date 01/07/03] |
| 1/15/03 | 309 | 1st Supplemental Certificate of Readiness transmitted to USCA as to Bruce Hollander consisting of two (2) volumes of transcripts; re: [258-1] appeal by Bruce Hollander USCA # 02-13668-JJ (gf) [Entry date 01/15/03] |

