UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,

          Plaintiff,

vs.                                    CASE NO. 00-6168-Cr-FERGUSON

BRUCE HOLLANDER,

          Defendant.
_____/

## ORDER ON DEFENDANT HOLLANDER'S UNOPPOSED MOTION FOR LEAVE TO TRAVEL

**THIS CAUSE** having come on to be heard before me upon Defendant, **BRUCE HOLLANDER's** Unopposed Motion for Leave to Travel filed on January 3, 2003 and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion be and the same is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 21st day of January, 2003.

_____
UNITED STATES DISTRICT JUDGE

Conformed copies furnished:

Joel Hirschhorn, Esq.
Jeffrey Kaplan, AUSA