UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      CASE NO. 00-6168-Cr-Hurley,
                                      MAGISTRATE JUDGE LURANA SNOW

BRUCE HOLLANDER,

    Defendant.
_____/

### DEFENDANT HOLLANDER'S UNOPPOSED MOTION FOR LEAVE TO TRAVEL

Defendant, **BRUCE HOLLANDER**, by and through undersigned counsel, files this Motion for Leave to Travel, and in support thereof, states as follows:

1. On June 22, 2000, Magistrate Judge Lurana Snow imposed travel restrictions on Defendant, thereby prohibiting him from leaving the State of Florida without permission from this Court.

2. Defendant seeks permission to travel from his residence in the Southern District of Florida to Ventura, California, for business purposes, for four (4) days.

3. If permitted by this Court, Defendant plans to fly from Fort Lauderdale, Florida to Los Angeles, California, on September 12, 2003 on American Airlines Flight No. 1572 departing Fort Lauderdale at 11:00 A.M. Defendant will be staying at the Pierport Inn in Ventura, California. Defendant plans to return to Fort Lauderdale on September 15, 2003 on American Airlines Flight No. 2234 arriving at 8:10 P.M.

4. Defendant presents no risk of flight or danger to the community.

5. Defendant will comply with any and all conditions required by this Court while in Ventura, California. Defendant will comply with all pre-trial conditions while in Ventura, California, if so required by this Court.

6. Undersigned's office contacted AUSA Jeffrey Kaplan with respect to the contents of this Motion. Mr. Kaplan has indicated he has **no objection** to the relief sought herein.

**WHEREFORE**, Defendant, **BRUCE HOLLANDER,** prays this Honorable Court grant Defendant's Motion for Leave to Travel, and such other relief as is just and proper.

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant HOLLANDER
Douglas Centre - Penthouse One
2600 Douglas Road
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: _____
JOEL HIRSCHHORN
Florida Bar No. 104573

BRIAN H. BIEBER
Florida Bar No. 8140

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and U.S. mail this 21st day of August, 2003, to: Jeffrey Kaplan, Esq., Assistant United States Attorney, United States Attorney's Office, 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, FL 33301.

_____
JOEL HIRSCHHORN

2