UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

AUG 28 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    CASE NO. 00-6168-Cr-
    MAGISTRATE JUDGE LURANA SNOW

BRUCE HOLLANDER,

    Defendant.
_____/

### ORDER ON DEFENDANT HOLLANDER'S UNOPPOSED MOTION FOR LEAVE TO TRAVEL

**THIS CAUSE** having come on to be heard before me upon Defendant, **BRUCE HOLLANDER**'s Unopposed Motion for Leave to Travel and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion be and the same is hereby _____.

_GRANTED,_

**DONE AND ORDERED** in Chambers at ~~Fort Lauderdale, Broward County~~ West Palm Beach, Florida this 27th day of August, 2003.

_____
UNITED STATES DISTRICT JUDGE

Conformed copies furnished:

Joel Hirschhorn, Esq.
Jeffrey Kaplan, AUSA

2