UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY

UNITED STATES OF AMERICA,
Plaintiff,

v.

BRUCE HOLLANDER,
Defendant.
_____/

FILED by _____ D.C.
MAR - 1 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER SETTING RESENTENCING HEARING

THIS CAUSE come before the court upon Administrative Order 2003-33, transferring the above captioned case to this division and upon remand from the United States Court of Appeals for the Eleventh Circuit, Docket No. 02-12668, for resentencing of the above named defendant. For that reason and the reasons indicated in the mandate, it is

**ORDERED** and **ADJUDGED** as follows:

Counsel representing the parties shall attend a resentencing hearing on **Friday, March 19, 2004, at 10:30 a.m.** in courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___ day of February, 2004.

**copy furnished**:
AUSA Jeffrey Kaplan
Brian H. Bieber, Esq.
U.S. Marshal
U.S. Probation Office

Daniel T. K. Hurley
United States District Judge

For updated court information, visit unofficial Web site at http://us.geocities.com/uscts