UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY
MAGISTRATE VITUNAC

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRUCE HOLLANDER,

Defendant.
_____/



FILED by _____ D.C.

MAR 9 2004

CLARENCE MADDOX
CLERK U.S. DIST
S.D. OF FLA. - W.P.B.

## AGREED MOTION TO CONTINUE SENTENCING AND REQUEST AN UPDATED PRESENTENCE INVESTIGATION

COMES NOW the Defendant, **BRUCE HOLLANDER**, by and through undersigned counsel and after having conferred with Assistant United States Attorney Jeffrey Kaplan, moves this Court for the entry of an Order continuing the currently scheduled resentencing date and, further, the parties request this Court order an updated Presentence Investigation and, as grounds therefore, would show as follows:

1. The Defendant was tried by a jury, convicted, and sentenced by the late Honorable Wilkie D. Ferguson. Subsequently, the Defendant appealed his conviction and sentence to the Eleventh Circuit Court of Appeals.

2. On November 13, 2003 the Eleventh Circuit rendered its Opinion in which it affirmed the Defendant's conviction, but remanded this matter for resentencing. On or about February 9, 2004, the Defendant's Petition for Rehearing in the Eleventh Circuit was denied.

3. Upon remand from the Eleventh Circuit, the Clerk reassigned this matter from Judge Ferguson's Division to this Court. Thereafter this Court entered its Order scheduling sentencing in this matter for March 19, 2004 at 10:30 A.M.

4. The undersigned, after reviewing the 20-page decision, 6 pages of which were devoted to sentencing issues, contacted Assistant United States Attorney Jeffrey Kaplan to discuss the issues raised in the Eleventh Circuit Opinion.

5. The parties agree that it is in the interest of the administration of justice and fairness to both the Government and the Defendant that the sentencing be rescheduled, and an updated Presentence Investigation ordered so that the loss calculation and restitution, as well as other related sentencing issues, can be properly addressed by the United States Probation Office and thereafter submitted to the parties and the Court for review, objections if appropriate, and Motions for Departure.

## LOCAL RULE 88.9 CERTIFICATE

Pursuant to S.D.Fla.L.R.88.9, I hereby certify that I have conferred with opposing counsel and the parties are in agreement with the subject matter of this Motion.

WHEREFORE, the undersigned prays this Honorable Court will enter its Order granting the Motion for Continuance, removing the scheduled sentencing from the Court's March 19, 2004 calendar, directing the United States Probation Office to prepare an updated Presentence Investigation, and thereafter proceed as appropriate and in a timely and orderly fashion.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant
2600 Douglas Road, PH One
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766


By: _____
JOEL HIRSCHHORN
Florida Bar No. 104573

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent this  day of March, 2004, to:

Jeffrey Kaplan, Esq. (via facsimile (954) 356-7336 & U.S. mail)
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301


JOEL HIRSCHHORN

3