UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CASE NO. 00-6168-Cr-HURLEY
MAGISTRATE JUDGE VITUNAC

BRUCE HOLLANDER,

Defendant.
_____/

FILED by ___ D.C.
MAR 24 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA. - W.P.B.

### ORDER ON AGREED MOTION TO CONTINUE SENTENCING AND REQUEST AN UPDATED PRESENTENCE INVESTIGATION

THIS CAUSE having come on to be heard before me upon the Agreed Motion to Continue Sentencing and Request an Updated Presentence Investigation, and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that said Motion be and the same is hereby **GRANTED**.
**THIS CAUSE IS RESET TO FRIDAY, JUNE 4, 2004, at 9:30 a.m.**
DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida this **13** day of March, 2004.

_____
UNITED STATES DISTRICT JUDGE

Conformed copies furnished:

Joel Hirschhorn, Esq.
Jeffrey Kaplan, AUSA