UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6168-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRUCE HOLLANDER,

    Defendant.
_____/

## UNOPPOSED MOTION FOR EXTENDED SENTENCING HEARING AND REQUEST TO RESCHEDULE CURRENT SENTENCING DATE

    COMES NOW the Defendant, BRUCE HOLLANDER, by and through his undersigned attorney, and moves this Court for an Order granting an extended sentencing hearing and rescheduling the current sentencing date and, as grounds therefore, the undersigned would show as follows:

    1.    This case is currently set for sentencing on June 4, 2004 at 9:30 A.M. (1 hr. reserved). This matter is complex and arises out of a remand from the 11th Circuit Court of Appeals following a jury trial conviction.

    2.    The issues presented for sentencing will include a) Objections to the Presentence Investigation Report, b) amount of loss, c) calculation of loss, d) restitution, e)

calculation of restitution, and f) several anticipated Motions for Departure. It will likely take at least one full day to properly present these issues to this Court.

3. Defendant was charged by Indictment with one count of conspiracy (18 U.S.C. § 371), five counts of wire fraud (18 U.S.C. § 1343 and 2), six counts of making false statements to HUD (18 U.S.C. § 1010 and 2), and one count of money laundering (18 U.S.C. § 1956(a)(1)(A)(i)). The jury convicted the Defendant of all counts. The Defendant's conduct arose out of his actions while acting on behalf of a title company which handled the closings and acted as escrow agent for the lender as well as HUD.

4. The undersigned represented the Defendant at trial which lasted approximately two weeks. The late Honorable Wilke D. Ferguson presided. The undersigned also prepared and presented the various Objections to the Presentence Investigation and Motions for Downward Departure which were heard by Judge Ferguson over two days. As the 11th Circuit Court of Appeals pointed out, "The zealous advocacy on both sides seems to have obscured, rather than clarified, many of the issues involved. The district court did not make any specific findings as to the proper loss figure, or with respect to restitution, but seems to have generally adopted the calculations set forth in the pre-sentence report, which were, in turn, based solely upon the prosecutor's calculations." Counsel for both the Government and the Defendant are working towards focusing the sentencing issues in order to present same in a clear and crisp manner.

5. This Court may find it beneficial to read the trial transcript, as otherwise, the Court will not have had the benefit of the trial testimony in resolving the sentencing issues. The Court will have an updated Presentence Investigation Report for its consideration.[1]

---

[1] On March 13, 2004, this Court granted the parties' joint motion to order a new, updated presentence investigation which has not yet been completed but is expected shortly.

2

6.  Considering the unique circumstances (the trial judge's death, 11th Circuit's reversal and remand for resentencing, and the complicated nature of the anticipated sentencing proceedings), the undersigned requests the following:

a)  That the June 4, 2004 date currently established by this Court for sentencing be cancelled and the Court reschedule the sentencing date for approximately at least no less than 30 days after the parties have received the updated Presentence Investigation Report.[2]

b)  This Court determine whether it should review the trial transcript and, if so, order the parties to promptly make same available.

c)  Set aside at least one full day for sentencing matters which will include all objections to the Presentence Investigation and Motions for Downward Departure. Defendant anticipates calling several fact witnesses in support of his loss calculations and restitution positions and Motions for Downward Departure. The parties also anticipate extensive legal argument due to the unique nature of the loss issues in this case.

6.  In addition to the reasons set forth above, the undersigned, Joel Hirschhorn, has been invited to attend the State Bar of Montana Continuing Legal Education Seminar as a guest speaker on June 3 and 4, 2004. Counsel for the Government has an out of State family event scheduled for June 5, 2004.

---

[2] The parties, through their respective attorneys (undersigned Joel Hirschhorn and AUSA J. Kaplan) have spoken on several occasions and met one time with the investigating agents in an effort to narrow the sentencing issues and work out stipulations. The undersigned and AUSA J. Kaplan are continuing to work towards resolutions in an effort to efficiently, but fairly, present their respective positions to the Court.

7. Rescheduling the trial date would not only serve the ends of justice and be fair to the parties, but also accommodate the counsel in this case who are long time Criminal Justice System practitioners.

**CERTIFICATION UNDER LOCAL RULE 88.9(A)**

Pursuant to S.D.Fla.L.R.88.9, the undersigned certifies that counsel have conferred in good faith and agree that the granting of this Motion is in the best interest of justice, the parties and counsel.

**WHEREFORE**, the undersigned prays that this Honorable Court will grant the within Motion and:

a) Cancel the June 4, 2004 sentencing date,

b) Determine whether the Court wishes to review the trial transcript, in which case the parties will produce a copy of same,

c) Set aside one full day for the sentencing hearing at least 30 after receipt of the revised Presentence Investigation Report, and

d) Such other and further relief as may be just and proper.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant
2600 Douglas Road, PH One
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766



By: _____
JOEL HIRSCHHORN
Florida Bar No. 104573

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and U.S. mail this 10th day of May, 2004, to:

Jeffrey Kaplan, Esq.
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, FL 33301

JOEL HIRSCHHORN

5

HIRSCHHORN & BIEBER, P.A., DOUGLAS CENTRE, PENTHOUSE ONE, 2600 DOUGLAS ROAD, CORAL GABLES, FL 33134, TEL (305) 445-5320, FAX (305) 446-1766