UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

BRUCE HOLLANDER,
    Defendant.
_____/



FILED by _____ D.C.

MAY 19 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON SENTENCING HEARING AND REQUIREMENT TO PROVIDE TRIAL TRANSCRIPTS

THIS CAUSE come before the court upon motion from counsel representing the defendant in the above captioned case for a continuation of the June 4, 2004, sentencing date and for an extended sentencing hearing. The motion having been granted by prior order, it is

**ORDERED** and **ADJUDGED** as follows:

1. The sentencing hearing will be conducted following the trial of the United States of America vs. Nicholas D. DeAngelis, et al., presently set to commence on Monday, May 24, 2004.

2. Counsel representing the parties are advised to monitor the court's unofficial web site at http://us.geocities.com/uscts for the exact start date.

3. Counsel representing the plaintiff, United States of America, shall provide the

court with the trial transcripts, not later than 5 days from the date of this order.

  **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___19___ day of May, 2004.

**copy furnished:**
AUSA Jeffrey Kaplan, Esq.
Joel Hirschhorn, Esq.
United States Probation Office

            Daniel T. K. Hurley
            United States District Judge