UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRUCE HOLLANDER,

    Defendant.
_____/



FILED by _____ D.C.
MAY 19 2004
LARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENDED SENTENCING HEARING AND REQUEST TO RESCHEDULE CURRENT SENTENCING DATE

**THIS CAUSE** having come on to be heard before me upon Defendant, **BRUCE HOLLANDER's** Unopposed Motion for Extended Sentencing Hearing and Request to Reschedule Current Sentencing Date and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion be and the same is hereby granted. (1) Sentencing will be reset by separate order. (2) One day will be allocated at the conclusion of the trial in U.S. v. DeAngelis. Counsel shall monitor the court's website and shall be subject to telephonic notification. See http://us.geocities.com/usdcts

**DONE AND ORDERED** in Chambers at United States Courthouse, West Palm Beach, Florida this 19th day of May, 2004.

_____
UNITED STATES DISTRICT JUDGE

Conformed copies furnished:

Joel Hirschhorn, Esq.
2600 Douglas Road, Penthouse One
Coral Gables, FL 33134
Attorney for Defendant

Jeffrey Kaplan, Esq.
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, FL 33301

2