UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

BRUCE HOLLANDER,
    Defendant.
_____/



FILED by _____ D.C.

AUG 19 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER SETTING STATUS CONFERENCE

**THIS CAUSE** come before the court *sua sponte*. It is

**ORDERED** and **ADJUDGED** that:

1. Counsel representing the parties shall attend a status conference on **Tuesday, November 9, 2004, at 8:40 a.m.** at the U.S. Courthouse, Courtroom 5, West Palm Beach, FL.

2. If arrangements are made at least 48 hours in advance with the courtroom deputy, (561/803-3452), out-of-town counsel may attend the status conference by general conference call.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___19___ day of August, 2004.

**copy furnished:**
AUSA Jeffrey Kaplan
Joel Hirschhorn, Esq.

Daniel T. K. Hurley
United States District Judge

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts