UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    CASE NO. 00-6168-Cr-HURLEY

BRUCE HOLLANDER,

    Defendant.
_____/

## DEFENDANT HOLLANDER'S UNOPPOSED MOTION FOR LEAVE TO TRAVEL

Defendant, **BRUCE HOLLANDER**, by and through undersigned counsel, files this Unopposed Motion for Leave to Travel, and in support thereof, states as follows:

1. Defendant seeks permission to travel from his residence in the Southern District of Florida to Los Angeles, California, for business purposes, for four (4) days.

2. If permitted by this Court, Defendant plans to fly from Fort Lauderdale, Florida to Los Angeles, California, on February 3, 2005 on American Airlines Flight No. 1593 departing Fort Lauderdale at 10:55 A.M. Defendant will be staying at the Los Angeles Hilton Hotel located at 5711 W. Century Blvd., LA, California 90045 from February 3, 2005 through February 7, 2005.

3. Defendant plans to return to Fort Lauderdale on February 7, 2005 on American Airlines Flight No. 384 arriving at 3:09 P.M.

4. Defendant presents no risk of flight or danger to the community.

5. Defendant will comply with any and all conditions required by this Court while in Los Angeles, California. Defendant will comply with all release conditions while in Los Angeles, California, if so required by this Court.

6. The Undersigned contacted AUSA Jeffrey Kaplan with respect to this Motion. Mr. Kaplan indicated he has **no objection** to the relief sought herein.

**WHEREFORE**, Defendant, **BRUCE HOLLANDER,** prays this Honorable Court grant Defendant's Motion for Leave to Travel, and such other relief as is just and proper.

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant HOLLANDER
Douglas Centre - Penthouse One
2600 Douglas Road
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: _____
JOEL HIRSCHHORN
Florida Bar No. 104573

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via U.S. mail this 17th day of January, 2005, to: Jeffrey Kaplan, Esq., Assistant United States Attorney, United States Attorney's Office, 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, FL 33301. Lisa Llanos, Unites States Pre-Trial Officer, 299 E. Broward Blvd., Suite 125, Fort Lauderdale, Florida 33301.

_____
JOEL HIRSCHHORN