UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              CASE NO. 00-6168-Cr-HURLEY

BRUCE HOLLANDER,

    Defendant.
_____/

### ORDER ON DEFENDANT HOLLANDER'S UNOPPOSED MOTION FOR LEAVE TO TRAVEL

**THIS CAUSE** having come on to be heard before me upon Defendant, **BRUCE HOLLANDER's** Unopposed Motion for Leave to Travel from February 3, 2005 through February 7, 2005 and the Court having review Defendant's Motion and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion be and the same is hereby _____.

                                *GRANTED.*

**DONE AND ORDERED** in Chambers at West Palm Beach, Broward County, Florida this _31st_ day of January, 2005.

                                                                UNITED STATES DISTRICT JUDGE

Conformed copies furnished:

Joel Hirschhorn, Esq.
Jeffrey Kaplan, AUSA
Lisa Llanos, USPO