UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

BRUCE HOLLANDER,
    Defendant.
_____/



## NOTICE SETTING HEARING

TAKE NOTICE that the Sentencing Hearings in the above captioned case has been set for **Friday, March 18, 2005, at 10:30 a.m.,** before the Honorable Daniel T. K. Hurley, United States District Judge, at the U. S. Courthouse, Fort Lauderdale, Florida.

    **DATED THIS** 7th day of March, 2005.

                                                                                                                _____

**copy furnished:**
AUSA Jeffrey Kaplan                            James E. Caldwell, Sr.
Benson Weintraub, Esq.                      Courtroom Deputy
U.S. Probation Office
U.S. Marshal Service