UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-DKTH

-------------------------------------------------X
UNITED STATES OF AMERICA,
         *Plaintiff,*

Vs.

BRUCE HOLLANDER,
         *Defendant.*
-------------------------------------------------X



## INDEX OF SENTENCES IN RELATED CASES

| MARK COHEN | Case No. 00-6168-Cr-Ferguson |
|---|---|
| Imprisonment: | 32 months, 3 Yr. SR |
| Loss: | $2,020,896 |
| Aggravating Role Adjustment: +4 (organizer/leader), 3B1.1 ||

| ERIC SILVERMAN | Case No. 00-6168-Cr-Ferguson |
|---|---|
| Imprisonment: | 12 months/1 day, 3 Yr. SR |
| Loss: | $1,675,896 |
| Restitution: | $642,128 |
| Aggravating Role Adjustment: +4 (organizer/leader), 3B1.1 ||

| KENNTH HYDER | Case No. 00-6168-Cr-Ferguson |
|---|---|
| Loss: | $297,366   Probation, 2 yr. |
| Aggravating Role Adjustment: +3 (organizer/leader), 3B1.1 ||

| JEAN LINDOR | Case No. 00-6168-Cr-Ferguson |
|---|---|
| Fugitive ||
| PSI assigned +3 Aggravating Role Adjustment ||



| JEAN DUFRALESSI | Case No. 00-6168-Cr-Ferguson |
|---|---|
| Imprisonment: | 1 yr/1 day 2 Yr. SR |
| Loss: | $975,000 |
| Restitution: | $265.896 |

| PAUL SALTZ | Case No. 00-6168-Cr-Ferguson |
|---|---|
| Imprisonment: | 16 months, 2 Yr. SR |
| Loss: | $1,960,896 |
| Restitution: | $265,896 |

| CHRISTIE GALLUCI | Case No. 00-6177-Cr-Ferguson |
|---|---|
| Imprisonment: | 1 yr, 1 day, 1 Yr. SR |
| Loss: | $767,830 |
| Restitution: | $277,830 |

| LEE GARBER | Case No. 00-6178-Cr-Zloch |
|---|---|
| Imprisonment: | 1 yr/1 day, 1 YR. SR |
| Loss: | $369,107 |
| Restitution: | $149,107 |

| KENNETH DUQUETTE | Case No. 00-6179-Cr-Ferguson |
|---|---|
| Sentence: | probation, 3 yr |
| Loss: | $297,366 |
| Restitution: | 117,366 |

| ANNETTE GONZALEZ | Case No. 00-6176-Cr-Zloch |
|---|---|
| Sentence: | probation, 18 months |
| Loss: | $297,366 |
| Restitution: | 265,896 |

| MARIE LaFARGUE | Case No. 00-488-Cr-Lenard |
|---|---|
| Sentence: | Probation, 2 yr |

Respectfully submitted,

**BENSON WEINTRAUB, Esq.**
1 E. Broward Blvd. #700
Ft Lauderdale, FL. 33301
Tel 954/713-8018
Cell (direct) 954/805-8172
Fax 954/745-5801

By: _____
Benson Weintraub,
FL Bar No. 0486418

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing was delivered by hand this 12 day of March 2005 to Jeffrey Kaplan, AUSA 500 E Broward Blvd. 7th Ft Lauderdale, FL 33301; Georgann Stanley, USPO 299 E Broward Blvd #409 Ft Lauderdale, FL. 33301

By: _____