UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRUCE HOLLANDER,

    Defendant.
_____/

## ORDER

**THIS CAUSE** having come on before this Court on the above Stipulation and Order for Substitution of Counsel, and the Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that BENSON WEINTRAUB is hereby substituted as counsel for the Defendant, BRUCE HOLLANDER, and JOEL HIRSCHHORN is hereby withdrawn as counsel for the Defendant.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 18th day of March, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Jeffrey Kaplan, AUSA
Joel Hirschhorn, Esq.
Benson Weintraub, Esq.