UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED

Case No. 00-6168-Cr-Hurley

-----------------------------------------------X

**UNITED STATES OF AMERICA,**
   *Plaintiff*

Vs.

**BRUCE HOLLANDER,**
   *Defendant.*

-----------------------------------------------X

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that the referenced defendant, Bruce Hollander, hereby appeals the Order of Judgment and Sentence dated March 23, 2005 to the US Court of Appeals for the Eleventh Circuit.

Respectfully submitted,

**BENSON WEINTRAUB, Esq.**
Counsel for Defendant
1 E. Broward Blvd. #700
Ft Lauderdale, FL 33301
Tel 954/713-8018 Fax 954/745-5801
e-mail: benson@myacc.net
URL: http://federalsentencing.net

By: _____
BENSON WEINTRAUB
FL. Bar No. 0486418

### CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing notice was sent by fax this 28th day of March 2005 to Jeffrey Kaplan, AUSA and by mail 500 E. Broward Blvd. 7th FL Ft Lauderdale, FL 33301.
      By: _____