UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY/VITUNAC

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>BRUCE HOLLANDER,<br>    Defendant.<br>_____/ | <br>FILED by_____ D.C.<br>APR 19 2005<br>CLARENCE MADDOX<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. - W.P.B. |

**ORDER OF REFERRAL TO UNITED STATES
MAGISTRATE JUDGE**

**THIS CAUSE** come before the court upon motion from counsel representing the above named defendant to withdraw as counsel of record. In accord with 11th Cir. R. Addendum Four, 11th Cir. Plan Under the Criminal Justice Act (b)(2), this court is required to conduct an <u>in camera</u> evidentiary hearing to determine whether appellant is indigent and financially unable to retain counsel for appeal. The court is further required to inquire of appellant (and if necessary, of counsel and anyone else involved in the payment of counsel's fees) as to the defendant's present financial circumstances. Such inquiry should cover the amount paid to retained counsel for fees and expenses and the amount, if any, still owing to counsel. The district court shall determine whether the fees counsel received were in excess of what would constitute a reasonable fee under the circumstances and submit its findings of fact and conclusions of law and a copy of the transcript of the <u>in camera</u> proceedings to the appellate court. For that reason, it is

**ORDERED** and **ADJUDGED** that:

1. The motion is referred to Chief United States Magistrate Judge Ann E. Vitunac for proposed findings and recommended disposition. The Magistrate is requested to conduct an <u>in</u>

camera evidentiary hearing and provide the court with a recommended disposition.

2. Counsel shall send copies of all relevant pleadings and filings directly to the above referenced Magistrate Judge when filed with the court.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 19th day of April, 2005.

**copy furnished:**
Chief Magistrate Judge Ann E. Vitunac
Benson Weintraub, Esq.

Daniel T. K. Hurley
United States District Judge