UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRUCE HOLLANDER,

    Defendant.
_____/

**NIGHT BOX FILED**

APR 21 2005

CLERK, USDC / SDFL / WPB

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law offices of G. Richard Strafer, P.A., Attorneys at Law, hereby enter their Notice of Appearance on behalf of the Defendant, Bruce Hollander, for purposes of representing him in his appeal before the United States Court of Appeals for the Eleventh Circuit, Case No. 05-11825-C. (See Appearance of Counsel Form attached).

This appearance is limited exclusively to representation at the appellate level.

DATED at Miami-Dade County, Florida, this 21st day of April 2005.

Respectfully Submitted,

_____
G. RICHARD STRAFER, ESQ.
Fla. Bar No. 389935

G. RICHARD STRAFER, P.A.
2400 South Dixie Highway
Suite 200
Miami, Florida 33133
Tel. # (305) 857-9090
Fax # (305) 854-2103

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail this 21st day of April 2005 to the following:

Jeffrey Kaplan
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard #409
Fort Lauderdale, FL  33301

Benson B. Weintraub, Esq.
1 East Broward Boulevard
Suite 700
Fort Lauderdale, Florida  33301

_____
G. RICHARD STRAFER, ESQ.

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

**AN ATTORNEY MUST FILE THIS FORM IN EACH APPEAL IN WHICH THE ATTORNEY PARTICIPATES WITHIN 14 DAYS AFTER NOTICE IS MAILED BY THE CLERK**

Please Type or Print

Court of Appeals No. __05-11825-C__

__United States__ vs. __Bruce Hollander__

The Clerk will enter my appearance for these named parties: __Bruce Hollander__

In this court these parties are:  ☒ appellant(s)   ☐ petitioner(s)   ☐ intervenor(s)
                                  ☐ appellee(s)    ☐ respondent(s)   ☐ amicus curiae

☐ The following related or similar cases are pending on the docket of this court:

☐ Check here if you are court-appointed counsel.

Signature: _[signature]_

Name (type or print): __G. Richard Strafer__   Phone: __(305) 857-9090__

Firm/Govt. Office: __G. Richard Strafer, P.A.__   Fax: __(305) 854-2103__

Street Address: __2400 S. Dixie Highway, Suite 200__   E-mail: __straferpa@aol.com__

City: __Miami__   State: __FL__   Zip: __33133__

To enter an appearance, you must be an 11th Circuit bar member or be exempt under 11th Cir. R. 46-1(c): "The following attorneys shall be admitted for the particular proceeding in which they are appearing without the necessity of formal application or payment of the admission fee: an attorney appearing on behalf of the United States, a federal public defender, an attorney appointed by a federal court under the Criminal Justice Act or appointed to represent a party in forma pauperis. Attorneys in these categories who desire to receive an admission certificate from the Eleventh Circuit must pay the admission fee." You may apply for admission to the bar using the form available at www.ca11.uscourts.gov.

Rev.: 05/02