UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

BRUCE HOLLANDER,

    *Defendant.*

_____/



## AGREED MOTION FOR SUBSTITUTION OF COUNSEL

The Defendant, BRUCE HOLLANDER, by and through undersigned counsel, respectfully submits his Agreed Motion for Substitution of Counsel, and requests that this Court enter an order substituting G. RICHARD STRAFER, P.A., as his attorney of record in place of his previous counsel, BENSON B. WEINTRAUB.

WHEREFORE, the defendant, BRUCE HOLLANDER, respectfully requests an order substituting attorneys of record be entered by this Honorable Court.

349/RB

Respectfully Submitted,

G. RICHARD STRAFER, ESQ.
Florida Bar No. 389935

G. RICHARD STRAFER, P.A.
2400 South Dixie Highway
Miami, Florida 33133
Tel: (305) 857-9090
Fax: (305) 854-2103

BENSON B. WEINTRAUB, ESQ.
Florida Bar No. 0486418

1 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33301
Tel: (954) 713-8018
Fax: (954) 745-5801

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail this _22_ day of April 2005 to:

Jeffrey Kaplan
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard #409
Fort Lauderdale, FL 33301

*[signature]*
G. RICHARD STRAFER, ESQ.

3