UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

vs.

**BRUCE HOLLANDER,**
    **Defendant.**
_____/



FILED by _____ D.C.
MAY 19 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING SUBSTITUTION OF COUNSEL

THIS CAUSE come before the court upon an agreed motion for substitution of counsel, filed April 22, 2005. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The motion for substitution of counsel is **granted**.

2. G. Richard Strafer, Esq. is appointed to represent the above named defendant for all further proceedings.

DONE and SIGNED in Chambers at West Palm Beach, Florida this __19th__ day of May, 2005.

**copy furnished:**
AUSA Jeffrey Kaplan
Benson B. Weintraub, Esq.
G. Richard Strafer, Esq.

                                  _____
                                  Daniel T. K. Hurley
                                  United States District Judge