UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6168-Cr-Hurley/Vitunac (s)

UNITED STATES OF AMERICA,
    Plaintiff,

VS.

BRUCE HOLLANDER  (J)#55367-004
    Defendant.
_____/

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:    WARDEN of FPC, PENSACOLA, FLORIDA

    UNITED STATES MARSHAL
    WEST PALM BEACH, FLORIDA

    It appearing that defendant in the above case, **BRUCE HOLLANDER, USM#55367-004**, is confined at FPC, PENSACOLA, FLORIDA, and that this case is set for an In Camera Evidentiary Hearing at **10:30 A.M. on June 20, 2005, in Courtroom 108, First Floor at the United States Courthouse, 300 South Sixth Street, Fort Pierce, Florida, before The Honorable Chief United States Magistrate Judge Ann E. Vitunac** and that it is necessary for said defendant to be before this Court for said proceeding.

    NOW, THEREFORE, this is to command you, United States Marshal, that you have the body of the said BRUCE HOLLANDER, Prisoner No. #55367-004  now detained in custody as aforesaid, under safe and secure conduct, before this Court at the **U.S. Courthouse, 300 South Sixth Street, Fort Pierce, Florida, on or before 10:30 A.M. on June 20, 2005,** and upon completion of proceeding that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

    This is also to command you, the Warden of FPC PENSACOLA, Florida,  to deliver into the custody of the United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this district for the purpose aforesaid.

    DONE AND ORDERED in West Palm Beach, Florida, this ___24___ day of ___May___, 2005.

                                                       ANN E. VITUNAC
                                                   CHIEF U.S.  MAGISTRATE JUDGE

Copies provided to:

Honorable Daniel T.K. Hurley
Jeffrey Kaplan, AUSA
Benson Weintraub, Esquire
U.S. Marshal (3 certified copies)
Chief Probation Officer
Warden, FPC, Pensacola, Florida