1

```
 1              IN THE UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2                     NORTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA  ) Docket No.
                               ) 00-6168-CR-HURLEY
 5             Plaintiff,      )
     vs.                       ) Fort Lauderdale, Florida
 6                             ) March 18, 2005
     BRUCE HOLLANDER           )
 7                             )
               Defendant.      )
 8   _____x

 9

10

11          COURT REPORTER'S TRANSCRIPT OF
         TESTIMONY AND PROCEEDINGS HAD BEFORE
12       JUDGE DANIEL T. K. HURLEY AND A JURY

13

14   APPEARANCES:

15   For the Government:    JEFFREY KAPLAN, ESQ.
                            Assistant U.S. Attorney
16
     For Defendant:         BENSON WIENTRAUB, ESQ.
17

18   Court Reporter:        Pauline A. Stipes, C.S.R., C.M.

19

20

21                          VOLUME 1

22

23

24                     PAULINE A. STIPES
                       Official Reporter
25                   U. S. District Court
```

REC'D by APPEALS
JUL 0 7 2005
CLAREN MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA MIAMI