```
                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                          NORTHERN DIVISION


UNITED STATES OF AMERICA  ) Docket No.
                          )   00-6168-CR-HURLEY
            Plaintiff,    )
vs.                       ) Fort Lauderdale, Florida
                          ) March 22, 2005
BRUCE HOLLANDER           )
                          )
            Defendant.    )
_____x
```

REC'D by /s/ D.C.
APPEALS
JUL 0 7 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

COURT REPORTER'S TRANSCRIPT OF
TESTIMONY AND PROCEEDINGS HAD BEFORE
JUDGE DANIEL T. K. HURLEY AND A JURY


APPEARANCES:

For the Government:     JEFFREY KAPLAN, ESQ.
                        Assistant U.S. Attorney

For Defendant:          BENSON WIENTRAUB, ESQ.


Court Reporter:         Pauline A. Stipes, C.S.R., C.M.




                        VOLUME 2




                     PAULINE A. STIPES
                     Official Reporter
                    U. S. District Court