```
1           IN THE UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
2                 NORTHERN DIVISION

3

4   UNITED STATES OF AMERICA  ) Docket No.
                              ) 00-6168-CR-HURLEY
5              Plaintiff,     )
    vs.                       ) Fort Lauderdale, Florida
6                             ) March 23, 2005
    BRUCE HOLLANDER           )
7                             )
               Defendant.     )
8   _____x

9

10

11           COURT REPORTER'S TRANSCRIPT OF
        TESTIMONY AND PROCEEDINGS HAD BEFORE
12      JUDGE DANIEL T. K. HURLEY AND A JURY

13

14  APPEARANCES:

15  For the Government:    JEFFREY KAPLAN, ESQ.
                           Assistant U.S. Attorney
16
    For Defendant:         BENSON WIENTRAUB, ESQ.
17

18  Court Reporter:        Pauline A. Stipes, C.S.R., C.M.

19

20

21                         VOLUME 3

22

23

24                   PAULINE A. STIPES
                      Official Reporter
25                  U. S. District Court
```

REC'D by D.C.
APPEALS
JUL 0 7 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI