# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

Date:    2/12/2007

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:    **District Court No:**    00-06168-CR   - DTKH

**U.S.C.A. No:**    05-11825-CC

**Style:**    BRUCE HOLLANDER V.  USA

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida
hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this
appeal. The record (including the transcript or parts thereof designated for inclusion and all
necessary exhibits) consists of:

_____3_  Volume(s) of pleadings

_____16_  Volume(s) of Transcripts

__X__ Exhibits:    ___0_ boxes;    ___0_ folders;

___0_ envelopes;    ___1_ PSIs (sealed)

☐ other: _____

☐ other: _____

☐ Other: _____

☐ Other: _____

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk
Sincerely U. S. District Court
Southern District of Florida
Clarence Maddox, Clerk of Court
By: _____
Deputy Clerk
Date _____ Deputy Clerk _____

Attachment
c: court file

_For Betty Harrigan_

S/F A-15
Rev. 10/94

---

☐ **301 N. Miami Avenue**
Miami, Fl 33128-7788
305-523-5080

☐ **299 E. Broward Boulevard**
Ft. Lauderdale, Fl 33301
954-769-5413

☐ **701 Clematis Street**
West Palm Beach, Fl 33401
561-803-3408

CM/ECF - Live Database - flsd - Docket Report

APPEAL

# U.S. District Court
## Southern District of Florida (Ft. Lauderdale)
## CRIMINAL DOCKET FOR CASE #: 0:00-cr-06168-DTKH-3
## Internal Use Only

Case title: USA v. Cohen, et al

Date Filed: 06/20/2000

Assigned to: Judge Daniel T. K. Hurley

**Defendant**

**Bruce Hollander** (3)
*TERMINATED: 04/29/2002*

represented by **Benson B. Weintraub**
Benson B. Weintraub
1 E Broward Boulevard
Suite 700
Fort Lauderdale, FL 33301
954-745-5800
Fax: 745-5801
*TERMINATED: 05/19/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Brian H. Bieber**
Hirschhorn & Bieber
550 Biltmore Way
Penthouse Three A
Coral Gables, FL 33134
305-445-5320
Fax: 305-446-1766
Email: BBieber@aquitall.com
*TERMINATED: 04/29/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Donald I. Bierman**
Bierman Shohat Loewy & Klein
800 Brickell Avenue
Penthouse 2
Miami, FL 33131-2944
305-358-7000
Fax: 358-4010
Email:
DBIERMAN@BSLCRIMLAW.COM
*TERMINATED: 02/01/2001*

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U. S. District Court,
Southern District of Florida
By _____
Deputy Clerk
Date _____

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Guy Richard Strafer**
G. Richard Strafer
2400 South Dixie Highway
Suite 200
Miami, FL 33133
305-857-9090
Fax: 854-2103
Email: straferpa@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Joel Hirschhorn**
Hirschhorn & Bieber
550 Biltmore Way
Penthouse Three A
Coral Gables, FL 33134
305-445-5320
Fax: 446-1766
Email: JHirschhorn@aquitall.com
*TERMINATED: 04/29/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| | TERM OF IMPRISONMENT: 51 MONTHS as to each of Counts 1-6 & Count 13 of the Superseding Indictment and 24 MONTHS as to each of counts 7-12 of the Superseding Indictment, to be served concurrently; 3 years Supervised Release as to Counts 1-6 & Count 13 and 1 year Supervised Release as to Counts 7-12, to be served concurrently, with standard & special conditions; Special Assessment: $1,300; Restitution: $208,470,68 |
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1s) | |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (2s-6s) | TERM OF IMPRISONMENT: 51 MONTHS as to each of Counts 1-6 & Count 13 of the Superseding Indictment and 24 MONTHS as to each of counts 7-12 of the Superseding Indictment, to be served concurrently; 3 years Supervised Release as to Counts 1-6 & |

|  |  |
|---|---|
|  | Count 13 and 1 year Supervised Release as to Counts 7-12, to be served concurrently, with standard & special conditions; Special Assessment: $1,300; Restitution: $208,470,68 |
| 18:1010.F DEPT OF HUD/FHA TRANSACTION (7s-8s) | TERM OF IMPRISONMENT: 51 MONTHS as to each of Counts 1-6 & Count 13 of the Superseding Indictment and 24 MONTHS as to each of counts 7-12 of the Superseding Indictment, to be served concurrently; 3 years Supervised Release as to Counts 1-6 & Count 13 and 1 year Supervised Release as to Counts 7-12, to be served concurrently, with standard & special conditions; Special Assessment: $1,300; Restitution: $208,470,68 |
| 18:1010.F DEPT OF HUD/FHA TRANSACTION (9s) | TERM OF IMPRISONMENT: 51 MONTHS as to each of Counts 1-6 & Count 13 of the Superseding Indictment and 24 MONTHS as to each of counts 7-12 of the Superseding Indictment, to be served concurrently; 3 years Supervised Release as to Counts 1-6 & Count 13 and 1 year Supervised Release as to Counts 7-12, to be served concurrently, with standard & special conditions; Special Assessment: $1,300; Restitution: $208,470,68 |
| 18:1010.F DEPT OF HUD/FHA TRANSACTION (10s-12s) | TERM OF IMPRISONMENT: 51 MONTHS as to each of Counts 1-6 & Count 13 of the Superseding Indictment and 24 MONTHS as to each of counts 7-12 of the Superseding Indictment, to be served concurrently; 3 years Supervised Release as to Counts 1-6 & Count 13 and 1 year Supervised Release as to Counts 7-12, to be served concurrently, with standard & special conditions; Special Assessment: $1,300; Restitution: $208,470,68 |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE (13s) | TERM OF IMPRISONMENT: 51 MONTHS as to each of Counts 1-6 & Count 13 of the Superseding Indictment and 24 MONTHS as to each of counts 7-12 of the Superseding Indictment, to be served concurrently; 3 years Supervised Release as to Counts 1-6 & Count 13 and 1 year Supervised Release |

as to Counts 7-12, to be served
concurrently, with standard & special
conditions; Special Assessment: $1,300;
Restitution: $208,470,68

## Highest Offense Level (Opening)
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES: Bank fraud, false loan statements and false statements to HUD (1) | Dismissed |
| 18:1014.F LOAN & CREDIT GENERAL APPLICATIONS (7) | Dismissed |
| 18:1010.F 18:1010.F DEPT OF HUD/FHA TRANSACTION (10-11) | Dismissed |

## Highest Offense Level (Terminated)
Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

## Plaintiff

| **USA** | represented by | **Jeffrey Kaplan** |
|---|---|---|
| | | United States Attorney's Office |
| | | 500 E Broward Boulevard |
| | | 7th Floor |
| | | Fort Lauderdale, FL 33301-3002 |
| | | 954-356-7255X3515 |
| | | Fax: 356-7336 |
| | | Email: jeffrey.kaplan@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Lynn Dena Rosenthal** |
| | | United States Attorney's Office |
| | | 500 E Broward Boulevard |
| | | 7th Floor |
| | | Fort Lauderdale, FL 33301-3002 |

954-356-7255
Fax: 356-7336
Email: lynn.rosenthal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2000 | 1 | MOTION by USA as to Mark Cohen, Eric Silverman, Bruce Hollander, Kenneth Heyder, Jean Lindor, Jean Dufralessi, Paul Saltz to seal indictment until arrest of first defendant. (dd, Deputy Clerk) (Entered: 06/22/2000) |
| 06/20/2000 | 2 | ORDER as to Mark Cohen, Eric Silverman, Bruce Hollander, Kenneth Heyder, Jean Lindor, Jean Dufralessi, Paul Saltz granting [1-1] motion to seal indictment as to Mark Cohen (1), Eric Silverman (2), Bruce Hollander (3), Kenneth Heyder (4), Jean Lindor (5), Jean Dufralessi (6), Paul Saltz (7) ( Signed by Magistrate Judge Lurana S. Snow on 6/20/00) CCAP [EOD Date: 6/22/00] CCAP (dd, Deputy Clerk) (Entered: 06/22/2000) |
| 06/20/2000 | 3 | SEALED INDICTMENT as to Mark Cohen (1) count(s) 1, 2, 3-4, 5-6, 7, 8, 9, 10-11, Eric Silverman (2) count(s) 1, 2, 3-4, 5-6, 7, 8, 9, 10-11, Bruce Hollander (3) count(s) 1, 7, 10-11, Kenneth Heyder (4) count(s) 1, 5-6, 8, 9, Jean Lindor (5) count(s) 1, 2, 10-11, Jean Dufralessi (6) count (s) 1, 3-4, Paul Saltz (7) count(s) 1, 2, 3-4, 5-6, 7, 8, 10-11 (Criminal Category 2) (dd, Deputy Clerk) (Entered: 06/22/2000) |
| 06/20/2000 |  | Magistrate identification: Magistrate Judge Lurana S. Snow (dd, Deputy Clerk) (Entered: 06/22/2000) |
| 06/20/2000 | 8 | ARREST WARRANT issued as to Bruce Hollander . Warrant issued by Magistrate Judge Lurana S. Snow Bail fixed at $100,000 Personal Surety (dd, Deputy Clerk) (Entered: 06/22/2000) |
| 06/20/2000 |  | Indictment unsealed as to Mark Cohen, Eric Silverman, Bruce Hollander, Kenneth Heyder, Jean Lindor, Jean Dufralessi, Paul Saltz. FIRST DEFENDANT ARRESTED 6/21/00-INDICTMENT UNSEALED IN OPEN COURT BEFORE MAGISTRATE SNOW. (dd, Deputy Clerk) (Entered: 06/22/2000) |
| 06/21/2000 |  | **Remove sealed flag - case no longer sealed as to any party. (dd, Deputy Clerk) (Entered: 06/22/2000) |
| 06/21/2000 | 28 | ORDER as to Mark Cohen, Eric Silverman, Bruce Hollander, Kenneth Heyder, Jean Lindor, Jean Dufralessi, Paul Saltz to Unseal Indictment ( Signed by Magistrate Judge Lurana S. Snow on 6/21/00) CCAP [EOD Date: 6/26/00] CCAP (dp, Deputy Clerk) (Entered: 06/26/2000) |
| 06/22/2000 | 15 | Minutes of initial appearance/arraignment held on 6/22/00 before Magistrate Judge Lurana S. Snow as to Bruce Hollander ; Court Reporter Name or Tape #: 00-31/1569 (dp, Deputy Clerk) (Entered: 06/26/2000) |

| 06/22/2000 | | ARREST of Bruce Hollander (dp, Deputy Clerk) (Entered: 06/26/2000) |
|---|---|---|
| 06/22/2000 | 16 | ORDER on Initial Appearance as to Bruce Hollander Bond set to $100,000 PSB for Bruce Hollander., , ( Signed by Magistrate Judge Lurana S. Snow on 6/22/00) CCAP (dp, Deputy Clerk) (Entered: 06/26/2000) |
| 06/22/2000 | | Initial appearance as to Bruce Hollander held (Defendant informed of rights.) (dp, Deputy Clerk) (Entered: 06/26/2000) |
| 06/22/2000 | 36 | APPEARANCE BOND entered by Bruce Hollander in Amount $ 100,000 PSB Approved by Magistrate Judge Lurana S. Snow . Surrender passports/travel documents; (dp, Deputy Clerk) (Entered: 06/26/2000) |
| 06/22/2000 | | **Added for Bruce Hollander Attorney Donald I. Bierman (dp, Deputy Clerk) (Entered: 06/26/2000) |
| 06/22/2000 | 38 | ARRAIGNMENT INFORMATION SHEET for Bruce Hollander (3) count(s) 1, 7, 10-11 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (dp, Deputy Clerk) (Entered: 06/27/2000) |
| 06/26/2000 | 41 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Eric Silverman, Bruce Hollander, Kenneth Heyder, Jean Dufralessi Status conference set for 11:00 7/21/00 for Eric Silverman, for Bruce Hollander, for Kenneth Heyder, for Jean Dufralessi before Magistrate Judge Lurana S. Snow ( Signed by Magistrate Judge Lurana S. Snow on 6/22/00) CCAP [EOD Date: 6/27/00] CCAP (dp, Deputy Clerk) (Entered: 06/27/2000) |
| 06/26/2000 | 42 | STANDING DISCOVERY ORDER as to Eric Silverman, Bruce Hollander, Kenneth Heyder, Jean Dufralessi all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Judge Lurana S. Snow on 6/22/00) Tape # CCAP (dp, Deputy Clerk) (Entered: 06/27/2000) |
| 06/27/2000 | 48 | ARREST WARRANT Returned Executed as to Bruce Hollander on 6/22/00 (dp, Deputy Clerk) (Entered: 06/28/2000) |
| 07/06/2000 | 55 | SCHEDULING ORDER as to Mark Cohen, Eric Silverman, Bruce Hollander, Kenneth Heyder, Jean Lindor, Jean Dufralessi, Paul Saltz setting Calendar Call for 3:15 7/24/00 for Mark Cohen, for Eric Silverman, for Bruce Hollander, for Kenneth Heyder, for Jean Lindor, for Jean Dufralessi, for Paul Saltz ; Jury Trial for 7/31/00 for Mark Cohen, for Eric Silverman, for Bruce Hollander, for Kenneth Heyder, for Jean Lindor, for Jean Dufralessi, for Paul Saltz ; before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 7/6/00) CCAP [EOD Date: 7/7/00] CCAP (dp, Deputy Clerk) (Entered: 07/07/2000) |
| 07/11/2000 | 57 | RESPONSE to Standing Discovery Order by USA as to Mark Cohen, Eric Silverman, Bruce Hollander, Kenneth Heyder, Jean Lindor, Jean Dufralessi, Paul Saltz (dp, Deputy Clerk) (Entered: 07/12/2000) |
| 07/24/2000 | 74 | MOTION by Bruce Hollander to continue trial (dp, Deputy Clerk) (Entered: 07/25/2000) |

| | | |
|---|---|---|
| 07/28/2000 | 79 | ORDER as to Eric Silverman, Bruce Hollander granting [74-1] motion to continue trial as to Bruce Hollander (3), granting [69-1] motion to continue trial as to Eric Silverman (2) to Continue in Interest of Justice , reset calendar call for 3:15 9/5/00 for Eric Silverman, for Bruce Hollander before Judge Wilkie D. Ferguson Jr. , reset Jury trial for 9/11/00 for Eric Silverman, for Bruce Hollander before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 7/28/00) CCAP [EOD Date: 7/31/00] CCAP (dp, Deputy Clerk) (Entered: 07/31/2000) |
| 07/31/2000 | 80 | SECOND RESPONSE to Standing Discovery Order by USA as to Mark Cohen, Eric Silverman, Bruce Hollander, Kenneth Heyder, Jean Lindor, Jean Dufralessi, Paul Saltz (dp, Deputy Clerk) (Entered: 08/01/2000) |
| 08/01/2000 | 81 | ORDER as to Mark Cohen, Eric Silverman, Bruce Hollander, Kenneth Heyder, Jean Lindor, Jean Dufralessi, Paul Saltz Response to motion reset to 8/11/00 for Paul Saltz for [58-1] motion for Brady Material ( Signed by Magistrate Judge Lurana S. Snow on 8/1/00) CCAP [EOD Date: 8/2/00] CCAP (dp, Deputy Clerk) (Entered: 08/02/2000) |
| 08/29/2000 | 100 | MOTION by USA as to Mark Cohen, Eric Silverman, Bruce Hollander, Kenneth Heyder, Jean Lindor, Jean Dufralessi, Paul Saltz to continue trial (dp, Deputy Clerk) (Entered: 08/30/2000) |
| 10/03/2000 | 111 | NOTICE of Appearance for Bruce Hollander by Attorney Joel Hirschhorn, Brian H. Bieber (dp, Deputy Clerk) (Entered: 10/04/2000) |
| 10/11/2000 | 112 | STIPULATION re: substitution of counsel Joel Hirschhorn by Bruce Hollander (dp, Deputy Clerk) (Entered: 10/12/2000) |
| 01/13/2001 | 211 | MOTION by USA as to Bruce Hollander to bring electronic equipment into courtroom (dp, Deputy Clerk) (Entered: 11/14/2001) |
| 01/29/2001 | 145 | MOTION by Bruce Hollander to Travel (dp, Deputy Clerk) (Entered: 01/30/2001) |
| 01/31/2001 | 148 | ORDER as to Bruce Hollander granting [145-1] motion to Travel as to Bruce Hollander (3) ( Signed by Judge Wilkie D. Ferguson Jr. on 1/30/01) CCAP [EOD Date: 1/31/01] CCAP (mh, Deputy Clerk) (Entered: 01/31/2001) |
| 02/01/2001 | | **Terminated attorney Donald I. Bierman for Bruce Hollander (dp, Deputy Clerk) (Entered: 02/01/2001) |
| 03/21/2001 | 153 | SEALED DOCUMENT (dp, Deputy Clerk) (Entered: 03/22/2001) |
| 03/21/2001 | 154 | SEALED DOCUMENT (dp, Deputy Clerk) (Entered: 03/22/2001) |
| 03/21/2001 | 155 | SEALED DOCUMENT (dp, Deputy Clerk) (Entered: 03/22/2001) |
| 03/21/2001 | 156 | SEALED DOCUMENT (dp, Deputy Clerk) (Entered: 03/22/2001) |
| 04/06/2001 | 157 | MOTION by Bruce Hollander to Travel (dp, Deputy Clerk) (Entered: 04/09/2001) |
| 04/10/2001 | 159 | NOTICE of Hearing as to Mark Cohen, Bruce Hollander : set calendar |

| | | |
|---|---|---|
| | | call for 3:15 4/16/01 for Mark Cohen, for Bruce Hollander before Judge Wilkie D. Ferguson Jr. , set Jury trial for 4/23/01 for Mark Cohen, for Bruce Hollander before Judge Wilkie D. Ferguson Jr. (dp, Deputy Clerk) (Entered: 04/11/2001) |
| 04/13/2001 | 161 | MOTION by Bruce Hollander to continue trial (dp, Deputy Clerk) (Entered: 04/16/2001) |
| 05/14/2001 | 163 | Minutes of Calendar Call held on 5/14/01 before Judge Wilkie D. Ferguson Jr. as to Mark Cohen, Bruce Hollander; Calendar Call 6/25/01 at 3:15; Court Reporter Name or Tape #: Anita LaRocca (ss, Deputy Clerk) (Entered: 05/16/2001) |
| 05/14/2001 | | Calendar call as to Mark Cohen, Bruce Hollander held (ss, Deputy Clerk) (Entered: 05/16/2001) |
| 05/17/2001 | 164 | ORDER GRANTING ORAL MOTION TO CONTINUE TRIAL as to Mark Cohen, Bruce Hollander continuing trial , continued Jury trial for 7/2/01 for Mark Cohen, for Bruce Hollander before Judge Wilkie D. Ferguson Jr. , calendar call for 3:15 6/25/01 for Mark Cohen, for Bruce Hollander before Judge Wilkie D. Ferguson Jr. , to Continue in Interest of Justice ( Signed by Judge Wilkie D. Ferguson Jr. on 5/17/01) CCAP [EOD Date: 5/21/01] CCAP (lh, Deputy Clerk) (Entered: 05/21/2001) |
| 05/29/2001 | 166 | ORDER as to Bruce Hollander granting [112-1] stipulation as to Bruce Hollander (3) ( Signed by Judge Wilkie D. Ferguson Jr. on 5/29/01 now for 10/11/00) CCAP [EOD Date: 5/30/01] CCAP (dp, Deputy Clerk) (Entered: 05/30/2001) |
| 05/30/2001 | 168 | MOTION by Bruce Hollander to continue trial (dp, Deputy Clerk) (Entered: 05/31/2001) |
| 07/02/2001 | 169 | MOTION by Bruce Hollander to continue trial (dp, Deputy Clerk) (Entered: 07/03/2001) |
| 07/03/2001 | 170 | MOTION by Bruce Hollander to Travel (dp, Deputy Clerk) (Entered: 07/03/2001) |
| 07/11/2001 | 171 | ORDER as to Bruce Hollander granting [170-1] motion to Travel as to Bruce Hollander (3) ( Signed by Judge Wilkie D. Ferguson Jr. on 7/11/01) [EOD Date: 7/12/01] CCAP (dp, Deputy Clerk) (Entered: 07/12/2001) |
| 07/11/2001 | 172 | ORDER as to Bruce Hollander granting [169-1] motion to continue trial as to Bruce Hollander (3), granting [168-1] motion to continue trial as to Bruce Hollander (3), granting [161-1] motion to continue trial as to Bruce Hollander (3) reset Jury trial for 9:00 10/15/01 for Bruce Hollander before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 7/11/01) [EOD Date: 7/12/01] CCAP (dp, Deputy Clerk) (Entered: 07/12/2001) |
| 09/06/2001 | 177 | SUPERSEDING INDICTMENT as to Mark Cohen (1) count(s) 1s, 2s-6s, 7s-8s, 9s, 10s-12s, Bruce Hollander (3) count(s) 1s, 2s-6s, 7s-8s, 9s, 10s-12s, 13s, Jean Lindor (5) count(s) 1s, 7s-8s, 10s-12s (Criminal |

*Begin Vol. 1*

| | | |
|---|---|---|
| | | Category 2) (dp, Deputy Clerk) (Entered: 09/07/2001) |
| 09/13/2001 | 178 | Minutes of arraignment on superseding on 9/11/01 cancelled due to bomb threat and reset to 9/20/01 before Magistrate Barry S. Seltzer as to Bruce Hollander ; Court Reporter Name or Tape #: 01 (dp, Deputy Clerk) (Entered: 09/14/2001) |
| 09/13/2001 | 179 | MOTION by Bruce Hollander to continue trial (dp, Deputy Clerk) (Entered: 09/14/2001) *Vol. 1 (Cont'd)* |
| 09/19/2001 | 185 | ORDER as to Bruce Hollander denying [179-1] motion to continue trial as to Bruce Hollander (3) ( Signed by Judge Wilkie D. Ferguson Jr. on 9/19/01) [EOD Date: 9/20/01] CCAP (dp, Deputy Clerk) (Entered: 09/20/2001) |
| 09/20/2001 | 186 | ARRAIGNMENT INFORMATION SHEET for Bruce Hollander (3) count(s) 1s, 2s-6s, 7s-8s, 9s, 10s-12s, 13s NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (dp, Deputy Clerk) (Entered: 09/21/2001) |
| 09/20/2001 | 190 | STANDING DISCOVERY ORDER as to Bruce Hollander all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Barry S. Seltzer on 9/20/01) Tape # CCAP (dp, Deputy Clerk) (Entered: 09/21/2001) |
| 09/20/2001 | 191 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Bruce Hollander ( Signed by Magistrate Barry S. Seltzer on 9/20/01) [EOD Date: 9/21/01] CCAP (dp, Deputy Clerk) (Entered: 09/21/2001) |
| 09/20/2001 | 192 | Minutes of arraignment on superseding held on 9/20/01 before Magistrate Barry S. Seltzer as to Bruce Hollander ; Court Reporter Name or Tape #: 01/73-550 (dp, Deputy Clerk) (Entered: 09/21/2001) |
| 10/10/2001 | 193 | MOTION by Bruce Hollander to quash government's subpoena (dp, Deputy Clerk) (Entered: 10/11/2001) *End Vol. 1* |
| 10/15/2001 | 194 | Minutes of calendar call held on 10/15/01 before Judge Wilkie D. Ferguson Jr. as to Bruce Hollander ; Court Reporter Name or Tape #: Patricia Sanders (dp, Deputy Clerk) (Entered: 10/16/2001) *Begin Vol. 2* |
| 10/15/2001 | | Calendar call as to Bruce Hollander held (dp, Deputy Clerk) (Entered: 10/16/2001) |
| 10/15/2001 | 195 | MOTION by USA as to Bruce Hollander in limine to exclude evidence and testimony by defendant at trial (dp, Deputy Clerk) (Entered: 10/16/2001) |
| 10/15/2001 | 196 | RESPONSE by USA as to Bruce Hollander re motion to dismiss superseding indictment (dp, Deputy Clerk) (Entered: 10/16/2001) |
| 10/15/2001 | 197 | Proposed Jury Instructions by USA as to Bruce Hollander (dp, Deputy Clerk) (Entered: 10/16/2001) |
| 10/15/2001 | 198 | TRIAL BRIEF by USA as to Bruce Hollander (dp, Deputy Clerk) |

| | | |
|---|---|---|
| | | (Entered: 10/16/2001) |
| 10/18/2001 | 199 | MOTION with Memorandum in Support by Bruce Hollander to dismiss superceding indictment (ss, Deputy Clerk) (Entered: 10/19/2001) |
| 10/18/2001 | 200 | Proposed Voir Dire Questions by Bruce Hollander (ss, Deputy Clerk) (Entered: 10/19/2001) |
| 10/22/2001 | 201 | Minutes of status conference held on 10/22/01 before Judge Wilkie D. Ferguson Jr. as to Bruce Hollander ; Court Reporter Name or Tape #: Patricia Sanders (dp, Deputy Clerk) (Entered: 10/23/2001) |
| 10/22/2001 | | Status conference as to Bruce Hollander held (dp, Deputy Clerk) (Entered: 10/23/2001) |
| 11/01/2001 | 202 | ORDER as to Bruce Hollander denying [193-1] motion to quash government's subpoena as to Bruce Hollander (3) ( Signed by Judge Wilkie D. Ferguson Jr. on 10/31/01) [EOD Date: 11/2/01] CCAP (dp, Deputy Clerk) (Entered: 11/02/2001) |
| 11/01/2001 | 203 | SUPPLEMENT by Bruce Hollander to: [200-1] voir dire jury (dp, Deputy Clerk) (Entered: 11/02/2001) |
| 11/02/2001 | 204 | MOTION by Bruce Hollander to continue trial (dp, Deputy Clerk) (Entered: 11/06/2001) |
| 11/02/2001 | 205 | MOTION by Bruce Hollander in limine to preclude prejudicial and irrelevant evidence and memorandum of law (dp, Deputy Clerk) (Entered: 11/06/2001) |
| 11/06/2001 | 207 | Minutes of jury selection/trial held on 11/6/01 before Judge Wilkie D. Ferguson Jr. as to Bruce Hollander ; Court Reporter Name or Tape #: Patricia Sanders (dp, Deputy Clerk) (Entered: 11/09/2001) |
| 11/06/2001 | | Voir dire begun as to Bruce Hollander (3) count(s) 1s, 2s-6s, 7s-8s, 9s, 10s-12s, 13s (dp, Deputy Clerk) (Entered: 11/09/2001) |
| 11/06/2001 | | Voir dire begun as to Bruce Hollander (3) count(s) 1s, 2s-6s, 7s-8s, 9s, 10s-12s, 13s (dp, Deputy Clerk) (Entered: 11/21/2001) |
| 11/08/2001 | 208 | Minutes of jury trial day 2 held on 11/7/01 before Judge Wilkie D. Ferguson Jr. as to Bruce Hollander ; Court Reporter Name or Tape #: Patricia Sanders (dp, Deputy Clerk) (Entered: 11/09/2001) |
| 11/08/2001 | 209 | Minutes of jury trial held on 11/8/01 before Judge Wilkie D. Ferguson Jr. as to Bruce Hollander ; Court Reporter Name or Tape #: Patricia Sanders (dp, Deputy Clerk) (Entered: 11/13/2001) |
| 11/08/2001 | 210 | ORDER as to Bruce Hollander denying [199-1] motion to dismiss superceding indictment as to Bruce Hollander (3) ( Signed by Judge Wilkie D. Ferguson Jr. on 11/8/01) [EOD Date: 11/13/01] CCAP (dp, Deputy Clerk) (Entered: 11/13/2001) |
| 11/13/2001 | 212 | ORDER as to Bruce Hollander granting [211-1] motion to bring electronic equipment into courtroom as to Bruce Hollander (3) ( Signed |

| | | |
|---|---|---|
| | | by Judge Wilkie D. Ferguson Jr. on 11/13/01 [EOD Date: 11/14/01] CCAP (dp, Deputy Clerk) (Entered: 11/14/2001) |
| 11/14/2001 | 213 | Minutes of jury trial held on 11/14/01 before Judge Wilkie D. Ferguson Jr. as to Bruce Hollander ; Court Reporter Name or Tape #: Patricia Sanders (dp, Deputy Clerk) (Entered: 11/15/2001) |
| 11/14/2001 | 214 | Minutes of jury trial held on 11/13/01 before Judge Wilkie D. Ferguson Jr. as to Bruce Hollander ; Court Reporter Name or Tape #: Patricia Sanders (dp, Deputy Clerk) (Entered: 11/15/2001) |
| 11/15/2001 | 215 | Minutes of Jury Trial held on 11/15/01 before Judge Wilkie D. Ferguson Jr. as to Bruce Hollander; Jury Trial 11/19/01 at 9:30; Court Reporter Name or Tape #: Jerry Reeves (ss, Deputy Clerk) (Entered: 11/16/2001) |
| 11/15/2001 | | Jury trial as to Bruce Hollander held (ss, Deputy Clerk) (Entered: 11/16/2001) |
| 11/19/2001 | 216 | Minutes of jury trial held on 11/19/01 before Judge Wilkie D. Ferguson Jr. as to Bruce Hollander ; Court Reporter Name or Tape #: Patricia Sanders (dp, Deputy Clerk) (Entered: 11/20/2001) |
| 11/19/2001 | 217 | Proposed Jury Instructions by Bruce Hollander (dp, Deputy Clerk) (Entered: 11/20/2001) |
| 11/20/2001 | 218 | Minutes of jury verdict held on 11/20/01 before Judge Wilkie D. Ferguson Jr. as to Bruce Hollander ; Court Reporter Name or Tape #: Patricia Sanders (dp, Deputy Clerk) Modified on 11/21/2001 (Entered: 11/21/2001) |
| 11/20/2001 | 219 | JURY VERDICT as to Bruce Hollander Guilty: Bruce Hollander (3) count(s) 1s, 2s-6s, 7s-8s, 9s, 10s-12s, 13s (dp, Deputy Clerk) (Entered: 11/21/2001) |
| 11/20/2001 | 220 | Release of exhibits as to Bruce Hollander Released to: US Attorney's Office (dp, Deputy Clerk) (Entered: 11/21/2001) |
| 11/20/2001 | 221 | Release of exhibits as to Bruce Hollander Released to: Brian Bieber (dp, Deputy Clerk) (Entered: 11/21/2001) |
| 11/20/2001 | 222 | Witness list by USA as to Bruce Hollander (dp, Deputy Clerk) (Entered: 11/21/2001) |
| 11/20/2001 | 223 | Jury notes and Court's answers as to Bruce Hollander (dp, Deputy Clerk) (Entered: 11/21/2001) |
| 11/20/2001 | 224 | Trial Exhibit list by USA as to Bruce Hollander (dp, Deputy Clerk) (Entered: 11/21/2001) |
| 11/20/2001 | 225 | NOTICE of Hearing as to Bruce Hollander : setting Sentencing for 11:00 1/25/02 for Bruce Hollander before Judge Wilkie D. Ferguson Jr. (dp, Deputy Clerk) (Entered: 11/21/2001) |
| 11/26/2001 | 227 | ORDER granting Government's ore tenus motion to increase reporting conditions as to Bruce Hollander ( Signed by Judge Wilkie D. Ferguson |

| | | |
|---|---|---|
| | | Jr. on 11/26/01) [EOD Date: 11/27/01] CCAP (dp, Deputy Clerk) (Entered: 11/27/2001) |
| 12/14/2001 | 231 | MOTION by Bruce Hollander to extend time to file renewed motion for judgment of acquittal or alternatively for new trial (dp, Deputy Clerk) (Entered: 12/17/2001) |
| 12/19/2001 | 232 | ORDER as to Bruce Hollander granting [231-1] motion to extend time to file renewed motion for judgment of acquittal or alternatively for new trial as to Bruce Hollander (3) ( Signed by Judge Wilkie D. Ferguson Jr. on 12/19/01) [EOD Date: 12/20/01] CCAP (dp, Deputy Clerk) (Entered: 12/20/2001) |
| 01/02/2002 | 234 | MOTION by Bruce Hollander to continue sentencing (dp, Deputy Clerk) (Entered: 01/03/2002) |
| 01/02/2002 | 235 | MOTION with Memorandum in Support by Bruce Hollander for Judgment of Acquittal , or alternatively for new trial (dp, Deputy Clerk) (Entered: 01/03/2002) |
| 01/03/2002 | 236 | OBJECTIONS by Bruce Hollander to Presentence Investigation Report (ss, Deputy Clerk) (Entered: 01/04/2002) |
| 01/04/2002 | 237 | ORDER as to Bruce Hollander granting [234-1] motion to continue sentencing as to Bruce Hollander (3) reset Sentencing for 10:00 2/22/02 for Bruce Hollander before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 1/3/02) [EOD Date: 1/7/02] CCAP (dp, Deputy Clerk) (Entered: 01/07/2002) |
| 01/04/2002 | 238 | AMENDED NOTICE of Hearing as to Bruce Hollander : resetting Sentencing for 10:00 2/22/02 for Bruce Hollander before Judge Wilkie D. Ferguson Jr. (dp, Deputy Clerk) (Entered: 01/07/2002) |
| 02/01/2002 | 240 | MOTION by Bruce Hollander to Travel (dp, Deputy Clerk) (Entered: 02/04/2002) |
| 02/05/2002 | 241 | ORDER as to Bruce Hollander granting [240-1] motion to Travel as to Bruce Hollander (3) ( Signed by Judge Wilkie D. Ferguson Jr. on 2/5/02) [EOD Date: 2/6/02] CCAP (dp, Deputy Clerk) (Entered: 02/06/2002) |
| 02/11/2002 | 242 | SUPPLEMENTAL OBJECTION by Bruce Hollander to Presentence Investigation Report (dp, Deputy Clerk) (Entered: 02/12/2002) |
| 02/14/2002 | 243 | MOTION by Bruce Hollander to continue sentencing (dp, Deputy Clerk) (Entered: 02/15/2002) |
| 02/19/2002 | 244 | RESPONSE by USA as to Bruce Hollander in opposition to [242-1] objection (dp, Deputy Clerk) (Entered: 02/20/2002) |
| 02/20/2002 | 245 | SUPPLEMENT by USA as to Bruce Hollander to: [244-1] opposition response (dp, Deputy Clerk) (Entered: 02/21/2002) |
| 02/21/2002 | | MOTION by Bruce Hollander (dp, Deputy Clerk) (Entered: 02/22/2002) |
| 02/21/2002 | 246 | MOTION by Bruce Hollander for downward departure (dp, Deputy |

| | | Clerk) (Entered: 02/22/2002) |
|---|---|---|
| 02/21/2002 | 247 | RESPONSE by USA as to Bruce Hollander re [235-1] motion for Judgment of Acquittal, [235-2] motion for new trial (dp, Deputy Clerk) (Entered: 02/22/2002) |
| 02/22/2002 | 248 | RESPONSE by USA as to Bruce Hollander re [246-1] motion for downward departure (dp, Deputy Clerk) (Entered: 02/25/2002) |
| 02/22/2002 | 249 | Minutes of sentencing continued held on 2/22/02 before Judge Wilkie D. Ferguson Jr. as to Bruce Hollander ; Court Reporter Name or Tape #: Anita LaRocca (dp, Deputy Clerk) (Entered: 02/25/2002) *Vol. 3 Cont'd* |
| 04/03/2002 | 250 | AMENDED NOTICE of Hearing as to Bruce Hollander : reset Sentencing for 9:00 4/22/02 for Bruce Hollander before Judge Wilkie D. Ferguson Jr. (dp, Deputy Clerk) (Entered: 04/04/2002) |
| 04/11/2002 | 251 | MOTION by Bruce Hollander to continue sentencing (dp, Deputy Clerk) (Entered: 04/11/2002) |
| 04/19/2002 | 252 | ORDER as to Bruce Hollander granting [251-1] motion to continue sentencing as to Bruce Hollander (3) reset Sentencing for 9:30 4/29/02 for Bruce Hollander before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 4/19/02) [EOD Date: 4/22/02] CCAP (dp, Deputy Clerk) (Entered: 04/22/2002) |
| 04/25/2002 | 253 | SUPPLEMENT by Bruce Hollander to: [246-1] motion for downward departure, [242-1] objection (ss, Deputy Clerk) (Entered: 04/26/2002) |
| 04/26/2002 | 254 | RESPONSE by USA as to Bruce Hollander re [246-1] motion for downward departure (dp, Deputy Clerk) (Entered: 04/29/2002) |
| 04/29/2002 | 255 | Minutes of sentencing held on 4/29/02 before Judge Wilkie D. Ferguson Jr. as to Bruce Hollander ; Court Reporter Name or Tape #: Carl Schanzleh (dp, Deputy Clerk) (Entered: 04/30/2002) |
| 04/29/2002 | | Sentencing held before Judge Wilkie D. Ferguson Jr. Bruce Hollander (3) count(s) 1s, 2s-6s, 7s-8s, 9s, 10s-12s, 13s (dp, Deputy Clerk) (Entered: 04/30/2002) |
| 04/29/2002 | 256 | JUDGMENT as to Bruce Hollander (3) count(s) 1, 7 , 10 -11 . Counts dismissed , Bruce Hollander (3) count(s) 1s, 2s -6s . 51 months imprisonment to run concurrently, 3 years supervised release, $1,300 total assessment and $429,329 restitution , Bruce Hollander (3) count(s) 7s-8s, 9s , 10s -12s , 13s . 24 months imprisonment to run concurrently, 1 year supervised release, $1,300 total assessment and $429,329 restitution ( Signed by Judge Wilkie D. Ferguson Jr. on 4/29/02) [EOD Date: 4/30/02] CCAP (dp, Deputy Clerk) (Entered: 04/30/2002) |
| 04/29/2002 | | **Termination of defendant, pending deadlines and motions as to party Bruce Hollander [246-1] motion for downward departure as to Bruce Hollander (3), [243-1] motion to continue sentencing as to Bruce Hollander (3), [235-1] motion for Judgment of Acquittal as to Bruce Hollander (3), [235-2] motion for new trial as to Bruce Hollander (3), |

| | | |
|---|---|---|
| | | [205-1] motion in limine to preclude prejudicial and irrelevant evidence as to Bruce Hollander (3), [204-1] motion to continue trial as to Bruce Hollander (3), [195-1] motion in limine to exclude evidence and testimony by defendant at trial as to Bruce Hollander (3), [157-1] motion to Travel as to Bruce Hollander (3), [100-1] motion to continue trial as to Bruce Hollander (3), (dp, Deputy Clerk) (Entered: 04/30/2002) |
| 05/01/2002 | 257 | MOTION by Bruce Hollander for voluntary surrender and designation to federal prison camp in Miami (dp, Deputy Clerk) (Entered: 05/02/2002) |
| 05/08/2002 | 258 | NOTICE OF APPEAL by Bruce Hollander re: [256-1] judgment order EOD Date: 4/30/02; Bruce Hollander (3) count(s) 1s, 2s-6s, 7s-8s, 9s, 10s-12s, 13s; Filing Fee: $ 105.00 Receipt #: 525173 Copies to USCA, AUSA, USM, USPO and Counsel of Record. (Former Deputy Clerk) (Entered: 05/08/2002) *W 3 Copies* |
| 05/08/2002 | | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Bruce Hollander [258-1] appeal (Former Deputy Clerk) (Entered: 05/08/2002) |
| 05/10/2002 | 259 | MOTION by Bruce Hollander for bail pending appeal (ss, Deputy Clerk) (Entered: 05/13/2002) |
| 05/10/2002 | 260 | ORDER as to Bruce Hollander granting [257-1] motion for voluntary surrender date as to Bruce Hollander (3) Defendant will surrender on 8/1/02 before 2:00 p.m. (Signed by Judge Wilkie D. Ferguson Jr. on 5/9/02) [EOD Date: 5/13/02] CCAP (ss, Deputy Clerk) (Entered: 05/13/2002) |
| 05/10/2002 | 262 | AMENDED JUDGMENT: Bruce Hollander (3) count(s) 7s-8s, 9s, 10s-12s. Imprisonment 24 months to run concurrent; count(s) 1s, 2s-6s. Imprisonment 51 months to run concurrent; count(s) 1, 7, 10-11, 13s. Dismissed; Assessment $1,300.00; Restitution $429,329.00 (Signed by Judge Wilkie D. Ferguson, Jr. on 5/10/02) [EOD Date: 5/16/02] CCAP (ss, Deputy Clerk) (Entered: 05/16/2002) |
| 05/14/2002 | 261 | OPPOSITION by USA as to Bruce Hollander to [259-1] motion for bail pending appeal (ss, Deputy Clerk) (Entered: 05/15/2002) |
| 05/17/2002 | | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA on 5/17/02 as to Bruce Hollander Re: [258-1] appeal USCA Number: 02-12668-J (Former Deputy Clerk) (Entered: 05/20/2002) |
| 05/20/2002 | 266 | SECOND AMENDED JUDGMENT: Bruce Hollander (3) count(s) 1s, 2s -6s 13s. Imprisonment 51 months to run concurrent, 3 years supervised release, Bruce Hollander (3) count(s) 7s-8s, 9s , 10s -12s Imprisonment 24 months to run concurrent and 1 year supervised release with $1,300.00 total assessment and $429,329.00 restitution ( Signed by Judge Wilkie D. Ferguson Jr. on 5/20/02) [EOD Date: 5/22/02] CCAP (dp, Deputy Clerk) (Entered: 05/22/2002) |
| 05/21/2002 | 263 | Exhibit and Witness List by USA and Bruce Hollander (dp, Deputy Clerk) (Entered: 05/22/2002) |

| 05/22/2002 | 267 | REPLY by Bruce Hollander to opposition to [259-1] motion for bail pending appeal (ss, Deputy Clerk) (Entered: 05/23/2002) | |
|---|---|---|---|
| 05/29/2002 | 268 | TRANSCRIPT INFORMATION FORM as to Bruce Hollander re: [258-1] appeal received on 6/3/02 from Court Reporter. (Returned to Court Reporter Coordinator) (Former Deputy Clerk) (Entered: 06/04/2002) | *Vol. 3 Cont'd* |
| 06/05/2002 | 269 | TRANSCRIPT INFORMATION FORM as to Bruce Hollander re: [258-1] appeal by Bruce Hollander ; Transcript of Trial and Sentence ordered on 6/5/02. No financial arrangements made with Court Reporter. (Former Deputy Clerk) (Entered: 06/07/2002) | |
| 06/21/2002 | 274 | TRANSCRIPT filed as to Bruce Hollander of Sentencing Hearing held 2/22/02 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-57 re: [258-1] appeal . Appeal record due on 7/6/02 for Bruce Hollander (Former Deputy Clerk) (Entered: 06/21/2002) | *Vol. 15* |
| 06/27/2002 | 283 | Acknowledgement of Transcript Information Form as to Bruce Hollander re: [258-1] appeal by Bruce Hollander Transcript of: Trial Proceedings held 11/6/01, 11/7/01, 11/8/01Transcript due on: 7/27/02 for Bruce Hollander ; Court Reporter name: Patricia Sanders (Former Deputy Clerk) (Entered: 07/02/2002) | *Vol. 3 Cont'd* |
| 07/02/2002 | 281 | TRANSCRIPT filed as to Bruce Hollander of Jury Trial held 11/14/01 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-121 re: [258-1] appeal . Appeal record due on 7/17/02 for Bruce Hollander (Former Deputy Clerk) (Entered: 07/02/2002) | *Vol. 9* |
| 07/02/2002 | 282 | TRANSCRIPT filed as to Bruce Hollander of Jury Trial held 11/15/01 before Judge Wilkie D. Ferguson, Jr. Volume #: 2 Pages: 122-323 re: [258-1] appeal . Appeal record due on 7/17/02 for Bruce Hollander (Former Deputy Clerk) (Entered: 07/02/2002) | *Vol. 11* |
| 07/03/2002 | 284 | TRANSCRIPT filed as to Bruce Hollander of Sentencing held 4/29/02 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-172 re: [258-1] appeal . Appeal record due on 7/18/02 for Bruce Hollander (Former Deputy Clerk) (Entered: 07/05/2002) | *Vol. 16* |
| 07/05/2002 | 285 | MOTION by Bruce Hollander to extend surrender date (ss, Deputy Clerk) (Entered: 07/08/2002) | *Vol. 3 Cont'd* |
| 07/19/2002 | 286 | ORDER as to Bruce Hollander granting [259-1] motion for bail pending appeal for Bruce Hollander. as to Bruce Hollander (3) ( Signed by Judge Wilkie D. Ferguson Jr. on 7/19/02) [EOD Date: 7/22/02] CCAP (dp, Deputy Clerk) (Entered: 07/22/2002) | |
| 07/23/2002 | 287 | SUPPLEMENT by Bruce Hollander to: [285-1] motion to extend surrender date (dp, Deputy Clerk) (Entered: 07/24/2002) | |
| 08/16/2002 | 288 | TRANSCRIPT filed as to Bruce Hollander of Trial Proceedings held 11/19/01 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-132 re: [258-1] appeal . Appeal record due on 8/31/02 for Bruce Hollander (Former Deputy Clerk) (Entered: 08/20/2002) | *Vol. 12* |

| | | |
|---|---|---|
| 08/16/2002 | 289 | TRANSCRIPT filed as to Bruce Hollander of Trial Proceedings held 11/20/01 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-9 re: [258-1] appeal . Appeal record due on 8/31/02 for Bruce Hollander (Former Deputy Clerk) (Entered: 08/20/2002) *Vol. 14* |
| 08/16/2002 | 290 | Transcript Information Form as to Bruce Hollander for Transcript of: Trial Proceedings held 11/19/01 and 11/20/01 filed re: [258-1] appeal by Bruce Hollander (Former Deputy Clerk) (Entered: 08/20/2002) *Vol. 3 Cont'd* |
| 08/21/2002 | 291 | MOTION by Bruce Hollander to Modify Conditions of Bond Pending Appeal (dp, Deputy Clerk) (Entered: 08/22/2002) |
| 08/23/2002 | 292 | TRANSCRIPT filed as to Bruce Hollander of Trial Proceedings held 11/6/01 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-127 re: [258-1] appeal . Appeal record due on 9/7/02 for Bruce Hollander (Former Deputy Clerk) (Entered: 08/23/2002) *Vol. 4* |
| 08/23/2002 | 293 | TRANSCRIPT filed as to Bruce Hollander of Trial Proceedings held 11/7/01 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-180 re: [258-1] appeal . Appeal record due on 9/7/02 for Bruce Hollander (Former Deputy Clerk) (Entered: 08/23/2002) *Vol. 6* |
| 08/23/2002 | 294 | TRANSCRIPT filed as to Bruce Hollander of Trial Proceedings held 11/8/01 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-228 re: [258-1] appeal . Appeal record due on 9/7/02 for Bruce Hollander (Former Deputy Clerk) (Entered: 08/23/2002) *Vol. 7* |
| 08/23/2002 | 295 | TRANSCRIPT filed as to Bruce Hollander of Trial Proceedings held 11/13/01 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-180 re: [258-1] appeal . Appeal record due on 9/7/02 for Bruce Hollander (Former Deputy Clerk) (Entered: 08/23/2002) *Vol. 8* |
| 08/23/2002 | 296 | TRANSCRIPT filed as to Bruce Hollander of Trial Proceedings held 11/14/01 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-108 re: [258-1] appeal . Appeal record due on 9/7/02 for Bruce Hollander (Former Deputy Clerk) (Entered: 08/23/2002) *Vol. 10* |
| 08/29/2002 | 297 | Certificate of readiness transmitted to USCA as to Bruce Hollander re: [258-1] appeal by Bruce Hollander USCA # 02-12668-J (Former Deputy Clerk) (Entered: 08/29/2002) *Vol. 3 Cont'd* |
| 08/29/2002 | 298 | RESPONSE by USA as to Bruce Hollander re [291-1] motion to Modify Conditions of Bond Pending Appeal (dp, Deputy Clerk) (Entered: 08/30/2002) |
| 09/04/2002 | 300 | ORDER as to Bruce Hollander denying [291-1] motion to Modify Conditions of Bond Pending Appeal as to Bruce Hollander (3) ( Signed by Judge Wilkie D. Ferguson Jr. on 9/4/02) [EOD Date: 9/5/02] CCAP (dp, Deputy Clerk) (Entered: 09/05/2002) |
| 09/09/2002 | | ACKNOWLEDGMENT of receipt by U.S.C.A. of: COR on 9/9/02; U.S.C.A. # 02-12668-J (Former Deputy Clerk) (Entered: 09/10/2002) |
| 11/27/2002 | 302 | TRANSCRIPT INFORMATION FORM as to Bruce Hollander re: [258- |

| Date | Doc # | Description |
|---|---|---|
| | | 1] appeal received on 11/29/02 from Court Reporter. (Returned to Court Reporter Coordinator) (Former Deputy Clerk) (Entered: 11/29/2002) |
| 12/02/2002 | 303 | Acknowledgement of Transcript Information Formas to Bruce Hollander re: [258-1] appeal by Bruce Hollander Transcript of: pretrial; motion & charge conference held 11/5/01; 11/15/01; 11/19/02Transcript due on: 1/2/03 for Bruce Hollander ; Court Reporter name: Patricia Sanders (ga, Deputy Clerk) (Entered: 12/03/2002) *Vol. 3 Copied* |
| 01/02/2003 | 305 | MOTION by Bruce Hollander to Travel (dp, Deputy Clerk) (Entered: 01/03/2003) |
| 01/03/2003 | 306 | TRANSCRIPT filed as to Bruce Hollander of Supplemental Trial Transcript held 11/6/01 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-25 re: [258-1] appeal . Appeal record due on 1/21/03 for Bruce Hollander (Former Deputy Clerk) (Entered: 01/06/2003) *Vol. 5* |
| 01/03/2003 | 307 | TRANSCRIPT filed as to Bruce Hollander of Supplemental Trial Transcript held 11/19/01 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-23 re: [258-1] appeal . Appeal record due on 1/21/03 for Bruce Hollander (Former Deputy Clerk) (Entered: 01/06/2003) *Vol. 13* |
| 01/03/2003 | 308 | Transcript Information Form as to Bruce Hollander for Transcript of: Supplemental Trial held 11/6/01 and 11/19/01 filed re: [258-1] appeal by Bruce Hollander (Former Deputy Clerk) (Entered: 01/07/2003) *Vol. 3 Copied* |
| 01/15/2003 | 309 | 1st Supplemental Certificate of Readiness transmitted to USCA as to Bruce Hollander consisting of two (2) volumes of transcripts; re: [258-1] appeal by Bruce Hollander USCA # 02-13668-JJ (Former Deputy Clerk) (Entered: 01/15/2003) |
| 01/16/2003 | | REQUEST from U.S.C.A. dated: 1/15/03 Re: Record on Appeal. Complied with on: 1/16/03 U.S.C.A. # 02-12668-J (Former Deputy Clerk) (Entered: 01/16/2003) |
| 01/21/2003 | 310 | ORDER as to Bruce Hollander granting [305-1] motion to Travel as to Bruce Hollander (3) ( Signed by Judge Wilkie D. Ferguson Jr. on 1/21/03) [EOD Date: 1/22/03] CCAP (dp, Deputy Clerk) (Entered: 01/22/2003) |
| 01/28/2003 | | ACKNOWLEDGMENT of receipt by U.S.C.A. of: Original Papers Filed. on 1/28/03; U.S.C.A. # 02-12668-JJ (Former Deputy Clerk) (Entered: 01/30/2003) |
| 01/28/2003 | | ACKNOWLEDGMENT of receipt by U.S.C.A. of: 1st Supplemental of COR on 1/28/03; U.S.C.A. # 02-12668-JJ (Former Deputy Clerk) (Entered: 01/30/2003) |
| 05/22/2003 | | CASE reassigned to Judge Daniel T. K. Hurley (wc, Deputy Clerk) (Entered: 05/23/2003) |
| 06/02/2003 | 314 | ORDER OF CERTIFICATION FOR TRANSFER certifying there are no pending motions in this cause and directing the Clerk to transfer this case to Magistrate Judge Ann E. Vitunac as to Mark Cohen, Eric Silverman, |

| | | |
|---|---|---|
| | | Bruce Hollander, Kenneth Heyder, Jean Lindor, Jean Dufralessi, Paul Saltz ( Signed by Magistrate Judge Lurana S. Snow on 6/2/03) [EOD Date: 6/4/03] CCAP (dp, Deputy Clerk) (Entered: 06/04/2003) |
| 06/02/2003 | | Magistrate identification: Magistrate Judge Ann E. Vitunac (dp, Deputy Clerk) (Entered: 06/04/2003) |
| 06/05/2003 | | (Per AEV chambers DE 286 terminates this motion) **Terminated document(s) as to Bruce Hollander : [285-1] motion to extend surrender date as to Bruce Hollander (3) (dp, Deputy Clerk) (Entered: 06/05/2003) |
| 08/25/2003 | 316 | UNOPPOSED MOTION by Bruce Hollander to Travel (Former Deputy Clerk) (Entered: 08/26/2003) |
| 08/28/2003 | 317 | ORDER as to Bruce Hollander granting [316-1] motion to Travel as to Bruce Hollander (3) ( Signed by Judge Daniel T. K. Hurley on 8/27/03) [EOD Date: 8/29/03] CCAP (kw, Deputy Clerk) (Entered: 08/29/2003) |
| 01/09/2004 | 319 | MOTION by Bruce Hollander to Travel (kw, Deputy Clerk) (Entered: 01/12/2004) |
| 01/12/2004 | 320 | ORDER as to Bruce Hollander granting [319-1] motion to Travel as to Bruce Hollander (3) ( Signed by Judge Daniel T. K. Hurley on 1/12/04) [EOD Date: 1/12/04] CCAP (kw, Deputy Clerk) (Entered: 01/12/2004) |
| 01/13/2004 | 321 | ORDER granting motion for leave to travel as to Bruce Hollander ( Signed by Judge Daniel T. K. Hurley on 1/13/04) [EOD Date: 1/15/04] CCAP (kw, Deputy Clerk) (Entered: 01/15/2004) |
| 02/19/2004 | 322 | MANDATE OF USCA (certified copy) as to Bruce Hollander RE: [258-1] appeal vacating and remanding for resentencing Bruce Hollander (3) count(s) 1s, 2s-6s, 7s-8s, 9s, 10s-12s, 13s Date Issued: 2/17/04 USCA Appeal #: 02-12668-JJ; Copy to Judge. (Former Deputy Clerk) (Entered: 02/19/2004) |
| 02/19/2004 | | Record on appeal returned from U.S. Court of Appeals: [258-1] appeal by Bruce Hollander USCA #: 02-12668-JJ (Former Deputy Clerk) (Entered: 02/19/2004) |
| 02/19/2004 | | **Remove appeal flag - no further appeals pending (Former Deputy Clerk) (Entered: 02/19/2004) |
| 02/19/2004 | | **Case reopened as to Bruce Hollander (Former Deputy Clerk) (Entered: 02/19/2004) |
| 03/01/2004 | 323 | ORDER as to Bruce Hollander setting Sentencing for 10:30 3/19/04 for Bruce Hollander before Judge Daniel T. K. Hurley ( Signed by Judge Daniel T. K. Hurley on 2/27/04) [EOD Date: 3/3/04] CCAP (kw, Deputy Clerk) (Entered: 03/03/2004) |
| 03/09/2004 | 325 | MOTION by Bruce Hollander to continue sentencing , and request for an updated PSI (kw, Deputy Clerk) (Entered: 03/12/2004) |
| 03/24/2004 | 326 | ORDER as to Bruce Hollander granting [325-1] motion to continue sentencing as to Bruce Hollander (3), granting [325-2] motion request for |

| | | |
|---|---|---|
| | | an updated PSI setting Sentencing for 9:30 6/4/04 efore Judge Daniel T. K. Hurley ( Signed by Judge Daniel T. K. Hurley on 3/13/04) [EOD Date: 3/25/04] CCAP (kw, Deputy Clerk) (Entered: 03/25/2004) |
| 05/11/2004 | 327 | MOTION by Bruce Hollander for extended sentencing hearing , and to reschedule current sentencing date (kw, Deputy Clerk) (Entered: 05/12/2004) |
| 05/19/2004 | 328 | ORDER ON SENTENCING HEARING AND REQUIREMENT TO PROVIDE TRIAL TRANSCRIPTS as to Bruce Hollander terminating [327-1] motion for extended sentencing hearing as to Bruce Hollander (3), terminating [327-2] motion to reschedule current sentencing date as to Bruce Hollander (3) ( Signed by Judge Daniel T. K. Hurley on 5/19/04) [EOD Date: 5/20/04] CCAP (kw, Deputy Clerk) (Entered: 05/20/2004) |
| 05/19/2004 | 329 | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENDED SENTENCING HEARING AND REQUEST TO RESCHEDUL CURRENT SENTENCING DATE as to Bruce Hollander ( Signed by Judge Daniel T. K. Hurley on 5/19/04) [EOD Date: 5/20/04] CCAP (kw, Deputy Clerk) (Entered: 05/20/2004) |
| 06/23/2004 | 330 | OBJECTION by Bruce Hollander to Presentence Investigation Report (kw, Deputy Clerk) (Entered: 06/25/2004) |
| 06/23/2004 | 331 | MOTION by USA as to Bruce Hollander for upward departure (kw, Deputy Clerk) (Entered: 06/25/2004) |
| 08/04/2004 | 332 | ORDER as to Bruce Hollander set status conference for 8:40 8/17/04 for Bruce Hollander before Judge Daniel T. K. Hurley ( Signed by Judge Daniel T. K. Hurley on 8/3/04) [EOD Date: 8/5/04] CCAP (kw, Deputy Clerk) (Entered: 08/05/2004) |
| 08/19/2004 | 333 | ORDER as to Bruce Hollander set status conference for 8:40 11/9/04 for Bruce Hollander before Judge Daniel T. K. Hurley ( Signed by Judge Daniel T. K. Hurley on 8/19/04) [EOD Date: 8/20/04] CCAP (kw, Deputy Clerk) (Entered: 08/20/2004) |
| 01/19/2005 | 334 | MOTION by Bruce Hollander to Travel (kw, Deputy Clerk) (Entered: 01/21/2005) |
| 02/01/2005 | 335 | ORDER as to Bruce Hollander granting [334-1] motion to Travel as to Bruce Hollander (3) ( Signed by Judge Daniel T. K. Hurley on 1/31/05) [EOD Date: 2/4/05] CCAP (kw, Deputy Clerk) (Entered: 02/04/2005) |
| 03/07/2005 | 336 | NOTICE of Hearing as to Bruce Hollander : setting Sentencing for 10:30 3/18/05 for Bruce Hollander before Judge Daniel T. K. Hurley (cj, Deputy Clerk) (Entered: 03/09/2005) |
| 03/15/2005 | 337 | OBJECTION by Bruce Hollander to use of sentence-enhancing factors not plead in the indictment or specially found by the jury in considering the advisory guidelines (rb, Deputy Clerk) (Entered: 03/16/2005) |
| 03/15/2005 | 338 | SENTENCING MEMORANDUM by Bruce Hollander (rb, Deputy |

| | | Clerk) (Entered: 03/16/2005) |
|---|---|---|
| 03/17/2005 | 339 | INDEX OF SENTENCES IN RELATED CASES by Bruce Hollander (rb, Deputy Clerk) (Entered: 03/21/2005) |
| 03/17/2005 | 340 | MOTION by Bruce Hollander seeking disclaimer of judicial reliance on the controverted issue of loss (rb, Deputy Clerk) (Entered: 03/21/2005) |
| 03/22/2005 | 341 | SENTENCING MEMORANDUM REGARDING PENDING SENTENCING MATTERS by Bruce Hollander (rb, Deputy Clerk) (Entered: 03/23/2005) |
| 03/22/2005 | 342 | ORDER as to Bruce Hollander substituting Benson Weintraub as Attorney (Terminated: attorney Joel Hirschhorn for Bruce Hollander Added:) (Signed by Judge Daniel T. K. Hurley on 3/18/05) [EOD Date: 3/25/05] CCAP (ck, Deputy Clerk) (Entered: 03/25/2005) |
| 03/23/2005 | | Sentencing held before Judge Daniel T. K. Hurley Bruce Hollander (3) count(s) 1s, 2s-6s, 7s-8s, 9s, 10s-12s, 13s (ck, Deputy Clerk) (Entered: 03/25/2005) |
| 03/23/2005 | 343 | AMENDED JUDGMENT: Bruce Hollander (3) count(s) 1s, 2s-6s, 7s-8s, 9s, 10s-12s, 13s. TERM OF IMPRISONMENT: 51 MONTHS as to each of Counts 1-6 & Count 13 of the Superseding Indictment and 24 MONTHS as to each of counts 7-12 of the Superseding Indictment, to be served concurrently; 3 years Supervised Release as to Counts 1-6 & Count 13 and 1 year Supervised Release as to Counts 7-12, be served concurrently, with standard & special conditions; Special Assessment: $1,300; Restitution: $208,470,68 ( Signed by Judge Daniel T. K. Hurley on 3/23/05) [EOD Date: 3/25/05] CCAP (ck, Deputy Clerk) (Entered: 03/25/2005) |
| 03/23/2005 | | **Termination of defendant, pending deadlines and motions as to party Bruce Hollander terminating [331-1] motion for upward departure as to Bruce Hollander (3) (ck, Deputy Clerk) (Entered: 03/25/2005) |
| 03/25/2005 | 344 | NOTICE OF APPEAL by Bruce Hollander re: [343-1] judgment order EOD Date: 3/25/05; Bruce Hollander (3) count(s) 1s, 2s-6s, 7s-8s, 9s, 10s-12s, 13s; Filing Fee: $ 255.00 Receipt #: 533693 Copies to USCA, AUSA, USM, USPO and Counsel of Record. (ga, Deputy Clerk) (Entered: 03/30/2005) |
| 04/13/2005 | 345 | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA on 4/4/05 as to Bruce Hollander Re: [344-1] appeal USCA Number: 05-11825-C (ga, Deputy Clerk) (Entered: 04/14/2005) |
| 04/18/2005 | 346 | SEALED DOCUMENT as to Bruce Hollander (Former Deputy Clerk) (Entered: 04/18/2005) |
| 04/19/2005 | 347 | ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE as to Bruce Hollander; for R&R ( Signed by Judge Daniel T. K. Hurley on 04/19/05) [EOD Date: 4/20/05] CCAP (rb, Deputy Clerk) (Entered: 04/20/2005) |

*Vol. 3 Cont'd*

| 04/21/2005 | 348 | NOTICE of Appearance for Bruce Hollander by Attorney Guy Richard Strafer (cj, Deputy Clerk) (Entered: 04/22/2005) |
|---|---|---|
| 04/22/2005 | 349 | AGREED MOTION by Bruce Hollander to substitute G. Richard Strafer,P.A. as Attorney (rb, Deputy Clerk) (Entered: 04/25/2005) |
| 04/29/2005 | 350 | TRANSCRIPT INFORMATION FORM as to Bruce Hollander re: [344-1] appeal received on 5/2/05 from Court Reporter. (Returned to Court Reporter Coordinator) (ga, Deputy Clerk) (Entered: 05/02/2005) |
| 05/17/2005 | 351 | Judgment Returned Executed as to Bruce Hollander on 05/12/05 at FPC Pensacola, FL (bb, Deputy Clerk) (Entered: 05/18/2005) *Vol. 3 Cont'd* |
| 05/19/2005 | 352 | ORDER GRANTING SUBSTITUTION OF COUNSEL: ORDER as to Bruce Hollander granting [349-1] motion to substitute G. Richard Strafer,P.A. as Attorney (Terminated: attorney Benson B. Weintraub for Bruce Hollander Added: G. Richard Strafer, P.A.) as to Bruce Hollander (3) ( Signed Judge Daniel T. K. on 5/19/05) [EOD Date: 5/19/05] CCAP (Former Deputy Clerk) Modified on 05/19/2005 (Entered: 05/19/2005) |
| 05/25/2005 | 353 | WRIT of Habeas Corpus ad Testificandum issued for Bruce Hollander for 06/20/05 at 10:30 in case as to Bruce Hollander ( Signed by Ch. Magistrate Judge Ann E. Vitunac on 05/24/05) [EOD Date: 5/26/05] (rb, Deputy Clerk) (Entered: 05/26/2005) |
| 05/31/2005 | 354 | ORDER granting motion for leave to withdraw as counsel on appeal as to Bruce Hollander ( Signed by Ch. Magistrate Judge Ann E. Vitunac on 5/31/05) [EOD Date: 6/2/05] CCAP (cj, Deputy Clerk) (Entered: 06/02/2005) |
| 07/06/2005 | 356 | TRANSCRIPT filed as to Bruce Hollander of Testimony and Proceedings held 03/18/05 before Judge Daniel T. K. Hurley Pages: 1-116 re: [344-1] appeal . (vl, Deputy Clerk) Modified on 07/08/2005 (Entered: 07/08/2005) *Vol. 17* |
| 07/06/2005 | 357 | TRANSCRIPT filed as to Bruce Hollander of Testimony and Proceedings held 03/22/05 before Judge Daniel T. K. Hurley Pages: 117-347 re: [344-1] appeal . (vl, Deputy Clerk) Modified on 07/08/2005 (Entered: 07/08/2005) *Vol. 18* |
| 07/06/2005 | 358 | TRANSCRIPT filed as to Bruce Hollander of Testimony & Proceedings held 03/23/05 before Judge Daniel T. K. Hurley Pages: 348-459 re: [344-1] appeal . (vl, Deputy Clerk) (Entered: 07/08/2005) *Vol. 19* |
| 07/06/2005 | 359 | Acknowledgement of Transcript Information Forms as to Bruce Hollander re: [344-1] appeal by Bruce Hollander Transcript of: Sentence held 03/18,3/22 & 3/23/05 ; Court Reporter name: Pauline Stipes (vl, Deputy Clerk) (Entered: 07/08/2005) *Vol. 2 Cont'd* |
| 07/06/2005 | 360 | Transcript Information Form as to Bruce Hollander for Transcript of: Sentence held 03/18,3/22 & 3/23/05 filed re: [344-1] appeal by Bruce Hollander (vl, Deputy Clerk) (Entered: 07/08/2005) *End Vol. 3* |
| 04/20/2006 | | **Terminated document(s) as to Bruce Hollander : terminating [340-1] |

| | | |
|---|---|---|
| | | motion seeking disclaimer of judicial reliance on the controverted issue of loss as to Bruce Hollander (3) (kw, Deputy Clerk) (Entered: 04/20/2006) |
| 10/28/2006 | | ***Motions terminated as to Bruce Hollander: Motion for Miscellaneous Relief filed by Bruce Hollander,. (DTKH) (Entered: 10/28/2006) |

# U.S.D.C. CASE # <u>00-06168-CR</u>

# U.S.C.A. CASE # <u>05-11825-CC</u>

**This Record on Appeal also contains a sealed Pre-Sentence Report/PSI for the following defendant(s):**

**BRUCE HOLLANDER**